# EXHIBIT 3

## Glossary of Acronyms

| Acronym | Term |
| --- | --- |
| ACF | Administration for Children and Families |
| ACL | Administration for Community Living |
| AHA | Administration for a Healthy America (a new operating agency within HHS) |
| AHRQ | Agency for Health Care Research and Quality (an operating division within HHS) |
| ASPE | Office of the Assistant Secretary for Planning and Evaluation (an administrative office) |
| ASPR | Administration for Strategic Preparedness and Response |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| CBER | Center for Biologics Evaluation and Research (sits within FDA) |
| CDC | Centers for Disease Control and Prevention |
| CDER | Center for Drug Evaluation and Research (sits within FDA) |
| CMS | Centers for Medicare & Medicaid Services |
| CTP | Center for Tobacco Products (sits within FDA) |
| CVM | Center for Veterinary Medicine (sits within FDA) |

| Acronym | Term |
|---|---|
| **CWHSP** | Coal Workers' Health Surveillance Program (a program administered by NIOSH) |
| **DEHSP** | Division of Environmental Health Science and Practice (sits within NCEH) |
| **DHP** | Division of HIV Prevention (sits within CDC) |
| **DRH** | Division of Reproductive Health (sits within NCCDPHP) |
| **DSTDP** | Division of Sexually Transmitted Disease Prevention (sits within NCHHSTP) |
| **DVH** | Division of Viral Hepatitis (sits within NCHHSTP) |
| **EHDI** | Early Hearing Detection and Intervention Programs (a program administered by NCBDDD) |
| **EHE** | Ending the HIV/AIDS Epidemic (a program administered by OIDP) |
| **ERC** | Education and Resource Centers (a program administered by NIOSH) |
| **FDA** | Food and Drug Administration |
| **FFFIPP** | Fire Fighter Fatality Investigation and Prevention Program (a program administered by NIOSH) |
| **GHC** | Global Health Center (sits within CDC) |
| **HEW** | Department of Health, Education, and Welfare (a former cabinet-level agency created by Congress in 1953) |
| **HHE** | Health Hazard Evaluation (a program administered by NIOSH) |

2

| Acronym | Term |
|---|---|
| **HHS** | Department of Health and Human Services |
| **HRSA** | Health Resources and Services Administration |
| **HSP** | Office of Human Services Policy (an administrative office) |
| **IHS** | Indian Health Service |
| **LIHEAP** | Low-Income Home Energy Assistance Program (a program administered by ACF) |
| **MMRC** | Maternal Mortality Review Committee (multidisciplinary committees formed at the state or local level to review pregnancy-related deaths, a program administered by DRH) |
| **MSHA** | Mine Health Safety Administration (sits within Department of Labor) |
| **NCBDDD** | National Center on Birth Defects and Developmental Disabilities (sits within CDC) |
| **NCCDPHP** | National Center for Chronic Disease Prevention and Health Promotion (sits within CDC) |
| **NCEH** | National Center for Environmental Health (sits within CDC) |
| **NCHHSTP** | National Center for HIV, Viral Hepatitis, STD, and Tuberculosis Prevention (sits within CDC) |
| **NCIPC** | National Center for Injury Prevention and Control (sits within CDC) |
| **NIH** | National Institutes of Health (an operating division within HHS) |

| Acronym | Term |
|---|---|
| **NIOSH** | National Institute for Occupational Safety and Health (sits within CDC) |
| **NORA** | National Occupational Research Agenda (a program administered by NIOSH) |
| **NPPTL** | National Personal Protective Technology Laboratory (a program administered by NIOSH) |
| **NSDUH** | National Survey on Drug Use and Health (a program administered by SAMHSA) |
| **NTCP** | National and State Tobacco Control Program (a program administered by OSH) |
| **NVP** | National Vaccine Program (a program administered by OIDP) |
| **NYTS** | National Youth Tobacco Survey (a program administered within OSH) |
| **OASH** | Office of the Assistant Secretary for Health (an administrative office) |
| **OIDP** | Office of Infectious Disease and HIV/AIDS Policy (an administrative office) |
| **OMHA** | Office of Medicare Hearings and Appeals (an administrative office) |
| **OSH** | Office of Smoking and Health (sits within NCCDPHP) |
| **PHS** | Public Health Service (led by the Surgeon General) |
| **PRAMS** | Pregnancy Risk Assessment Monitoring System (a program administered by DRH) |
| **PRNS** | Mental Health Programs of Regional and National Significance |

| Acronym | Term |
|---|---|
| **SAMHSA** | Substance Abuse and Mental Health Services Administration (an operating division within HHS) |
| **SCBA** | Self-Contained Breathing Apparatus |
| **SPHL** | State Public Health Laboratory |
| **TANF** | Temporary Assistance for Needy Families (a program administered by ACF) |
| **WTCHP** | World Trade Center Health Program (a program administered NIOSH) |