AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Rhode Island

State of New York, et al.,
*Plaintiff*
v.
Robert F. Kennedy, Jr., et al.
*Defendant*

Case No. 1:25-cv-196

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New York .

Date: 05/06/2025

/s/ Molly Brachfeld
*Attorney's signature*

Molly Brachfeld, New York No. 5853502
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

molly.brachfeld@ag.ny.gov
*E-mail address*

(212) 416-8487
*Telephone number*

*FAX number*