# EXHIBIT 23

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

---

STATE OF NEW YORK, et al.

      Plaintiffs,

        v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

      Defendants.

Case No. 1:25-cv-00196

---

## DECLARATION OF GLEN R. GALLAGHER, PHD

I, Glen R. Gallagher, PhD, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Director of the Division of Rhode Island State Health Laboratories (RISHL), and I collaborate closely with the Division Director for the division of Emergency Preparedness Infectious Disease (EPID). Both are Divisions of the Rhode Island Department of Health (RIDOH).

2.      I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

3.      I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

4.      I am Glen R. Gallagher, PhD and I am an Associate Director at RIDOH, and I have served as the Director of the Division of State Health Laboratories since August of 2022. I completed B.S. degrees in Microbiology and Medical Technology at Ohio State University

before completing an APHL Emerging Infectious Disease fellowship at the CDC Dengue Branch. I then completed a PhD in Virology at the University of Massachusetts Medical School. Prior to joining the Rhode Island Department of Health, I was Division Director of Molecular Diagnostics and Virology at the Massachusetts State Public Health Laboratory.

5.    RISHL's mission is to provide laboratory testing services to protect the health and safety of Rhode Islanders.  RISHL is situated in a purpose-built laboratory facility and provides testing services for a broad range of biological (including infectious disease diagnostic and surveillance capacities), environmental, forensic, and clinical toxicology analytical testing services. RISHL serves as a conduit between the primary healthcare system and reference and public health testing available at CDC or through CDC funded networks.

6.    EPID's mission is to control the spread of infectious disease in Rhode Island, and consists of three centers, two of which are focused on the spread of infectious disease:   The Center for Acute Infectious Disease (CAIDE) and the Center for HIV, Hepatitis, STD, and Tuberculosis (CHHSTE). Staff in EPID monitor all reportable infectious diseases as required by state law and regulation. EPID identifies newly diagnosed cases reportable under Rhode Island law and analyzes trends in newly diagnosed cases through the utilization of laboratory results generated at RISHL and other diagnostic and public health laboratories. EPID uses this information to locate people exposed to infectious diseases and contacts them to guide them to action. Furthermore, EPID aims to control disease outbreaks, plans public health responses to outbreaks of infectious disease and react swiftly to contain outbreaks with healthcare providers in the community utilizing laboratory data reported to RIDOH.

7.    I am providing this declaration to explain the impacts on Rhode Island of CDC's reduction in capacity to test for and track infectious diseases since April 1, 2025. CDC's

reduction in capacity to test for infectious diseases since April 1, 2025 has forced RISHL to quickly develop plans to submit and pay for testing services at commercial or other reference laboratories so that Rhode Island can maintain a ready posture for response to STI and viral hepatitis testing services to aid in clinical diagnosis and outbreak response.

**Reliance on CDC Infectious Diseases Laboratory Testing Prior to April 1, 2025**

8.    RISHL relies on rapid antimicrobial susceptibility testing for *Neisseria gonorrhoeae* provided by regional testing centers coordinated by the CDC's Antimicrobial Resistance Laboratory Network (ARLN). While RISHL only referred four specimens for testing to this resource since 2023, this testing is an important component of ongoing monitoring for the early detection of extensively drug-resistant gonorrhea in Rhode Island.

9.    Prior to April 1, 2025, RISHL relied on the CDC's Sexually Transmitted Disease (STD) Laboratory Reference and Research Branch to provide antimicrobial susceptibility testing for extensively drug-resistant *Neisseria gonorrhoeae* as an extended capacity of the regional reference laboratories in the ARLN. Specifically, the tests ordered for "*Neisseria gonorrhoeae* Surveillance Study" that include extended drug resistance testing is no longer available.

10.    Antimicrobial resistance testing by the CDC is important to RISHL because these results are used by epidemiologists in EPID and hospital infection prevention specialists to track the spread and emergence of antimicrobial resistance in Rhode Island. This is critical to maintaining the appropriate use of antibiotics to limit the expansion of resistant bacteria, which allows us our clinicians to prescribe appropriately and keep our citizens safe.

11.    Prior to April 1, 2025, RISHL utilized CDC's Viral Hepatitis Laboratory Branch for reference testing and genotyping in samples suspected for hepatitis infection. For example, in 2023 RISHL submitted samples for genotyping of hepatitis A to aid in cluster identification and

outbreak response. Results generated by CDC laboratories allowed EPID to link cases to other ongoing regional outbreaks and develop strategies to prevent onward spread of the disease.

**Changes in CDC Infectious Diseases Laboratory Testing Since April 1, 2025**

12. Effective April 1, 2025, the CDC indicated that it was no longer able to provide STD and viral hepatitis related laboratory services at the (STD) Laboratory Reference and Research Branch, and the Viral Hepatitis Laboratory Branch due to the abrupt closure of these laboratories through a reduction in force.

13. On April 11, 2025, RIDOH received a notice from the Office of Director of the Division of STD Prevention (CDC) indicating that they had experienced a large reduction in force in accordance with President Donald Trump's Executive Order 14210. The communication indicted that, effective April 1st (ten days earlier), due to "the Department of Health and Human Services' (HHS) broader reorganization strategy to improve its efficiency and effectiveness," the CDC "is unable to provide STD-related laboratory services." RIDOH received a similar notice regarding the closure of the Viral Hepatitis Laboratory around April 4th, 2025.

14. The closure of the CDC's Division of STD Prevention Laboratory Branch directly impacts the ability of RISHL and EPID to identify and track resistant gonorrhea cases in Rhode Island. This has been particularly important given the regional emergence of highly resistant gonorrhea, first identified in Massachusetts.

15. The closure of the CDC's Viral Hepatitis Laboratory Branch directly impacts the ability of RISHL and the two centers that fall within the Division of Emergency Preparedness Infectious Disease to identify and track the spread of viral hepatitis through laboratory testing. The testing services that are discontinued include several viral hepatitis diagnostic and

genotyping services. Specific tests include nucleic acid detection, virus serology, and genotyping services for Hepatitis A, Hepatitis B, Hepatitis C, Hepatitis D, and Hepatitis E.

16.    Reference testing at the CDC is an important component to viral hepatitis surveillance efforts that are a core component of the Rhode Island Governor's Hepatitis C Elimination Plan (Strategic Plan for the Addressing Hepatitis C (HCV) in Rhode Island (2022)).

**Effect on Institutional Operations**

17.    RISHL and EPID operations have been significantly affected by the changes to the CDC Infectious Diseases Laboratory Testing described above.

18.    The changes to CDC Infectious Diseases Laboratory testing described above have forced RISHL to identify alternative labs for testing of extended drug resistance in *Neisseria gonorrhoeae* and viral hepatitis. Some of these services have very limited options for alternatives in commercial laboratories.  For testing that is available through commercial labs, RIDOH will need to identify funding sources for these services that were previously provided at no cost to the State.  Furthermore, this shift to analysis at commercial laboratories will significantly hamper the ability to compare results across States. This is an extremely important component of data analysis in the Northeast Region where there is often interstate mobility and clusters and outbreaks frequently involve multiple jurisdictions.

19.    The changes to CDC Infectious Diseases Laboratory testing described above have reduced RISHL's ability to test for *Neisseria gonorrhoeae* drug susceptibility and detection and genotyping of viral hepatitis that was formerly performed by CDC's Infectious Diseases Laboratory, which means that until alternative testing laboratories are identified, RISHL and EPID will have limited ability to identify outbreaks of these diseases and may not be able to

effectively trace the sources of infections to implement appropriate public health measures and communication.

20.    These changes create a significant risk of harm to public health in Rhode Island because there have been identified cases of extended drug-resistant *Neisseria gonorrhoeae* in neighboring Massachusetts and ongoing viral hepatitis outbreaks in the United States – specifically hepatitis A.

**Conclusion**

21.    The changes to CDC Infectious Diseases Laboratory testing described above limit RIDOH's ability to respond to infectious disease clusters of sexually transmitted infections and viral hepatitis. In the absence of national reference testing services, RISHL must identify alternative commercial or other partner laboratories to maintain this capacity. Even if alternatives to the entirety of the testing that was discontinued at CDC laboratories could be identified, RIDOH would still bear the cost for testing, and would retain minimal ability to compare test results across jurisdictions, thereby further limiting EPID's ability to identify cases, determine common sources, and implement public health mitigation strategies.

Glen R. Gallagher, Ph.D., MLS(ASCP)$^{CM}$

Date:  5/7/2025