# EXHIBIT 24

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF NEW YORK, et al.<br><br>　　　Plaintiffs,<br><br>　　　　v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　Defendants. | Case No. 1:25-cv-00196 |

**<u>DECLARATION OF DR. JEROME LARKIN</u>**

I, Jerome Larkin, M.D., declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.      I am the Director of the Rhode Island Department of Health (RIDOH). The information set forth in this Declaration is based on my personal knowledge, information gathered by and in consultation with RIDOH personnel, and a review of business records that have been provided to and reviewed by me.

2.      I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**<u>Professional Background</u>**

3.      I have held the position of Director of RIDOH since May 21, 2024. I am board-certified in Internal Medicine and Infectious Diseases by the American Board of Internal Medicine and in General Pediatrics by the American Board of Pediatrics. For the 16 years prior to my appointment as Director of RIDOH, I served as the Medical Director of Inpatient Infectious Diseases Consultation Services at Rhode Island Hospital, the Co-Director of Pediatric

HIV Clinic at Hasbro Children's Hospital, and the Medical Director of the Infectious Disease Clinic at Rhode Island Hospital.

4.      The mission of RIDOH, founded in 1878, is to prevent disease and protect and promote the health and safety of the people of Rhode Island.

5.      Unlike many other states, the Rhode Island Department of Health serves as the singular public health resource – an agency that serves over one million residents and over 28 million tourists, annually.

6.      I am providing this Declaration to explain the impacts on Rhode Island of the cuts to HHS, including cuts to CDC, the FDA, and SAMHSA.

**Reliance on HHS Data and Technical Expertise**

7.      Prior to April 1, 2025, the execution of RIDOH's mission relied heavily on the personnel, funding, information, expertise, technical assistance, communications, data and resources provided by the U.S. Department of Health and Human Services (HHS), its Centers for Disease Control and Prevention (CDC), the U.S. Food and Drug Administration (FDA), the Administration for Community Living (ACL) and the Substance Abuse and Mental Health Services Administration (SAMHSA).

8.      Rhode Island relied on CDC for its assistance in maternal mortality review committees and other efforts to eliminate maternal mortality. In late March, the Region 1 (New England) Office of HHS was abruptly closed.  Because staff were put on leave and eliminated, collaborative projects addressing regional maternal mortality, perinatal community capacity, and postpartum depression were cancelled.

9.      Rhode Island has long relied on CDC for data relating to the health and well-being of pregnant people and babies, including the Pregnancy Risk Assessment Monitoring

System (PRAMS). PRAMS is a survey of those who recently gave birth, which seeks to learn about their behaviors and experiences before, during, and after pregnancy. Topics include preconception, prenatal and postpartum care, maternal tobacco/alcohol/substance use, IPV, contraception, economic status, maternal stressors, early infant development and health status, mental and physical health, breastfeeding, housing, occupational status and workplace leave, safe sleep practices, health insurance, vaccines, food/housing insecurities, SDOH, and education. The data and information collected from this survey are used for program planning, policy development, and overall decision-making. PRAMS provides information that isn't available elsewhere and has been used extensively in Rhode Island to improve the health of mothers and infants.  RI PRAMS data are used to identify areas of concern, the subpopulations at greatest risk, develop programs and policies to improve maternal and infant health, evaluate programs, and monitor trends. RI PRAMS data have also been relied upon to drive policy and decision making, such as extending Medicaid coverage for a year after giving birth, expanding teleconsulting access to meet perinatal mental health needs, and provide pharmacists with the authority to prescribe and dispense hormonal contraceptive patches and self-administered oral hormone contraceptives to improve state systems for reducing unintended pregnancies.  RI PRAMS is the gold standard for maternal and infant data collection, and the only survey of its type where mothers can share their pregnancy, birthing, and postpartum experience.

10.     Rhode Island has relied on CDC and FDA for their assistance in tobacco prevention and control, including the State Tobacco Activities Tracking and Evaluation (STATE) System, and resources for Rhode Island's tobacco quitline. On April 21, 2025 (one week prior to the start of the funding cycle), Rhode Island's sixth year supplemental application for its Tobacco Control Program was returned by the CDC, citing structural changes at HHS/CDC.  Because that

application was not processed and approved, Rhode Island lost $1,383,858 in grant funding upon which we rely.  These federal dollars provided 69% of the program's funding, including 80% of staff funding, 67% of quitline funding, and has negatively impacted ten community contracts.

11.    Rhode Island has relied on CDC for its technical assistance in preventing and controlling HIV/AIDS, viral hepatitis, STIs, and tuberculosis. RIDOH relies on the ability to request CDC support for outbreaks in that CDC deploys epidemiologists, laboratorians, public health advisors, and disease intervention specialists to provide both virtual and on-the-ground support for outbreak response when RIDOH needs it. A recent Rhode Island multi-drug resistant case of tuberculosis who travelled across multiple jurisdictions has required CDC input and support.  CDC also funds community-based and national organizations to complement RIDOH's prevention efforts, which foster collaborations with providers and clients to provide effective prevention programs and services and inform guidelines and policies, all of which are critically important given our recent increase in congenital syphilis and HIV cases, to prevent forward transmission.  Rhode Island also relies heavily on CDC technical assistance in functions related to disease monitoring and surveillance that are used to identify and respond to emerging disease clusters and disease outbreaks at both the population and geographic levels.

12.    Rhode Island has relied on CDC for its assistance in monitoring for and responding to threats in Environmental Health, including food safety, public health tracking, environmental health capacity and childhood blood lead poisoning prevention.  Rhode Island is currently receiving the following grant support, which is now threatened due to the sudden elimination of staff within the CDC:

- Environmental Health Specialist Network: This grant is currently on year five of a five -year grant. RIDOH receives $192,587 per year;

- Environmental Public Health Tracking Network: This grant is currently in year three of five- year grant. RIDOH receives $550,000 per year;

- Childhood Blood Lead Poisoning Prevention: This grant is currently in year four of a five- year grant. RIDOH receives $500,000 per year;

- Environmental Health Capacity: This grant is currently on year five of a five-year grant. RIDOH Receives $140,050 per year.

**Changes in HHS Data and Technical Assistance Since April 1, 2025**

13.    Since April 1, 2025, thousands of HHS personnel with irreplaceable knowledge and expertise and multiple resources upon which the State of Rhode Island has relied for years, vanished without warning and without transition or continuity plan or communication.

14.    Since April 1, 2025, Rhode Island has experienced harm relating to CDC's removal of resources and staff which enabled RIDOH to fulfill its responsibilities to conduct maternal mortality review committees and other efforts to eliminate maternal mortality. On or around March 15, 2025, the CDC eliminated the majority of the resources that Rhode Island relies upon, including the report "Community Vital Signs," which specifies case ascertainment protocols and assists states in identifying maternal deaths in their jurisdiction.  Without this information, Rhode Island is missing opportunities to prevent deaths to pregnant and postpartum women.  The CDC removed SharePoint webpages with guidance on identifying and evaluating maternal deaths that Rhode Island relied upon to conduct and inform Maternal Mortality Review Committee (MMRC) work. The program had to cancel its MMRC meeting due to unavailability of guidance documents.  Because of the elimination of CDC staff and programs focused on Reproductive Health, RIDOH has not been able to coordinate with federal staff to respond to pressing reporting concerns, approve budget redirections, or issue "needs assessment" guidance.

15.     Since April 1, 2025, Rhode Island has experienced harm relating to CDC data relating to the health and well-being of pregnant people and babies, including the Pregnancy Risk Assessment Monitoring System (PRAMS). April 1, 2025, RI PRAMS received notice from our CDC Project Officer that all CDC PRAMS staff had received the RIF notice and were put on leave, effective immediately.  On April 10, 2025, RI PRAMS received the Notice of Award (NOA) that would continue funding for the program from May 1, 2025 – April 30, 2026. In the NOA, there is language that depicts the degree to which CDC will have involvement with the project deliverables. An email was sent to CDC Grants Management Office letting them know that RI PRAMS would need the components listed in the NOA to continue the workplan submitted, and a response was returned indicating that grant staff were also on leave and more information would be sent once available. Based on the Cooperative Agreement between CDC PRAMS and RI PRAMS, there is significant involvement with federal partners that cannot be provided at this time due to the sudden layoffs. On April 30, 2025, CDC sent an email to RI PRAMS indicating the "CDC can no longer provide the scientific, technical, and information technology assistance resources as described in the Notice of Funding Opportunity RFA-DP-21-001 for the Pregnancy Risk Assessment Monitoring System (PRAMS). CDC will share guidance for revision of workplans and budget documents for the year 5 budget period starting May 1, 2025 through April 30, 2026 soon."  If the CDC does not provide critical resources including adequate funding, scientific and technical support, and information technology assistance, Rhode Island will no longer be able to administer the survey, have weighted data, or contribute to national data trends.

16.     Since April 1, 2025, Rhode Island has experienced harm relating to CDC and FDA's role in tobacco prevention and control in our state. Because our grant application was

returned and funding for our sixth-year cycle was not received, five community contacts were terminated, and at least two full-time staff members have been terminated by our contracted partners due to the funding loss related to the returned application.  As a result of these actions, statewide coordination of cessation treatment resources for nicotine and tobacco will be lost; technical assistance for schools implementing tobacco-free policies and programming will be limited; Rhode Island will be unable to support communities in addressing health inequity due to known industry tactics; and we are unable to provide necessary treatment for those addicted to nicotine and subjected to forced cessation, for example those in the justice system.

17.    In addition to the loss of state funding, the reduction in force of the CDC's Office of Smoking and Health has substantial impacts in Rhode Island.  Rhode Island relied upon substantial resources and technical assistance provided by the Office of Smoking and Health to Rhode Island at no cost, such as: educational media campaign material (e.g., "*TIPS From Former Smokers")*; administration of the National Youth Tobacco Survey, which provided the first indicators of the dramatic increase in Electronic Nicotine Delivery Systems (ENDS) used by youth; preparation of factsheets, social media posts, and communication strategies; maintenance of a national toll-free number that allows texting and calls to be directed to the state-specific hotline cessation resources and counseling; and funding to assist with policy work and data briefs.

18.    Since April 1, 2025, Rhode Island has experienced harm relating to CDC's role in infection control and prevention. As of last week, the CDC's Healthcare Infection Control Practices Advisory Committee (HIPAC) website has vanished, several committee members have been terminated leading to widespread concern that the committee will be terminated, which leaves Rhode Island without the wealth of information advanced by HIPAC that RIDOH relies

upon to carry out its mission. Created in 1991, HICPAC is a federal advisory committee to HHS and CDC comprised of leading non-federal experts in infectious diseases, epidemiology, nursing, microbiology, and public health. The group meets regularly to review emerging evidence and develop infection prevention recommendations that directly inform national healthcare policy. HICPAC provides the gold standard regarding the practice of infection control and strategies for surveillance, prevention, and control of healthcare-associated infections, antimicrobial resistance and related events in settings where healthcare is provided, including hospitals, outpatient settings, long-term care facilities, and home health agencies. HICPAC serves as a policy engine, translating new scientific evidence into practical, scalable recommendations adopted across U.S. healthcare, which ensures consistency and uniformity in infection control prevention practices that saves lives in Rhode Island.

19.    As of April 1, 2025, Asthma Control Program staff at the CDC were either placed on administrative leave or were fired. This has caused chaos in Rhode Island, as there is no guidance on budgetary or programmatic-related questions, issues, or assistance with the required non-competitive funding application which provides funding for the next project period starting September 1, 2025. RIDOH met the deadline to submit the application, but without staff at the federal level to review it, there is uncertainty about whether funding will continue beyond August 31, 2025. Rhode Island relies upon this funding to reduce asthma-related emergency department visits and hospitalizations for children ages 2-17 with poorly-controlled asthma through the support of education and training for community health workers who conduct home visits to address asthma triggers and provide education, and for community-based agencies who work with families to address the burden of asthma among children ages 2 – 17.

20.    Since April 1, 2025, Rhode Island has experienced harm relating to CDC's role in monitoring for and responding to Environmental Health, including food safety, public health tracking, environmental health capacity and childhood blood lead poisoning prevention.  On April 1st, 2025, HHS announced that the majority of staff within the National Center for Environmental Health at CDC were put on administrative leave. RIDOH did not receive notification on the impacts of the reduction in force on funding; however, grant managers and project officers are no longer available to answer questions or process requests. RIDOH grant recipients received emails from CDC staff indicating, "this is my last communication," or "I am no longer going to be working for CDC."  RIDOH's Environmental program staff have yet to receive guidance on four grants, which total $1.3 million in annual support relied upon by Rhode Island. RIDOH employs the equivalent of 9.5 FTEs with these grants. There are a total of 23 staff impacted, since many are partially funded for data analysis, communications, and other support services.

21.    Since April 1, 2025, Rhode Island has experienced harm relating to the sudden reduction in force of the SAMHSA Region 1 Behavioral Health Teams.  RIDOH's Violence and Injury Prevention Program (VIPP) staff met with the Region 1 team on a bi-monthly basis, along with the other New England states. The loss of SAMHSA organizational oversight conducted by experienced staff and reassignment to AHA Mental Health will have a devastating impact to suicide prevention efforts in Rhode Island by limiting opportunities to receive federal guidance and technical assistance regarding best practices and resource dissemination from subject matter experts in the field. RIDOH VIPP has relied upon SAMHSA technical assistance and continuous funding opportunities to support youth suicide prevention efforts in the state for over fifteen consecutive years.

22.     Rhode Island relies upon the Women, Infants and Children (WIC) program, funded through USDA, which provides nutrition counseling, support for healthy development for pregnant women and young children, and food assistance to needy families in Rhode Island. In April 2025, Rhode Island's WIC fresh food Farmers Market Nutrition Program, was slashed without explanation. Previously, in 2024, RI received $138,648. This amount was cut by almost 75% to $36,547. If RI WIC is able to run the program at all with this reduced funding, it will significantly limit access to fresh food for families in Rhode Island who are most vulnerable and in need of nutritional support.

**Conclusion**

23.     The changes to the staffing of HHS and resulting loss of programmatic support, expertise, resources, data and services will decimate the work of my agency and will jeopardize the health, safety and welfare of those who live in and visit the State of Rhode Island.

_____
[NAME]  Dr. Jerome Larkin

Date:  May 7, 2025