# EXHIBIT 26

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

STATE OF NEW YORK, et al.

     Plaintiffs,

     v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

     Defendants.

Case No. 1:25-cv-00196

## DECLARATION OF JEFFREY A. BROWN

I, Jeffrey A. Brown, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Acting Commissioner of the New Jersey Department of Health (NJDOH). The information in the statements set forth below were compiled through personal knowledge, through NJDOH personnel who have assisted in gathering this information, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

3. I have been serving as the NJDOH Acting Commissioner since April of 2025. Prior to becoming NJDOH's Acting Commissioner, I served as the NJDOH Deputy Commissioner of Health Systems, overseeing inspections, licensing, and the enforcement of regulations for licensed New Jersey health care facilities, mental health and addiction services and programs, the Office of Health Care Affordability and Transparency, and major hospital

funding programs, including Charity Care. Prior to serving as the NJDOH Deputy Commissioner, I served as the first Executive Director of the New Jersey Cannabis Regulatory Commission (CRC), where I led and managed a newly created state commission. Prior to my position with the CRC, I served as Assistant Commissioner for Medical Marijuana within the NJDOH and worked within healthcare policy and healthcare quality improvement for the State of New Jersey. I graduated from Rutgers University and have devoted my career to serving the public.

4.    NJDOH's mission is to protect the public's health, promote healthy communities, and continue to improve the quality of health care in New Jersey. NJDOH provides essential services and implements comprehensive measures to prioritize public health, including: preventing the spread of infectious diseases, educating the public to promote healthy lifestyles, preparing for emergencies and disasters, licensing and regulating health care facilities, collecting and analyzing health-related data, and addressing health disparities.

5.    NJDOH has three primary branches: Public Health Services, Health Systems, and Integrated Health, all of which include divisions, offices, and programs. Each aspect of NJDOH works collaboratively to strengthen New Jersey's health system. NJDOH engages in a wide range of services including, but not limited to, communicable disease prevention, maternal and child health, and HIV care.

6.    I am providing this declaration to explain the impacts on New Jersey of the cuts to the federal Health and Human Services agency (HHS), including but not limited to cuts to the Centers for Disease Control and Prevention (CDC) and the Food and Drug Administration (FDA).

**Reliance on HHS Data and Technical Expertise**

7.      Prior to April 1, 2025, NJDOH worked closely with HHS to further its fundamental mission of promoting public health in the State of New Jersey. This included the use of HHS data to help improve health outcomes for maternal health patients, prevent the spread of communicable and drug-resistant diseases, reduce tobacco usage, and test and assist in the treatment of lead exposure in children. Federally-funded employees also provided training on the spread of Sexually Transmitted Infections (STIs) and other diseases.

8.      Prior to April 1, 2025, NJDOH relied on the CDC for data relating to the health and well-being of pregnant people and babies, including the Pregnancy Risk Assessment Monitoring System (PRAMS). The PRAMS program is designed to identify groups of women and infants at high risk for health problems, to monitor changes in health status, and to measure progress towards goals in improving the health of mothers and infants.

9.      The New Jersey PRAMS program relied on access to CDC data, technical knowledge, and assistance to determine the best use of its resources and how to best assist vulnerable communities in the State. PRAMS informs initiatives that improve the lives of birthing people during the perinatal period.

10.     For example, in 2018, the New Jersey PRAMS team was able to utilize CDC data to find barriers to receiving prenatal care, experiencing stressful life events, attending postpartum visits, experiencing postpartum depression, breastfeeding, and bed sharing practices. This data showed that Black mothers had the lowest rates of postpartum checkups (82%) and breastfeeding initiation (81%). They also had the second highest rates of postpartum depression symptoms (14%) and reported "often or always" bed sharing (32%).

11.     Utilizing this data, the NJDOH Commissioner appropriated $4.7 million per year in grant funding to community-based organizations for the first 2 years of the newly formed

Healthy Women, Healthy Families Initiative. As of June 2020, almost 49,000 women had received case management services, and over 25,000 women had been referred to programs such as home visiting and Healthy Start.

12.     Prior to April 1, 2025, NJDOH also relied on the CDC and FDA for their assistance in tobacco prevention and control, including the State Tobacco Activities Tracking and Evaluation (STATE) System, and resources for New Jersey's tobacco Quitline, which offers several resources to help New Jersey residents, eighteen years of age and older, quit smoking. Data collected by the CDC was used to determine national trends in tobacco sales and products, which tend to focus on products that target children. NJDOH relied on this data to track tobacco use trends and evaluate policy effectiveness.

13.     In addition to data collection, NJDOH relied on the CDC for funding related to tobacco prevention and control, including for NJDOH's core tobacco program, which includes the Quitline and Quit Centers, which are physical centers throughout the State where in-need individuals can receive in-person counseling, typically geared toward individuals who need more intensive services than the Quitline can provide. Funding provided by the CDC also supports a number of programs tied to community-based initiatives to prevent the use of cigarettes or other tobacco products, including new and developing products, as well as six staff members at NJDOH who are supported either fully or partially by CDC funds.

14.     NJDOH also relied on the CDC's high-impact national media campaigns for smoking cessation. The loss of such national campaigns could reduce public motivation for tobacco cessation. The elimination on federal scientific research and policy recommendations to guide smoke-free laws, taxes and youth prevention efforts combined with the lack of centralized expertise may delay or weaken new tobacco control polices in the State.

15.    Prior to April 1, 2025, NJDOH also relied on the CDC for its assistance in preventing HIV, viral hepatitis, STIs, and tuberculosis. In addition to being the recipient of grants for the Medical Monitoring Project (MMP) and the National HIV Behavioral Surveillance (NHBS), NJDOH also received vital data from the CDC for tracking treatments that are curative for gonorrhea, which is vital given the emergence of multidrug-resistant gonorrhea.

16.    Also prior to April 1, 2025, NJDOH additionally relied on the CDC for its assistance in monitoring for and responding to lead poisoning, especially in children. Childhood lead funding from the CDC supports three full-time employees who staff the Childhood Lead Surveillance Team and perform duties including data entry, review, and assignment of all childhood lead test results to local health departments for investigations; review of childhood lead data to identify highly poisoned children in need of immediate medical treatment, high risk areas, and other emerging threats; and generation of the statutorily-required Childhood Lead Annual Report to the Governor and childhood lead datasets that are shared with other state agencies to effectuate their regulatory duties, such as sharing data with the Division of Community Affairs for housing rental laws and the Department of Human Services for Medicaid reimbursement.

**Changes in HHS Data and Technical Assistance Since April 1, 2025**

17.    Since April 1, 2025, NJDOH has experienced significant disruptions as a result either of the restructuring at HHS or the Reduction In Force (RIF). NJDOH has been unable to access CDC-maintained data or technical assistance in many vital areas including maternal health, disease control, lead exposure, and STI prevention and treatment.  Without access to updated data, NJDOH is unable to make data-driven decisions to best increase healthy outcomes and optimize the benefits of the limited resources available.

18.    NJDOH has experienced harm as a result of CDC data disruptions related to the health and well-being of pregnant people and babies, including the PRAMS. As of January 31, 2025, New Jersey lost access to the most recent PRAMS data and the data collection portal, PIDS, and is therefore unable to collect the vital data to determine the best use of its resources to help improve maternal health outcomes in the State of New Jersey. NJDOH is committed to using research and data to end preventable morbidity, mortality, and birthing inequality in New Jersey. Without access to data, NJDOH will be unable to track trends in maternal care to meet those goals, and women across the state – especially those in vulnerable communities – will suffer.

19.    Since April 1, 2025, New Jersey has also experienced harm and disruption related to the CDC's and FDA's role in tobacco prevention and control. As a result of the reorganization and RIF at HHS, NJDOH no longer has access to resources provided by the CDC related to tobacco prevention and control, including but not limited to individuals with institutional knowledge. NJDOH also no longer has any access to the STATE System. As a result, NJDOH is no longer able to monitor the latest national trends in tobacco usage or be prepared to address the ever-changing landscape of tobacco related products, which are increasingly targeting our nation's youth.

20.    NJDOH's Quitline and Quit Centers are already dealing with the consequences of the loss of resources and contact with the CDC, including but not limited to the loss of information about funding. NJDOH's current grant cycle ended on April 28, 2025. Based on prior contacts with CDC partners, NJDOH expected to receive a one-year extension of the grant, which would have run from April 29, 2025 through April 28, 2026. One week before that extension began, with no notice, NJDOH was advised that instead it was going to receive a six-

month "no cost extension," which means the State would not receive additional funding for the upcoming grant year but would have six months to expend any carryover funds from previous years based on the scope of work from previous years.

21.    In order to keep NJDOH's tobacco prevention and control programs running in light of the abrupt change from a one-year extension to a "no cost" extension that did not allocate any additional funding, NJDOH has been utilizing carry-over funds from prior years to keep its Quitline and Quit Centers running. But even these carry-over funds are insufficient to operate the programs at the same level they were operating prior to the cessation of funding from the grant. For example, as a result of the loss of the one-year grant extension, Quit Center services funded from State dollars has been reduced to reallocate funding to the Quitline, resulting in a reduction in services provided by State-allocated dollars. And even utilizing these carry-over funds, NJDOH has been forced to reduce the number of subgrants it provides to community-based services, resulting in a disruption and deterioration of services offered to New Jersey residents. Furthermore, these funds are only budgeted for six months. After the six-month extension expires, the services will not have funding to continue.

22.    Since April 1, 2025, New Jersey has also experienced harm relating to the CDC's role in preventing HIV, viral hepatitis, STIs, and tuberculosis. NJDOH receives two grants from the CDC related to these services: the MMP)and the NHBS. MMP's project period expires on May 31, 2025. NHBS's budget period for year 4 of the 5-year project period ends December 31, 2025.

23.    The MMP is a surveillance system designed to learn more about the experiences and needs of people who are living with HIV. It includes data collected through in-person or telephone interviews with participants, as well as a two-year medical chart abstraction for all

persons who have been in care. Because MMP's estimates are designed to be locally and nationally representative, the information gathered from MMP may be used by prevention planning groups, policy leaders, health care providers, and people living with HIV to highlight disparities in care and services and to advocate for needed resources.

24.    NJDOH's MMP grant is used to interview and conduct medical record abstractions for 500 randomly-selected persons living with HIV in order to understand factors that impede their ability to stay in care. Any persons living with HIV who take their medications as directed cannot transmit HIV when they achieve viral load suppression for their HIV infection. In order to achieve the end of the HIV Epidemic, it is vital for anyone diagnosed with HIV to take their recommended medications on a daily basis.

25.    NJDOH received $748,645 for the period of June 1, 2024 through May 31, 2025. MMP funds 4.25 NJDOH Full Time Equivalents (FTEs) and one contract position. Data collected from MMP includes extensive information, including information regarding insurance providers. Through this data, NJDOH is aware that 50.7% of the random sample receive medications via Medicaid, which underscores the important need for NJDOH to work closely with Medicaid to ensure HIV medications are available to prevent further spread of HIV.

26.    In addition, approximately 27% of the random sample appears to be out of care and not taking medications or getting lab tests done routinely to monitor their infection. Data from MMP assists NJDOH in better understanding when laboratories may not be reporting all results to NJDOH; when patients may have moved to other states and need help finding medical care; and when people are still in New Jersey but may have lost their insurance without realizing that mechanisms exist to ensure they can continue receiving life-saving medications while between jobs to ensure they stay healthy and do not further spread HIV. Without the MMP and

the data collection it supports, NJDOH's ability to help connect persons living with HIV to needed care will be compromised because NJDOH will lack insight on which partnerships are critical to enable people to maintain their care.

27. The NHBS is a comprehensive system for bio-behavioral surveillance conducted since 2003 in populations disproportionately affected by HIV. NHBS collects data on behavioral risk factors for HIV, HIV testing behaviors, receipt of prevention services, and use of prevention strategies. All NHBS participants are offered an HIV test.

28. NJDOH's NHBS grant, which included $540,100 for the period of January 1, 2025 through December 31, 2025 and which funds 1.1 FTEs at NJDOH and one contractor, is used for understanding populations that have a high positivity of HIV and is critical to ensuring people are being diagnosed in a timely manner to prevent the spread of HIV to others. NHBS runs on an annual cycle that switches each year. In 2024, NJDOH recruited persons who inject drugs. In 2025, NJDOH is preparing to start a heterosexual cycle, and in 2026, NJDOH is scheduled to have a gay/bisexual men cycle. The goal is to collect 500 surveys per cycle, including HIV testing, to assess the level of HIV risk within each cohort and identify the characteristics of individuals at increased risk.

29. This data is essential for guiding the strategic focus of HIV testing programs, improving access to Pre-exposure prophylaxis (PrEP), and enhancing provider education. By leveraging this data-driven approach, NJDOH aims to reduce stigma, dismantle systemic barriers, and ensure all individuals can access the healthcare services they need with dignity and confidence.

30. For example, in the 2022 cycle, NJDOH collected data on persons who inject drugs. When collated with data from across the country, the prevalence of HIV among this

population was found to be 6%, but in the 12 months before being interviewed for NHBS, only 45% of people had ever been tested for HIV. This data helped NJDOH to support HIV testing services at Harm Reduction Centers for persons who inject drugs to ensure they more readily have access to HIV testing. Conversely, in 2023, NJDOH collected interviews among gay and bisexual men and learned that 78% reported having been tested for HIV in the previous 12 months, 23% tested positive for HIV, and over 93% had awareness of PrEP to prevent HIV infection; however, only 45% had ever taken PrEP. Using this data, NJDOH was able to support the continuation of the need for PrEP counselors to continue to aid this population in linking to PrEP for the purpose of preventing a potential subsequent HIV diagnosis.

31.     The last communication NJDOH received from the CDC related to the MMP and NHBS grants was on April 3, 2025, advising NJDOH that the CDC had approximately half of its staff subject to the RIF but that there had been no changes to NJDOH's recipient status, and that NJDOH should continue implementing its work. Prior to that communication, NJDOH had submitted its non-competitive grant application for the next MMP five-year project period on February 3, 2025 and understood that project managers at the CDC were told to score the applications as soon as possible.

32.     Normally, NJDOH would have expected to hear about the status of its grant application within about thirty days of its submission. In fact, the application document provided by the CDC stated the expected award date was May 1, 2025, for an expected start date of June 1, 2025. NJDOH has heard nothing to date.

33.     Furthermore, because the entire CDC Division of HIV Prevention, Behavioral and Clinical Surveillance Branch related to this grant was subject to the RIF, NJDOH has no one to contact to confirm whether NJDOH can expect to receive this funding.

34. Without this funding, the MMP project will be sunset at NJDOH and information regarding unmet needs for mental health services and other social needs to help individuals remain in HIV care will be lost. For example, the data collected through the MMP project are critical for making improvements toward the National HIV/AIDS Strategy (NHAS) federal goals (https://www.hiv.gov/), including the goal of reaching 95% of people diagnosed with HIV who rate their overall health as good or better.

35. Currently, MMP data establishes that among people diagnosed with HIV, only 70% rate their overall health as good or better. This underscores the need for MMP to understand why people are not rating their overall health as good or better. During interviews conducted through the MMP program, NJDOH staff are able to gather in-depth details to help inform social services to raise self-reported health status.

36. In another example, the 2025 NHAS goal for the percentage of people diagnosed with HIV who have an unmet need for mental health services is set at 12%. Currently, as a whole, the MMP project is reporting that 27% of people living with HIV have an unmet need for mental health services. These data are critical for advocating for additional mental health services to help individuals stay healthy.

37. With respect to its NHBS grant, NJDOH has not had any communication with anyone at CDC save for the same April 3, 2025 communication referenced above. At this point in NJDOH's NHBS cycle, the CDC is typically active in protocol reviews to ensure NJDOH is on track for a June 2, 2025, start date, which includes beginning its grant deliverable of interviewing 500 persons with heterosexual exposure to HIV.

38. One of the key approvals needed to ensure NJDOH is able to start these interviews on June 2, 2025 is access to the HIV DCC DataPortal managed by ICF Macro

(https://training.dcc-dataportal.cdc.gov/w3c/Privacy.aspx). In communication with the DCC DataPortal team on April 18, 2025, NJDOH learned that DCC DataPortal still did not "have any information on the NHBS Interview OMB approval process (including the version of the interview sent to OMB), or specific timeline for the launch of the interview." In addition, DCC DataPortal reported that it is "also required to have CDC approval for the launch of the updated Coupon Manager Program, the Field Testing Form, and the HIV Test Log on the DCC data portal."

39.    The CDC's lack of approval and communication will impede the start of NHBS. Delays in start are strongly correlated to not meeting the goals of NHBS recruitment. Therefore, unless the CDC begins communications again with grantees and the DCC DataPortal team, NJDOH will be at high risk of not meeting its grant deliverable of 500 interviews.

40.    Since April 1, 2025, NJDOH has also been harmed by the loss of the CDC's data services related to the tracking and treatment of STIs. Among other impacts, the RIF resulted in the termination of one full-time employee, who had been employed with the CDC and assigned to New Jersey for over twenty years. This employee has assisted NJDOH in a number of ways, including calling at least ten providers for fifteen to twenty patients diagnosed with syphilis per workday in order to obtain the required information to diagnose and report the case to the CDC. This work has been reassigned to other staff to ensure that persons with syphilis are accurately investigated.

41.    This employee also worked to train staff in contact tracing and to field follow-up for patients diagnosed with syphilis in order to find persons exposed and link them to care and treatment. For example, in the last year, this employee trained more than a dozen staff on field activities, including how to analyze surroundings to ensure they were safe, how to effectively

interview patients to get them to open up about their sex lives, and how to analyze the data provided to put forth initiatives to conduct screenings in communities where cases appeared to cluster together around related risk factors, like an uptick in cases reporting exchanging sex for drugs or money.

42. Since April 1, 2025, NJDOH has also been harmed by the closure of CDC laboratories. Specifically, NJDOH learned that the CDC laboratory for analyzing, tracking and testing complex STIs has been shut down. Among other crucial services, that laboratory had been studying drug-resistant gonorrhea by testing gonorrhea isolates for resistance patterns to identify working treatments.

43. As a result of the RIF at the CDC and the closure of the STI laboratory, there is no centralized provider monitoring potential changes to drug efficacy against STIs, which harms public healthcare. For example, NJDOH depends on the research and recommendations from the CDC to be up-to-date on resistance patterns to understand what treatments are working to stop the spread of gonorrhea. Without the STI laboratory conducting monthly testing to identify potentially drug-resistant strains, gonorrhea could now spread without warning, leaving New Jersey residents vulnerable.

44. NJDOH also learned that the CDC laboratory for performing hepatitis-related genotyping is currently not accepting specimens. The genomic sequencing conducted by this laboratory to track active hepatitis outbreaks is conducted by only a few other state public health laboratories, but none of these laboratories have definitively indicated capacity to sequence specimens from other jurisdictions.

45. The closure of the hepatitis laboratory has directly impacted NJDOH's ability to respond effectively to a current, ongoing outbreak of Hepatitis A. During previous Hepatitis A

outbreak investigations, genotyping and sequencing of clinical specimens through the CDC hepatitis laboratory were standard practice. While strong epidemiologic evidence suggests a common source of exposure for this outbreak in New Jersey, the loss of CDC laboratory sequencing capacity prevents NJDOH from confirming the connection through testing. This limits NJDOH's ability to definitively link cases to the source, initiate traceback investigations with full confidence, and provide targeted warnings to protect our community. Without sequencing, outbreak investigations become slower, less precise, and less effective, ultimately increasing the risk to public health. The loss of sequencing capacity at the CDC laboratory has significantly weakened the precision of NJDOH's outbreak response, elevated the risk of contaminated products remaining in circulation, and heightened the possibility that additional cases may arise.

46.     In addition to all of these impacts, New Jersey has also experienced harm relating to the CDC's role in monitoring for and responding to lead poisoning, especially in children. NJDOH has historically relied on the CDC to assist by compiling lead exposure data from other states, allowing health departments to measure trends and develop sustainable policies. For example, New Jersey has relied on the CDC to help develop policies implementing universal blood lead screening for all children, regardless of risk; track new sources of lead exposure coming into the country, such as lead-contaminated toys; coordinate nation-wide investigations and product recalls, such as the 2024 nationwide recall of lead-contaminated applesauce pouches; and provide subject matter expertise to NJDOH and local health departments in areas related to lead exposure, lead poisoning, environmental health, and maternal and child health that would otherwise not be provided. This coordination and expertise ensure NJDOH, local health departments, and pediatricians can respond to the many complex factors that go into treating

children who have been exposed to toxic levels of lead and preventing cases before they happen, particularly because there is no safe level of lead in children and, once detected, the harmful effects cannot be reversed. The entire agency responsible for this program has disappeared overnight. Should any problems or questions arise, there is no one to go to for assistance.

### Conclusion

47. The changes to the CDC as a result of the RIF and reorganization as described above, including the threatened loss of funding, the loss of institutional knowledge, the lack of communication from the CDC, and the loss of vital health data and testing, threaten to fundamentally inhibit NJDOH's ability carry out its obligations to the public.

Jeffrey A. Brown
Acting Commissioner
New Jersey Department of Health

Date: May 7, 2025