# EXHIBIT 31

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.

      Plaintiffs,

        v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

      Defendants.

Case No. 1:25-cv-00196

### DECLARATION OF DR. CHRISTOPHER SIMPSON

I, Christopher Simpson, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1.     I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2.     I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

3.     I am the Director of the Northwest Center for Occupational Health and Safety (NWCOHS), and the Deputy Director for the Pacific Northwest Agricultural Safety and Health Center (PNASH) at the University of Washington in Seattle, WA. I am also a Professor and Assistant Chair for Research and Faculty Engagement in the UW Department of Environmental & Occupational Health Sciences (DEOHS). I am currently the Principal Investigator or a co-investigator on four investigator-initiated research grants from NIOSH, and I have received multiple additional research grants from NIOSH over the past 20 years. I am also co-director of the Exposure Assessment, Biomarkers and Environmental Sensing Core of the Interdisciplinary

Center for Exposures, Diseases, Genomics and Environment, also part of DEOHS. I received my PhD from the University of British Columbia, Canada, and my Master of Science from the University of Waikato in New Zealand.

4.    The NWCOHS, established in 1977, is one of the eighteen extramural Education and Research Centers (ERCs) funded by grants from the National Institute for Occupational Safety and Health (NIOSH), housed within HHS' Centers for Disease Control and Prevention (CDC).[1] The centers exist to fulfill NIOSH's statutory requirement under the Occupational Safety and Health Act of 1970 to provide an adequate supply of qualified personnel to implement the Act by training the next generation of occupational health specialists. 29 U.S.C. § 670(a) (directing NIOSH to conduct either directly or with grants, "education programs to provide an adequate supply of qualified personnel to carry out the purposes" of this Act).

5.    The NWCOHS receives $1.8M per year from NIOSH. It is the only ERC with a specific mission to serve the workforce needs in the federal region which includes the states of Washington, Oregon, Idaho and Alaska. The NWCOHS prepares graduate students for careers in occupational health and safety through MS, MPH, and PhD academic training programs, significant financial support, and applied research opportunities. Our graduate training programs include six core occupational health and safety disciplines: (1) Industrial Hygiene/Exposure Science; (2) Occupational Health Nursing; (3) Occupational Medicine Residency; (4) Occupational Health Services Research; (5) Occupational Health at the Human-Animal Interface; and (6) Work and Health Graduate Certificate. Additionally, we provide professional continuing education to over 1,000 working professionals each year through occupational health and safety focused short courses and certificate programs. We also partner with dozens of academic

---

[1] *NIOSH Extramural Research and Training, Education and Research Centers*, CDC (Dec. 16, 2024) https://www.cdc.gov/niosh/extramural-programs/php/about/ercs.html.

institutions, community-based organizations, nonprofits, governments and others on shared research and training activities.

6.    The NWCOHS is funded by NIOSH under the Federal Training Grant T42OH008433.

7.    Similarly, the Pacific Northwest Center for Agricultural Safety and Health (PNASH), established in 1996, is one of twelve Centers for Agricultural Safety and Health funded by NIOSH, which focus on addressing pressing health and safety problems in the agriculture, forestry, and fishing sector. PNASH receives approximately $1.6M per year from NIOSH. PNASH conducts research and promotes best occupational health and safety practices for Pacific Northwest farming, fishing and forestry, working throughout Washington, Idaho, Oregon, and Alaska, and integrating expertise from multiple integrated disciplines, institutions and community partners.

8.    The PNASH Center is funded through a cooperative agreement with NIOSH, # U54 OH 007544A. The current funding cycle was awarded in 2022 under the Funding Opportunity Announcement RFA-OH-22-002, with a performance period from September 30, 2022, to September 29, 2027. However, funds beyond September 2025 have not yet been dispersed.

9.    It is my understanding and belief that as a result of the massive reduction in force across HHS, over 90% of the staff of the National Institute for Occupational Safety and Health, housed Centers for Disease Control and Prevention, have been placed on administrative leave and will be permanently terminated on or after June 1, 2025.

10.    Consistent with this reduction in force, we are greatly concerned that with the gutting of NIOSH, we will lose access to critical funding we need to keep our centers operational. Since April 1, 2025, both the NWCOHS and the PNASH have seen significant changes in its dealings with NIOSH.

**Northwest Center for Occupational Health and Safety (NWCOHS)**

11.     In December of 2024, and in response to RFA-OH-25-002 issued by NIOSH, the NWCOHS, together with the other four ERCs who were approaching the end of their current 5-year award period, submitted our competing renewal applications requesting renewal of our funding for the period July 2025 to June 2030. Those applications were received by NIOSH, and the review meeting for those applications was scheduled for February 2025, as listed on the eRA commons website that is used by HHS for communicating with extramural awardees.

12.     In early February 2025, the date for that review meeting was removed from eRA commons and, to our understanding, NIOSH was placed under a communications embargo. One of the outside experts whom NIOSH asked to review our applications later informed us that the review meeting had been cancelled, though we did not receive any official word from NIOSH to that effect.

13.     In early March 2025 the eRA commons website was updated to show that the review meeting for our competing renewal application had been rescheduled for April 2025.

14.     At my instruction, on March 26 NWCOHS staff subsequently contacted the program official for the ERCs at NIOSH, Dr. Elizabeth Maples, by email inquiring as to the status of our renewal application, and how to file a no-cost extension to our award, which would allow us to continue to spend any funds that remained at the end of our current award period—(June 30, 2025) in the event that cancellation of the review meeting prevented NIOSH from issuing a new award prior to the end of the current award. Dr. Maples responded the next day (March 27, 2025), with instructions on how to file the no-cost extension. On March 28, 2025, Dr. Maples (who retired effective March 31, 2025) was replaced by Dr. Eduardo O'Neil, who advised us that we had "expanded authorities" so our "request" for a no-cost extension was in fact

a notification of intent to proceed with a no cost extension, not a "true request." A true and correct copy of this e-mail chain is attached hereto as **Exhibit 1**.

15.    Acting on these instructions from CDC/NIOSH, NWCOHS filed its request/notification for a no-cost extension on April 2, 2025 with the CDC.

16.    We soon discovered that the already-rescheduled April 2025 meeting with our program official was also removed from eRA commons. We only discovered this when we logged in and checked ourselves; we did not receive word directly from NIOSH or CDC that the meeting was cancelled.

17.    With our current award running out and having heard no response to our inquiries, on April 16, 2025, I called Dr. O'Neil at NIOSH and asked him when I could expect that the NWCOHS competing renewal application would be reviewed. He stated that he was not aware of any plans to review any of the five ERC competing renewal applications that had been submitted in December 2024—which would effectively terminate those ERCs. This review is required in order to renew the NWCOHS for an additional 5-year period. The program official also stated that due to the communications embargo he could not send emails to us to confirm this position, and could only answer the phone when directly called.

18.    NWCOHS continued to reach out to the CDC to request a status update on our request for/notification of a no-cost extension. Finally, on May 2, 2025, a CDC Supervisory Grants Management Specialist wrote back and informed us that "***at the present time there is a pause on all NIOSH activities***" (emphasis added). She also informed us that we should "reach out to [our] project officer for additional guidance." A true and correct copy of this e-mail chain is attached hereto as **Exhibit 2**.

19.     Despite CDC's insistence we simply "reach out" to our project officer, NIOSH remained under a communications embargo, making such outreach impractical, as our April 16 phone conversation demonstrated. CDC/NIOSH did not, for instance, inform us of the cancellation of the review meeting for April 2025. The NWCOHS has not received a response from NIOSH to our official request for concurrence with our no-cost extension request/notification, nor have we received responses to subsequent prior approval requests that we have submitted, including time-sensitive requests for approval for foreign travel on our award.

20.     Funding for the NWCOHS ends June 30, 2025, and our request for a no-cost extension has not been authorized.

21.     NWCOHS is already experiencing grave harms as a result of this inaction. Due to the cancellation of the review meeting for our competing renewal application and other indications that on-time renewal of funding for the NWCOHS was unlikely, we were unable to provide funded offers of admission for trainees entering our graduate programs in Fall, 2025. Consequently, only one occupational medicine resident has been admitted for the 2025–26 academic year. No new trainees have been admitted into our other training programs (Industrial Hygiene/Exposure Science, Occupational Health Nursing, Occupational Health Services Research, Occupational Health at the Human-Animal Interface and Work and Health Graduate Certificate). Furthermore, continuing trainees in these programs who were counting on NWCOHS funding to cover their stipend and tuition will no longer receive this support. Several of them are likely to change the focus of their research away from occupational safety and health to other disciplines where opportunities for financial support are better. Some of the trainees may be forced to prematurely terminate their graduate degrees altogether.

22.     There is already a shortage of appropriately qualified OH&S professionals in the U.S. The loss of this year's cohort of OH&S trainees, and the negative effects on recruitment of future cohorts who will have been discouraged from entering this field due to the elimination of support will exacerbate the shortage of trained OH&S professionals and put American workers at increased risk for work related injury, illness and fatalities.

23.     Due the loss of the incoming cohort of OH&S students, we expect that several of our OH&S focused graduate courses will be canceled for the upcoming year. Several key NWCOHS staff will have to be laid off effective July 1, 2025, or shortly thereafter. Other NWCOHS staff will be offered reduced FTE appointments, but we are likely to lose their expertise also. These layoffs will also affect our continuing education (CE) program—the loss of NIOSH funding will mean that we are able to offer fewer CE classes, and we will have limited capacity to develop new CE courses in response to emerging OH&S hazards. This will translate to fewer opportunities for working professionals to receive the critical OH&S training that they need to stay safe at work, and will inevitably lead to increased rates of work-related injury and illness, and consequent increased costs to both workers and employers. Unless funding is received by July 1, 2025—an action that requires qualified personnel at NIOSH to approve our application— the NWCOHS will have to shutter all operations.

**Pacific Northwest Agricultural Safety and Health Center (PNASH)**

24.     The PNASH Center is still operating under the Notice of Award (NOA) terms and conditions received in 2022, when the grant was first awarded. We have not received any amendment to the performance period. We have also not received any formal communication detailing the termination or suspension of the NIOSH extramural Agriculture, Forestry and Fishing program (AgFF). We have also not been notified of any written justification for any administrative

decisions that might affect our award, nor have we been given the opportunity to respond to any decisions that have been taken. We submitted a prior approval request on March 18 on our current funding award and a Research Performance Progress Report (RPPR) on April 8th requesting carry-forward of funds, but we have not received any responses to the administrative budget actions related to these submissions.

25.      As of April 2025, the NIOSH program official for PNASH, Dr. Steve Dearwent, is no longer available for regular communication, and monthly meetings between NIOSH staff and AgFF Center Directors have ceased. Efforts to contact NIOSH staff have been unsuccessful. Compounding these concerns, the AgFF funding line has been removed from the proposed FY2026 federal budget. We are now unable to engage with NIOSH program officers on critical administrative matters, including sub-award approvals, carry-forward requests, and confirmation of receipt or review of our RPPR for the current budget year. The lack of timely budget approvals and carry-forward request has resulted in the PNASH center suspending new subawards to pilot projects and some subcontractors.

26.      Funding for PNASH will run out by September 29, 2025, without further action by HHS.

27.      Given this unprecedented breakdown in communication and the absence of acknowledgment of our submitted materials, we are increasingly concerned that funding for PNASH Year 4 (October 1, 2025–September 29, 2026) will not be released, despite no formal notice to that effect. Most urgently, we are concerned that the lack of transparency and engagement will prevent the University of Washington, on behalf of the PNASH Center, from providing the timely information that could inform HHS leadership and potentially avert long-term harm to worker safety efforts in agriculture, forestry, and fishing across Region 10.

28.     If in fact HHS has decided to terminate the AgFF program, without informing the recipients including PNASH, the repercussions will be felt immediately following our September 29, 2025 year-end. If we do not receive our Year 4 of funding, as detailed in our Notice of Award, we will be forced to lay off key staff, including those who have established partnerships with stakeholders across the region that help us to achieve our mission. There is no current funding available that would allow us to continue operating PNASH.

29.     Some specific losses that affect the PNASH Center include a loss of $359,281 in carryforward funding from year 2 of the PNASH award as NIOSH staff have not taken the action necessary to approve this carryforward funding, which in previous years would have been done without delay. Similarly, NIOSH administrative staff have not been available to respond to a prior approval request to establish two new subawards: one with Alaska Marine Safety and Education Association for a pilot project to evaluate Project Gabe, an opioid overdose prevention program for commercial fishermen in Alaska and another with the University of Iowa for the RISC project, which aims to track regional occupational injury and illness in the agriculture, forestry, and fishing sectors. Although these projects utilize funds already awarded to PNASH, without receiving the prior approval notice from NIOSH the sub-awards cannot be set up and the projects will be cancelled.

30.     Similar to NWCOHS, a delay or cessation in funding to the PNASH Center would immediately halt ongoing research, training, and outreach activities across agriculture, forestry, and fishing sectors in the Pacific Northwest. Practical safety resources developed for pesticide handlers, including widely used guides and training courses, would no longer be updated or disseminated. Forestry safety projects focused on mechanization and remote worksite hazards would be suspended, leaving regional employers and workers without technical support during a

period of rapid operational change. Heat illness prevention efforts, including bilingual education toolkits aligned with Washington State's occupational heat rules, would be discontinued just as employers are required to effectively ensure heat illness prevention programs in the workplace. In commercial fishing, life-saving interventions developed through the FLIPP program and Project Gabe, including overdose prevention tools and outreach in Alaska Native communities, would end abruptly, reversing years of progress. The dismantling of the PNASH Outreach Core would cause immediate and lasting harm by eliminating the region's primary mechanism for translating occupational health and safety research into effective, culturally tailored protections for rural workers. This action would sever long-standing, trusted partnerships with agricultural, forestry, and fishing communities, disrupt proven injury prevention programs, and erode the region's coordinated capacity to rapidly respond to emergent safety and health threats. The abrupt loss of this function would leave safety professionals, educators, and employers without up-to-date training materials or technical assistance during wildfire season, harvest periods, and peak fishing operations.

31.     Because of what appears to be the wholesale elimination of NIOSH's extramural programs, in addition to all of NIOSH intramural programs except for the World Trade Center program and the Division of Compensation Analysis and Support, and the loss of personnel to administer NIOSH grants, I believe that both the NWCOHS and PNASH are at imminent risk of losing their funding. If nothing changes from NIOSH's current inactive status, NWCOHS will have to immediately start to wind down operations, and PNASH will likely have to do so in the late summer or fall of this year.

32.     Even if funding is ultimately restored to either NWCOHS or PNASH by a department other than NIOSH, losing NIOSH itself would be devastating for the operations and

missions of NWCOHS and PNASH. For instance, many of PNASH's research initiatives are informed by data from NIOSH-funded surveillance programs. These include the Fatality Assessment and Control Evaluation (FACE) program and the Sentinel Event Notification System for Occupational Risks (SENSOR) Pesticides program. The FACE program investigates work-related fatalities to identify contributing factors and recommend effective prevention strategies. The SENSOR Pesticides program tracks acute occupational pesticide illnesses through collaboration with state health departments.

**Effects of Losing NIOSH Intramural Programs**

33.     PNASH also draws on information from the broader NIOSH Occupational Health Surveillance Program, which supports states in collecting and analyzing data on occupational injuries, illnesses, and exposures. In addition, PNASH and the NWCOHS use national data sources such as the Census of Fatal Occupational Injuries and the Survey of Occupational Injuries and Illnesses, which help identify trends and evaluate the effectiveness of workplace interventions. The elimination of these surveillance programs, combined with the closure of PNASH and the NWCOHS, would severely limit the region's ability to detect emerging hazards, guide research priorities, and protect workers in agriculture, forestry, and fishing.

34.     DEOHS at the University of Washington also receives support from the State of Washington through the State's Medical Aid and Accident fund (MAAF) to conduct research, training and service in occupational health and safety and occupational medicine, in order to prevent occupational disease among workers, and promote safer working environments. The approximately $4M–$5M annually that DEOHS receives from NIOSH via NWCOHS, PNASH and various investigator-initiated research grants compliment and leverage the MAAF funding

from Washington State. In the absence of these funds from NIOSH, DEOHS' capacity to conduct applied research and training in occupational health and safety will be substantially reduced.

35.     Ultimately, NWCOHS and PNASH are one part of a larger ecosystem that supports the health and safety of underserved workers and their communities, including farmworker communities. This ecosystem is increasingly under strain. As federal funding declines across key sectors, the foundational infrastructure for underserved workers is beginning to erode, from migrant health centers and community-based organizations to the research institutions that support them. Universities play a critical role in this ecosystem by producing research that helps identify risks, guides education and outreach, and informs policy. Our work doesn't stand alone and it strengthens the capacity of those on the front lines to protect workers and their families.

36.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Dr. Christopher Simpson
Director, Northwest Center for Occupational Health and Safety
University of Washington

Date: May 7, 2025

# Exhibit 1

**Tuesday, May 6, 2025 at 4:53:28 PM Pacific Daylight Time**

**Subject:** RE: Unobligated funds for Renewal ERCs, Grant #8433
**Date:** Friday, March 28, 2025 at 1:06:45 PM Pacific Daylight Time
**From:** Mallory Thomas <malloryt@uw.edu>
**To:** O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) <fzt4@cdc.gov>
**CC:** Christopher Simpson <simpson1@uw.edu>

Good afternoon Eddie,

Thank you for your help. We will move forward with notifying the no-cost extension first.

Have a wonderful weekend.

Best,
Mallory

**A. Mallory Thomas, MS**
Training Grants Manager
Department of Environmental & Occupational Health Sciences
Pronouns: She/her/hers
Mon-Fri: on-campus, 8:30a - 4:45p

malloryt@uw.edu | 206-685-2185
Roosevelt One Building
4225 Roosevelt Way NE, Seattle, WA 98105

---

**From:** O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) <fzt4@cdc.gov>
**Sent:** Friday, March 28, 2025 12:09 PM
**To:** Mallory Thomas <malloryt@uw.edu>
**Cc:** Christopher Simpson <simpson1@uw.edu>
**Subject:** RE: Unobligated funds for Renewal ERCs, Grant #8433

Dear Mallory
Thank you for reaching out.
First notify the no-cost extension. I say notify because you have expanded authorities so it is not a true request. OGS might ask you to send a budget revision but I would recommend not to send initially to make this simpler.
Eddie

---

**From:** Mallory Thomas <malloryt@uw.edu>
**Sent:** Thursday, March 27, 2025 2:19 PM
**To:** O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) <fzt4@cdc.gov>
**Cc:** Christopher Simpson <simpson1@uw.edu>
**Subject:** FW: Unobligated funds for Renewal ERCs, Grant #8433

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good morning Eddie,

It was wonderful to meet you virtually. My name is Mallory Thomas, and I am the Center Manager for the Northwest Center for Occupational Health and Science (NWCOHS). I had reached out to Elizabeth Maples about some confusion regarding our request for a no-cost extension. I am in the process of completing the request for a no-cost extension for the NWCOHS ERC. I was using the information here as guidance from CDC. I wanted to double check with you about the "Budget revision." In the document, it is stated that "Budget revision(s) should be completed prior to submitting a No-Cost Extension (on page 4)." However, under the list of required Documentation, the budget is listed as only required for "non-competitive supplement action (on page 2)." We were a little confused on which direction to follow. Should we include a budget revision to our request for a no-cost extension?


Best,
Mallory

**A. Mallory Thomas, MS**
Training Grants Manager
Department of Environmental & Occupational Health Sciences
Pronouns: She/her/hers
Mon-Fri: on-campus, 8:30a - 4:45p

malloryt@uw.edu | 206-685-2185
Roosevelt One Building
4225 Roosevelt Way NE, Seattle, WA 98105

---

**From:** Maples, Elizabeth (CDC/NIOSH/OD/OECSP) <elm9@cdc.gov>
**Sent:** Thursday, March 27, 2025 10:02 AM
**To:** Mallory Thomas <malloryt@uw.edu>
**Cc:** Christopher Simpson <simpson1@uw.edu>; O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) fzt4@cdc.gov
**Subject:** RE: Unobligated funds for Renewal ERCs, Grant #8433

Hello Mallory – thank you for your message.  Submit a NCE at this time.

You may be asked by CDC to submit a budget revision – and Eddie will help you with that if needed.

You will be in good hands with Eddie.

One tip for you – always include your grant # in the subject line.  That will help Eddie tremendously.

We have updated the ERC Deputy Directors and Administrators distribution list, and your name is there (finally).


Thank you and all the best to you and all at UW.

Elizabeth

**From:** Mallory Thomas <malloryt@uw.edu>
**Sent:** Wednesday, March 26, 2025 3:08 PM
**To:** Maples, Elizabeth (CDC/NIOSH/OD/OECSP) <elm9@cdc.gov>
**Cc:** Christopher Simpson <simpson1@uw.edu>
**Subject:** Unobligated funds for Renewal ERCs

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Elizabeth,

I hope that your week is going well. I am in the process of completing the request for a no-cost extension for the NWCOHS ERC. I was using the information here as guidance from CDC. I wanted to double check with you would the "Budget revision." In the document, it is stated that "Budget revision(s) should be completed prior to submitting a No-Cost Extension." However, under the list of required Documentation, the budget is listed as only required for "non-competitive supplement action." We were a little confused on which direction to follow. Should we include a budget revision to our request for a no-cost extension?

Best,
Mallory

**A. Mallory Thomas, MS**
Training Grants Manager
Department of Environmental & Occupational Health Sciences
Pronouns: She/her/hers
Mon-Fri: on-campus, 8:30a - 4:45p

malloryt@uw.edu | 206-685-2185
Roosevelt One Building
4225 Roosevelt Way NE, Seattle, WA 98105

# Exhibit 2

**Tuesday, May 6, 2025 at 4:54:12 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: No Cost extension concurrence request letter for Award #5 T42OH008433-20-00; PI Christopher Simpson |
| **Date:** | Thursday, May 1, 2025 at 12:37:20 PM Pacific Daylight Time |
| **From:** | Anderson-Rana, Brownie (CDC/OCOO/OFR/OGS) <fli2@cdc.gov> |
| **To:** | S. Cola <snc2@uw.edu> |
| **CC:** | Park, Christina (CDC/OCOO/OFR/OGS) <lsk1@cdc.gov>, PRISM (CDC) <PRISM@cdc.gov>, O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) <fzt4@cdc.gov>, Shanahan, Mary Pat (CDC/NIOSH/OD/OECSP) <mpu0@cdc.gov>, Christopher Simpson <simpson1@uw.edu>, Craig Gabriel <cgabriel@uw.edu>, Mallory Thomas <malloryt@uw.edu> |
| **Attachments:** | image001.png |

Good afternoon Sascha, at the present time there is a pause on all NIOSH activities. We will add the letter to your official file along with this correspondence. Please reach out to your project officer for additional guidance.

**Respectfully,**

Brownie Anderson-Rana,
Supervisory Grants Management Specialist
Centers for Disease Control and Prevention
Department of Health & Human Services
770-488-2771 (Office)

---

**From:** S. Cola <snc2@uw.edu>
**Sent:** Thursday, May 1, 2025 1:17 PM
**To:** Anderson-Rana, Brownie (CDC/OCOO/OFR/OGS) <fli2@cdc.gov>
**Cc:** Park, Christina (CDC/OCOO/OFR/OGS) <lsk1@cdc.gov>; PRISM (CDC) <PRISM@cdc.gov>; O'Neill, Eduardo (CDC/NIOSH/OD/OECSP) <fzt4@cdc.gov>; Shanahan, Mary Pat (CDC/NIOSH/OD/OECSP) <mpu0@cdc.gov>; Christopher Simpson <simpson1@uw.edu>; Craig Gabriel <cgabriel@uw.edu>; Mallory Thomas <malloryt@uw.edu>
**Subject:** RE: No Cost extension concurrence request letter for Award #5 T42OH008433-20-00; PI Christopher Simpson

> **CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear Brownie Anderson-Rana,

I am following up on my below email and the attached no cost extension concurrence request letter.

Thank you for your assistance,

**Sascha Colabella**
*Program Coordinator, Proposal and Awards*
Office of Sponsored Programs
**W** **University of Washington**
4333 Brooklyn Ave NE
Box 359472, Seattle, WA 98195-9472
Direct:  206-543-1523
Email:  snc2@uw.edu
Office Hrs: M-F  8:00 AM – 5:00 PM
pronouns: she, her, hers
UW Ref# MOD48339 (A149102) - AWD-003805

---

**From:** S. Cola
**Sent:** Tuesday, April 15, 2025 2:20 PM
**To:** fli2@cdc.gov
**Cc:** lsk1@cdc.gov; fli2@cdc.gov; fzt4@cdc.gov; mshanahan@cdc.gov; Christopher Simpson <simpson1@uw.edu>; Craig Gabriel <cgabriel@uw.edu>; Mallory Thomas <malloryt@uw.edu>
**Subject:** RE: No Cost extension concurrence request letter for Award #5 T42OH008433-20-00; PI Christopher Simpson

Dear Brownie Anderson-Rana,

I am following up on my below email and the attached no cost extension concurrence request letter.

Thank you for your assistance,

**Sascha Colabella**
*Program Coordinator, Proposal and Awards*
Office of Sponsored Programs
**W** **University of Washington**
4333 Brooklyn Ave NE
Box 359472, Seattle, WA 98195-9472
Direct:  206-543-1523
Email:  snc2@uw.edu
Office Hrs: M-F  8:00 AM – 5:00 PM
pronouns: she, her, hers
UW Ref# MOD48339 (A149102) - AWD-003805

---

**From:** S. Cola
**Sent:** Wednesday, April 2, 2025 12:09 PM
**To:** 'fli2@cdc.gov' <fli2@cdc.gov>
**Cc:** 'lsk1@cdc.gov' <lsk1@cdc.gov>; 'fli2@cdc.gov' <fli2@cdc.gov>; 'fzt4@cdc.gov'

<fzt4@cdc.gov>; 'mshanahan@cdc.gov' <mshanahan@cdc.gov>; Christopher Simpson <simpson1@uw.edu>; Craig Gabriel <cgabriel@uw.edu>; Mallory Thomas <malloryt@uw.edu>
**Subject:** RE: No Cost extension concurrence request letter for Award #5 T42OH008433-20-00; PI Christopher Simpson

Dear Brownie Anderson-Rana,

I received Christina Park's out of office email until May 12, 2025 and to contact you. Please see below email.

We would like to request a No Cost Extension through 6/30/2026 for Award # 5 T42OH008433-20-00; PI Christopher Simpson.  Please find attached the No Cost Extension request letter which has been countersigned by an Authorized Signing Official of the University of Washington's Office of Sponsored Programs.

Please let me know if you require any additional information regarding this request.

Thank you for your assistance,

Very Best Regards,


**Sascha Colabella**
*Program Coordinator, Proposal and Awards*
Office of Sponsored Programs
**W** **University of Washington**
4333 Brooklyn Ave NE
Box 359472, Seattle, WA 98195-9472
Direct:  206-543-1523
Email:  snc2@uw.edu
Office Hrs: M-F  8:00 AM – 5:00 PM
pronouns: she, her, hers
UW Ref# MOD48339 (A149102) - AWD-003805


**From:** S. Cola
**Sent:** Wednesday, April 2, 2025 12:00 PM
**To:** lsk1@cdc.gov
**Cc:** fli2@cdc.gov; fzt4@cdc.gov; mshanahan@cdc.gov; Christopher Simpson <simpson1@uw.edu>; Craig Gabriel <cgabriel@uw.edu>; Mallory Thomas <malloryt@uw.edu>
**Subject:** No Cost extension concurrence request letter for Award #5 T42OH008433-20-00; PI Christopher Simpson

Dear Christina Park,

We would like to request a No Cost Extension through 6/30/2026 for Award # 5 T42OH008433-20-00; PI Christopher Simpson.  Please find attached the No Cost

Extension request letter which has been countersigned by an Authorized Signing
Official of the University of Washington's Office of Sponsored Programs.

Please let me know if you require any additional information regarding this request.

Thank you,


**Sascha Colabella**
*Program Coordinator, Proposal and Awards*
Office of Sponsored Programs
**W** **University of Washington**
4333 Brooklyn Ave NE
Box 359472, Seattle, WA 98195-9472
Direct:  206-543-1523
Email:  snc2@uw.edu
Office Hrs: M-F  8:00 AM – 5:00 PM
pronouns: she, her, hers
UW Ref# MOD48339 (A149102) - AWD-003805