# EXHIBIT 60

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF NEW YORK, et al.

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

Defendants.

Case No. 1:25-cv-00196

**DECLARATION OF VALERIE M. KATO**

I, VALERIE M. KATO, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the First Deputy Director of the Hawai‘i State Department of Health (DOH). I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with DOH staff, or from documents that have been provided to and reviewed by me.

2. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

3. I have held my position since July 2023 when I was appointed by Governor Josh Green. Before this date, I served as legal counsel to the DOH and was the Supervising Deputy Attorney General of the Health Division at the State of Hawai‘i Department of the Attorney General. As of the date of signing this declaration and until May 12, 2025, I am the Acting Director of Health.

4. DOH's mission is protect and improve the health and environment for all people in Hawai'i.

5. DOH has offices on the islands of Kaua'i, O'ahu, Maui, Moloka'i, and Hawai'i. DOH's goals are to promote health and well-being; prevent disease and injury; promote healthy lifestyles and workplaces; promote the strength and integrity of families and communities; prevent pollution and promote and preserve a clean, healthy and natural environment by promoting resource conservation and protecting and enhancing air and water quality; and assure basic physical and mental health care that is affordable, appropriate, assured quality, available, and accessible.

6. I am providing this declaration to explain the impacts on Hawai'i of the cuts to HHS.

7. Hawai'i's Maternal, Infant, and Early Childhood Home Visiting (MIECHV) Program has relied on HHS for data relating to the health and well-being of pregnant people and babies, including the Pregnancy Risk Assessment Monitoring System (PRAMS), tobacco data from FDA's Center for Tobacco Products (CTP), and the CDC's Social Vulnerability Index (SVI) to meet federal requirements and identify at-risk communities. As of May 2025, new data collection for all three sources has been halted. This loss of updated data limits Hawaii's ability to target services, meet reporting mandates, and demonstrate program improvement.

8. Hawai'i's Pediatric Mental Health Care Access (PMHCA) Program has relied on data from the PRAMS, tobacco use data, injury surveillance, disability data from the National Center on Birth Defects and Developmental Disabilities (NCBDDD), and the National Survey on Drug Use and Health to identify key trends, inform evidence-based approaches, and guide the program's focus on behavioral, mental, and developmental disorders in children and adolescents.

Hawai‘i has lost access to this data when access to public facing websites was terminated. Given the broad and complex nature of pediatric mental health and its impact on families, these data sets play a pivotal role in identifying priority populations, emerging concerns, and effective intervention strategies. They enable PMHCA to tailor its services and respond to the evolving mental health landscape across different states.

9. Hawai‘i's PMHCA Program has relied on technical assistance from the Health Resources and Services Administration (HRSA), which is now limited. HRSA's technical assistance has been critical to the successful implementation of the PMHCA Program in Hawai‘i. Regular technical assistance was utilized by PMHCA to help with modeling to the program's specific needs, enhancing outreach, improving quality, and guiding data collection and evaluation efforts. However, in recent months, there have been limitations to receiving technical assistance and a pause in data and evaluation support, which will hinder the program's ability to fully assess its impact. Data sets and technical assistance are crucial to the program's ability to drive meaningful improvements in mental health care access and outcomes for children and families.

10. DOH has relied on HRSA's Maternal and Child Health Bureau (MCHB) as a federal partner in the Title V Maternal and Child Health (MCH) Services Block Grant. This partnership is a cooperative effort between the federal government and individual states to improve the health and well-being of mothers and children. MCHB provides funding, subject matter expertise, technical assistance, data, performance measurement standards, and other analytical resources to states to address various MCH challenges, including reducing infant mortality, improving access to prenatal and postnatal care, and supporting children with special health care needs. DOH has not had regular monthly and quarterly meetings with MCHB staff

since January 31, 2025. Emails have gone unanswered because, as we understand it, HRSA staff have not been allowed to communicate with states unless approved by a cabinet-level appointee. MCHB staff were not allowed to attend the Association of Maternal and Child Health Programs annual meeting in March 2025. Key update presentations by MCHB leadership were cancelled due to communication restrictions. Title V grant application and annual report guidance, as well as technical support for this year's required 5-year needs assessment were shuttered from January 31, 2025 through April 28, 2025 with the release of the annual Title V guidance for the (FY) 2026 Application/FY 2024 Annual Report.

11. The Food and Drug Administration (FDA) contracts with DOH to inspect facilities utilizing mammographic x-ray machines in Hawaiʻi through the Mammography Quality Standards Act (MQSA). This process ensures that best practices, pursuant to FDA regulation, are followed at each facility. Prior to such regulation, breast cancer was often diagnosed incorrectly or too late, leading to negative outcomes. DOH recently lost all ability to execute the inspection of mammographic x-ray facilities in the state due to the loss of FDA technical guidance and training. Specifically, Hawaiʻi has lost access to the following federal resources: training modules required to certify new inspectors; active qualified inspectors who have trained DOH staff in the past; the Mammography Program Reporting and Information System (MPRIS), a FDA database required to schedule and perform inspections; and mammography experts who are instrumental in providing several tools to facilitate accuracy and troubleshoot the inspection process before, during, and after each inspection, and who are only available to FDA certified inspectors via a hotline service. Hawaiʻi does not currently have any FDA certified inspectors.

12. As of November 2024, DOH was in the process of training two individuals to become MQSA inspectors. This requires passing a rigorous three-part training regime, including

two virtual courses, a hands-on training in Washington, D.C., and numerous shadowing events to learn from active inspectors. Due to changes at the FDA, the training sequence was interrupted, causing DOH's in-person course and shadowing opportunities to be postponed for an indefinite period. As a result, and as mentioned in paragraph 11, DOH is unable to utilize FDA's resources to complete MQSA inspections, as DOH does not itself have anyone that is currently certified.

13. If mammographic x-ray facilities go uninspected and unregulated in the absence of FDA support and guidance, the standard of care for mammography would decline. The absence of proper quality assurance would likely cause a significant public health risk. For example, early warning signs of breast cancer may be overlooked because of poor x-ray image quality or poor radiologic technologist practices, resulting in unnecessary loss of life. This risk would only increase as more time without proper regulation passes.

14. DOH has relied on the FDA's Center for Tobacco Products (CTP) for tobacco enforcement and public health efforts. Without CTP, trusted and research-based materials would be eliminated, language-accessible resources would be limited, compliance with federal benchmarks would be jeopardized, and tobacco-related health disparities would deepen. There would be a lack of education and training, including a lack of funding to provide tobacco education in schools and health care settings, and a lack of education for parents about the dangers of vaping for children and teens. In addition, there would be a lack of regulation of the safety of vaping equipment and continued marketing of flavored vapes and nicotine products, particularly to children and teens.

15. DOH has relied on CDC for its assistance in preventing HIV/AIDS, viral hepatitis, STIs, and tuberculosis. Hawaiʻi is a small state with limited personnel and resources. DOH may not have staff members with specific expertise needed for more complex

and rare problems. We therefore rely on CDC for assistance when problems exceed our expertise or resources, especially in complex situations such as outbreaks of antibiotic resistant gonorrhea or tuberculosis. Currently, there are no HHS staff working on a national strategy for preventing HIV/AIDS, viral hepatitis, and STIs. Hawai‘i is no longer able to reach out to CDC for guidance on strategic planning and federal policy efforts on these issues.

16. The closure of the CDC's STD Laboratory Reference and Research Branch (SLRRB) has greatly hampered the testing of sexually transmitted infection (STI) samples. The CDC has not yet provided guidance on where STI samples should be referred. As a result, public health laboratories are left to independently coordinate with one another to determine available testing capabilities and resources.

17. For example, STI samples exhibiting antimicrobial resistance (with the exception of *N. gonorrhoeae suspected of cephalosporin-resistance*) are now being submitted to the Antimicrobial Resistance Laboratory Network (ARLN) Regional Laboratory. However, DOH is still awaiting clear guidance on submission criteria and specific testing requirements because not all regional ARLN laboratories provide the same service. This may result in additional costs for Hawai‘i if the regional ARLN laboratories are unable to cover sample shipment expenses. Furthermore, depending on which public health laboratory receives the samples, DOH may need to establish a contractual relationship with the ARLN to formalize the arrangement, resulting in additional administrative burden to the state.

18. Most concerning, the elimination of SLRRB negatively impacts DOH's ability to address antibiotic resistant gonorrhea. Since 1986, DOH had partnered with SLRRB to monitor trends in antimicrobial susceptibilities of *N. gonorrhoeae* strains in Hawai‘i. DOH received technical support from SLRRB in late 2023 when an isolate of concern was identified. After

molecular analysis, SLRRB identified that isolate to be an *N. gonorrhoeae* clone with a known ceftriaxone-resistance mechanism. This discovery of gonorrhea with suspected resistance to cephalosporins, the only class of antibiotics that can cure gonorrhea, led to Hawaiʻi receiving additional technical support from CDC's epidemiology team on case follow-up efforts. Without SLRRB, our CDC partners have informed us that there is currently no alternative workflow in place for confirming isolates of concern, meaning there are no commercial labs available to do the particular technical work that SLRRB did. As a result, Hawaiʻi will no longer be able to identify resistant gonorrhea and implement the public health measures needed to stop its spread.

19. In addition, the discontinuation of Hepatitis A testing by CDC's Infectious Disease Laboratory will have a significant impact on Hawaiʻi. Testing will need to be coordinated with the California Department of Public Health Laboratory and/or the Wadsworth Center in New York to provide Hepatitis A testing services. Hepatitis B testing is currently being referred to the Oregon Public Health Laboratory, which has confirmed it will continue to accept and process samples from Hawaiʻi for now.

20. DOH has relied on the CDC's Disease Intervention Training Centers (DITCs) for training, technical assistance, and capacity-building services for DOH's Disease Intervention Staff (DIS), which will now end on July 29, 2025. Hawaiʻi has utilized DITC-led training in our DIS training plan for the past five years. DOH had been awaiting DITC's release of Principles, Practices, and Pathways to Disease Intervention (3PDI), a replacement course for CDC's Passport to Partner Services, but the release is now unlikely to occur. 3DPI was supposed to be an improved training for DIS that would be more comprehensive and hands-on than the Passport to Partner Services. Standardized, relevant, and competency-based training from experienced

professionals is essential for DIS. The likely loss of 3PDI negatively impacts DOH's ability to train staff and build capacity.

21. DOH relied on the CDC's National Center for Environmental Health (NCEH) for technical assistance around environmental health issues after the August 8, 2023 wildfire on the island of Maui. CDC's National Institute for Occupational Safety and Health (NIOSH) was particularly helpful in assessing environmental health impacts to first responders and workers. The Emerging Environmental Hazards and Health Effects Branch also provided technical assistance after the disaster. Support included advice and helping with logistics of distributing proper personal protective equipment, guidance on assessing and mitigating post-fire health risks to the public, technical assistance related to syndromic surveillance to assess environmental health impacts in the wake of the disaster and other technical and logistical support. The lack of support from this group in the future will impair Hawaiʻi's environmental health response to large disasters where the needs outstrip the state's resources.

22. DOH has relied on the CDC's Climate and Health Program for heat and health risk data to understand how increasing temperatures might impact health in the state. The CDC program had been working with DOH to establish an environmental heat model that would help account for Hawaiʻi's microclimates in assessing heat risk. That unique expertise is not available in Hawaiʻi and would have helped the state identify high risk areas and conditions to prevent heat related illnesses in the elderly and children. The Climate and Health Program also provided support in reviewing DOH's Hawaiʻi climate and health vulnerability assessment, which will be an inferior product without the Program's technical assistance.

23. DOH relied on the HHS Region 9 office for technical assistance, policy guidance, and communication with other states. Closure of the San Francisco office cut off support that

understood Hawaiʻi's unique issues. This impacts Hawaiʻi by delaying assistance, reducing program relevance, and weakening communication and coordination. Without the support of the San Francisco office, Hawaiʻi will have more difficulty learning from the successes and failures of other states regarding issues such as testing and treating for syphilis and decreasing the number of children with congenital syphilis.

24. As of January 31, 2025, the collection of data for the CDC's Pregnancy Risk Assessment Monitoring System (PRAMS) has been paused. PRAMS collects information across the preconception, prenatal, and postpartum periods, thereby capturing a comprehensive array of risk factors that impact maternal and infant health outcomes. Concurrently, access to the PRAMS Integrated Data Collection System (PIDS), which houses previously collected state-level data, has been significantly limited. Due to the absence of ongoing data collection and restricted access to the PIDS system, the State of Hawaiʻi is currently unable to gather essential state-specific data necessary to monitor health behaviors, access to care, and receipt of services among recently pregnant women. PRAMS annual data files also serve as a vital source of nationwide estimates on various maternal and infant health indicators—data which is not available through any other national source. These data enable states to assess trends over time on key issues such as infant sleep positioning, rates of unintended pregnancies, and patterns of health insurance coverage before, during, and after pregnancy.

25. As of April 1, 2025, elimination of the CDC's Division of Reproductive Health, where the PRAMS project resided, also eliminated the position of DOH's primary PRAMS data analyst, a PhD-trained CDC Maternal and Child Health Epidemiology Assignee available to DOH through a Memorandum of Agreement with the CDC. On April 29, 2025, DOH received a notice from the CDC that its agreement with DOH would be terminated as of June 1, 2025. This

is despite the fact that, upon information and belief, the Epidemiology Assignee received a Reduction-in-Force notification and was placed on a leave of absence on April 1, 2025. The stopping of data collection and elimination of technical assistance will result in significant decreased ability to reduce health disparities and increase better outcomes for women, children, and families of Hawai‘i.

26. These changes risk significant harm to the State of Hawai‘i because they drastically reduce the state's capacity to protect and preserve the public health of its residents without reasonable or adequate prior notice.

[signature]

VALERIE M. KATO

Date: May 9, 2025