# Exhibit 67

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.

    Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

Case No. 1:25-cv-00196

## DECLARATION OF DR. MARIA GUADALUPE JAIME-MILEHAM

I, Dr. Maria Guadalupe Jaime-Mileham, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Deputy Director of the California Department of Social Services, Child Care and Development Division. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

3. I have been the Deputy Director of the California Department of Social Services, Child Care and Development Division since January 2021. Prior to joining the California Department of Social Services, I served as the Senior Director for Early Childhood Education for the Fresno County Superintendent Schools since 2014. I was Deputy Director of the Central Valley Children's Services Network from 2009 to 2014, Adjunct Infant Toddler Instructor for the West Education Partners for Quality Infant and Toddler Caregiving from 2009 to 2014, and

Subsidized Manager for the Central Valley Children's Services Network from 2001 to 2009. I am a member of the Early Childhood Policy Council, the National Association for Young Children, and the County Offices of Education Program Administration of Child Development. I hold a Doctor of Education degree from California State University, Fresno and a Master of Education Degree from National University. One of my duties in my current role is to provide oversight of the California Head Start Collaboration Office. I also serve as a Child Care Development Fund Administrator.

    4.     The mission of the California Department of Social Services is to serve, protect, and support the people of California experiencing need in ways that empower wellbeing and disrupt systemic inequities.

    5.     The headquarters of the California Department of Social Services is located at 744 P Street, Sacramento CA, 95814, with several departmental offices throughout the state. The Department comprises close to 6,000 employees who are responsible for the oversight and administration of programs serving California's most vulnerable residents. Programs and services overseen and administered by the Department encompass cash assistance to eligible families; food benefits; child care and development programs, housing assistance and supportive services; child welfare services; support for individuals with disabilities; assistance for refugees, immigrants, and noncitizens; licensing and oversight of community care facilities for adults and seniors, group homes, and child care facilities; adult protective services; and assistance to disaster victims.

**The Head Start Program**

The federal Head Start program, founded in 1965, promotes school readiness for children from low-income families from birth to five years old. Head Start services support early learning and development, health, and family wellbeing.

6. Head Start is administered by the Office of Head Start (OHS) within the Administration for Children and Families (ACF) of the U.S. Department of Health and Human Services (HHS).

7. Head Start programs include Early Head Start programs for infants, toddlers, and expectant families and Head Start preschool programs for primarily 3- and 4-year-old children. In addition, Head Start includes American Indian and Alaska Native (AIAN) Head Start programs and Migrant and Seasonal Head Start (MSHS) programs serving farmworker families. Herein, these Head Start programs are referred to collectively as "Head Start" or "Head Start programs".

8. Head Start provides vital services to low-income children and families. In addition to providing high quality child care and early childhood education, Head Start connects children and families to wraparound social services and supports. Additionally, Head Start programs integrate state benefit programs to provide children with meals and snacks during the school day, diapers for young children, enrollment assistance for health insurance plans, and parental supports, including connections to career services and adult education.

9. Until April 1, 2025, Head Start was largely administered at the federal level by HHS employees working out of HHS Regional Offices located throughout the country.

10. In 2023-24, California's 100 direct Head Start regional recipients served over 80,345 children and families at 1,842 individual site locations, not including Family Child Care

Homes. Additionally, there are 13 direct AIAN recipients in California serving over 680 children and families at 25 site locations, and seven MSHS recipients serving over 6,330 children and families.

11. The California Department of Social Services currently administers the California Head Start Collaboration Office (CHSCO) grant which Congress established to "facilitate collaboration among Head Start agencies … and entities that carry out activities designed to benefit low-income children from birth to school entry, and their families." 42 U.S.C. § 9837b. The CHSCO provides a structure and a process for the OHS to work and partner with state agencies to leverage their common efforts in support of young children and their families to formulate, implement, and improve state and local policies and practices. In addition, the CHSCO is key in promoting parent choice to select the early care and education providers that best meet their family's needs for their children.

12. The California Department of Education is a regional Head Start recipient that administers and receives direct funding for Head Start programs.

13. I am providing this declaration to explain the impacts to California and the California Department of Social Services due to the changes to Head Start, including a reduction in HHS staffing, since April 1, 2025.

**Reliance on HHS Head Start Staff Prior to April 1, 2025**

14. Prior to April 1, 2025, the CHSCO and California Head Start recipients regularly relied on HHS Head Start staff for many aspects of the day-to-day operations and alignment of state and federal policies and initiatives.

15. HHS Head Start staff offered training, technical assistance, monitoring, site visits, and other support to California Head Start programs. Specifically, HHS Head Start staff would

routinely support the CHSCO in providing data and technical assistance to state agencies specific to the alignment of Head Start programs in California's mixed-delivery early care and education system, including comprehensive health and nutrition services and supportive services for children and families.

16. The HHS Head Start staff with whom the California Department of Social Services CHSCO communicated and relied on were primarily located in the HHS Region IX Office in San Francisco, California.

**Changes in HHS Head Start Operations Since April 1, 2025**

17. Since April 1, 2025, the California Department of Social Services CHSCO has seen significant changes to the operations of Head Start at the federal level.

18. Specifically, California's primary point of contact at HHS for providing technical assistance to the CHSCO is no longer available, and California Department of Social Services staff have not been able to locate other HHS staff with knowledge specific to the integration of Head Start programs in California's mixed-delivery early care and education system sufficient to perform these functions. The CHSCO and local Head Start programs rely on HHS staff who have knowledge of the federal and state laws specific to operating in California and the alignment of these programs with the Child Care and Development Block Grant and the California State Preschool Program.

19. Additionally, there have been significant delays in receiving important information from HHS Head Start staff since April 1, 2025. These delays have inhibited CHSCO in the provision of information and aligning services with state agencies, including the state's licensing system, schools, law enforcement, relevant community-based organizations, and substance abuse and mental health treatment agencies. Sharing information and facilitating

service alignment are critical components of strengthening family and community environments and reducing the impact of substance abuse, child abuse, domestic violence, and other high-risk behaviors that compromise healthy child development.

20. At the time of the closure of numerous HHS regional offices, the CHSCO was providing support to the California Department of Social Services' Community Care Licensing Division and the OHS to ensure Head Start-funded programs could maintain compliance with federal background check requirements. This work included identifying areas where the current state system needed updates to come into compliance with federal Head Start requirements. However, due to the regional office closures and the unavailability of HHS staff to provide needed policy interpretations and technical assistance , this work has halted. At this time, Head Start programs in California will be required to conduct background checks on all staff for a second time, rather than utilizing the "rap back" system to receive continuous updates on criminal history. These duplicative efforts will require Head Start programs to redirect funding from providing direct services to instead focus on background check compliance.

21. Moreover, the absence of support from the federal Head Start Office has required the CHSCO to redirect its work from supporting local programs to instead use resources to provide the best information available regarding the potential impacts of short- and long-term interruptions in Head Start services to programs administered by state partners, such as the California Department of Education's California State Preschool Program, and other California Department of Social Services programs, including but not limited to the Child and Adult Care Food Program and the Child Care and Development Block Grant.

22. On April 3, 2025, the California Department of Social Services received an email from Laurie Todd-Smith, Ph.D., Deputy Assistant Secretary for Early Childhood Development at

the HHS, Administration for Children and Families (ACF), confirming the closure of five HHS Regional Offices effective April 1, 2025 and requesting that communications to HHS about Head Start be directed to the following email address: ohsrecipientsupport@acf.hhs.gov.

23. On May 1, 2025, the OHS held a brief public webinar to provide information on the new organizational structure of the OHS. During the webinar, a map was displayed which showed how states were reorganized into existing Regional Offices. Per the reorganization, California was placed under Region XIII, which now includes Alaska, Idaho, Oregon, Washington, Hawaii, Colorado, Montana, Utah, Wyoming, Kansas, Nevada, Nebraska, American Samoa, Guam, Northen Mariana islands, and Palau. OHS did not allow any questions to be asked during the webinar and the CHSCO has not been assigned an HHS Head Start staff contact. As such, for more than a month, the CHSCO's only known contact information is the nation-wide general support email address referenced in Paragraph 22.

**Effect on State's Head Start Program**

24. The California Department of Social Services and local Head Start programs have been significantly and detrimentally affected by the changes to the HHS Head Start Program described above, which in turn creates a higher risk of harm to children and families throughout California.

25. HHS Head Start staff are no longer available to offer training, technical assistance, monitoring, site visits, and other support to Head Start programs. Approximately 80% of Head Start recipients in California layer and blend funding streams to support broader access to early care and education programs. This combined funding is used to expand to full-day, full-year programs as well as to provide comprehensive services. Head Start recipients in California rely on support and technical assistance from HHS Head Start staff to ensure that federal

requirements are met in blended funded programs  No such support or technical assistance, whatsoever, has been provided since April 1, 2025.

26. Head Start programs are struggling to understand how to maintain compliance with the recent federal Executive Order prohibiting a range of activities related to Diversity, Equity, and Inclusion (DEI), and specifically how this order impacts Head Start performance standards. For example, Head Start programs are federally required to publicly post an annual program report on services provided the previous year, which includes DEI activities. Without training and technical assistance support from the OHS explaining how to navigate possibly contradictory federal directives, programs fear they will receive a letter of non-compliance for violating the Executive Order, potentially putting their federal grant at risk.

27. There have also been delays in funding and slower response times to inquiries. This includes processing of grant applications; processing requests for changes to program operations; issuance of official guidance to maintain compliance with Head Start program performance standards and the recent federal Executive Orders; drawing down and receiving funds in the Payment Management System; and receipt of Notices of Award, causing some programs to issue layoff pink slips to staff and risk closure.

28. The California Department of Social Services has received numerous reports from recipients of Notices of Awards being received late, causing programs to issue layoff notices to staff and prepare for potential closure of programs, including notifying parents of the potential closure.

29. There is an imminent risk that funding to Head Start programs in California will be delayed because the HHS Head Start staffing cuts have impacted HHS's ability to make payments to Head Start programs. These staffing cuts have also affected the ability of the

CHSCO to operate efficiently. This will in turn harm California through short and long-term interruptions in Head Start services that will cause increased applications for unemployment benefits and CalWORKs, California's Temporary Assistance for Needy Families program, by three core populations: 1) Head Start employees; 2) Head Start parents and guardians unable to work due to loss of child care; and 3) employees of vendors that rely on Head Start.

30. There will also be additional impacts to the California Department of Social Services and the California Department of Education early care and education services as families transition out of Head Start programs and look for other care options, straining limited state child care and preschool resources and risking unsafe child care options for children.

31. In sum, the changes described above risk significant harm to young children and their families in California and will disrupt the provision of high-quality services in safe and healthy settings that support a child's growth from birth to age five through services that support early learning and development, health and wellness, family well-being, and family engagement.

*Lupe Jaime-Mileham*
Digitally signed by Lupe Jaime-Mileham
Date: 2025.05.16 12:16:22 -07'00'

DR. MARIA GUADALUPE JAIME-MILEHAM

Date: