UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-00196 |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants submit the attached supplemental authority to notify the Court of a recent decision in a case raising similar claims and issues. On May 21, 2025, the U.S. District Court for the District of Columbia denied the plaintiffs' motion for a preliminary injunction in *Carter v. U.S. Department of Education*, No. 1:25-cv-00744-PLF, ECF No. 68 (D.D.C. May 21, 2025). *Carter* is a lawsuit brought by certain parents and students and a not-for-profit organization challenging Department of Education (DOE) reductions in force and office closures affecting DOE's Office of Civil Rights. *Id.* at 1. The court denied the plaintiffs' motion—which was based on putative Administrative Procedure Act and constitutional claims—because they were "unlikely to succeed on the merits of any of these challenges." *Id.* at 12.

Dated: May 23, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

 /s/ *Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 616-0929
Email: Elizabeth.T.Hedges@usdoj.gov

*Counsel for Defendants*