UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-00196 |

### DECLARATION OF SARA PATTERSON

I, Sara Patterson, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    I am the Acting Chief Operating Officer and Acting Director of the Office of the Chief Operating Officer for the Centers for Disease Control and Prevention (CDC), the nation's leading science-based, data-driven, service organization that protects the public's health. In this capacity, I oversee management, facilities, and operations at CDC and provide executive oversight for CDC's budget; facilities design, maintenance, security, management analysis, and safety and personnel security; acquisitions, contractual assistance, and grants; information technology and security; and human resources strategy, training, and workplace development. I make this declaration based on personal knowledge and information provided to me in the course of my official duties.

    2.    On April 1, 2025, the U.S. Department of Health and Human Services (HHS) notified selected employees from CDC that, pursuant to a planned agency Reduction in Force (RIF), they would be separated from HHS at the close of business on June 2, 2025.

3. Subsequently, HHS determined that the RIF notices for approximately four hundred and sixty-seven CDC employees should be rescinded. These employees were provided notice from HHS on June 10, 2025, that their RIF notices were rescinded and that they would not be impacted by the RIF. Those employees were expected to return to their previous positions on or about June 16, 2025.

4. Employees subject to the RIF rescissions will return to the following CDC Offices, Divisions, and Branches:

    a. <u>Office of the Director</u>: the Office of Financial Resources, Office of Acquisition Services; the Office of Communications, Division of Media Resources, Broadcast and Multimedia Branch, and Media Support Branch; the Office of Human Resources, Office of the Director, Data, Analytics, & Technology Branch, and Executive and Scientific Resources Branch; the National Center for Health Statistics, Office of Informatics Governance and Assurance; and the Office of Readiness and Response, Center for Forecasting and Outbreak Analytics, Technology Branch.

    b. <u>National Center for Environmental Health (NCEH)</u>: the Division of Environmental Health Science and Practice, Asthma & Air Quality Branch; the Emerging Environmental Hazards & Health Effects Branch; the Environmental Public Health Tracking Branch; the Lead Poisoning Prevention & Surveillance Branch; the Office of the Director; and the Water, Food, and Environmental Health Services Branch.

    c. <u>National Center for HIV, Viral Hepatitis, STD, & TB Prevention (NCHHSTP)</u>: the Division of HIV Prevention, Behavioral & Clinical

    Surveillance Branch, HIV Prevention Capacity Development Branch, HIV Research Branch, and the Qualitative Sciences Branch; the Division of STD Prevention, Disease Intervention & Response Branch, and the STD Laboratory Reference & Research Branch; and the Division of Viral Hepatitis, Laboratory Branch.

  d. <u>Global Health Center</u>: the Division of Global HIV/AIDS and Tuberculosis (DGHT); Health Informatics, Data Management, and Surveillance Branch; and the Special Initiatives Branch.

5. Employees in NCEH's Division of Environmental Health Science and Practice will assist in restoring support for the cooperative agreements for lead, asthma, environmental public health tracking, and environmental health capacity, including program services such as grants management, technical assistance, and data analysis.

6. Employees in NCEH's Lead Poisoning Prevention & Surveillance Branch will assist in restoring functionality to the Childhood Lead Poisoning Prevention Program, in three areas:

  a. <u>Program Services</u>: This staff manages cooperative agreements with state, territorial, local, and tribal health departments, providing technical assistance and support for communications, education and training.

  b. <u>Epidemiology and Surveillance</u>: This staff applies nationally consistent standard case definitions and classifications for blood lead surveillance data from the states and performs data analysis and support to states related to identification and confirmation of children with elevated blood lead levels and medical management of children with higher blood lead levels.

    c. <u>Guidance and Recommendations</u>: This staff manages the Lead Exposure and Prevention Advisory Committee (LEPAC), a federal advisory committee, and provides recommended follow-up actions and medical management based on surveillance of blood lead levels.

7. Employees in NCEH's Environmental Public Health Tracking Branch will assist in restoring functionality to CDC's heat and health mitigation programs, including continued updating of the Heat and Health Tracker, which is a focus of the Tracking program.

8. Employees in NCHHSTP's Laboratory Branch and STD Laboratory Reference & Research Branch will assist in restoring functionality to the Viral Hepatitis Laboratory, which supports viral hepatitis outbreak investigations and supports state health departments in resolving difficult to diagnose cases of viral hepatitis; and the STD Laboratory, which supports outbreak investigations, serves as the reference lab for gonococcal antibiotic susceptibility/resistance testing for state health departments, and works to develop new and more accurate sexually transmitted infection tests. Employees in NCHHSTP's Laboratory Branch will also assist in restoring functionality to the Global Hepatitis Outbreak and Surveillance Technology (GHOST) system and other contact tracing programs.

9. Employees in NCHHSTP's HIV Research Branch will resume activities related to PrEP (Pre-Exposure Prophylaxis) medication, including development and maintenance of clinical guidelines for PrEP medication, provision of national indicator data, and research for long-acting injectables.

10. Employees in NCHHSTP's Behavioral & Clinical Surveillance Branch will assist in restoring functionality to the HIV Medical Monitoring Project, which provides information on the quality of life for people living with HIV.

11. Employees at NCHHSTP's Disease Intervention & Response Branch will assist in restoring support for state health departments in investigating and responding to outbreaks of sexually transmitted infections (STIs) and other emerging infections, in developing and managing training programs for disease investigation and outbreak response staff across the country, and in providing technical assistance and grant support to state, local and tribal STI programs.

12. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 17, 2025.

SARA S. PATTERSON -S
Digitally signed by SARA S. PATTERSON -S
Date: 2025.06.17 11:35:35 -04'00'

Sara Patterson
Acting Chief Operating Officer, Centers for Disease Control and Prevention
U.S. Department of Health and Human Services