UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

    Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

Case No. 1:25-Civ-00196

### PLAINTIFF STATES' NOTICE ADDRESSING *TRUMP V. CASA, INC.*

As requested in the Court's Preliminary Injunction Order, ECF No. 73, 56, Plaintiff States file this notice regarding the Supreme Court's recent opinion *Trump v. CASA, Inc.*, No. 24A884, 2025 WL 1773631 (June 27, 2025). The *CASA* decision does not affect the scope of the Court's preliminary injunction order.

As an initial matter, the *CASA* Court did not consider circumstances where, as here, the Court has authority "to issue all necessary and appropriate process to postpone the effective date of an agency action" under 5 U.S.C. § 705 during litigation and, ultimately, to vacate a judgment under 5 U.S.C. § 706. *CASA*, 2025 WL 1773631 at *8 n.10; *see also id.* *21 (Kavanaugh, J., concurring).

But this Court need not consider that issue here because, even if *CASA*'s reasoning were to apply with full force here, it would not warrant limiting the Court's preliminary injunction order. The *CASA* Court reaffirmed that courts may order complete relief between the parties. The key question is "whether an injunction will offer complete relief to the plaintiffs before the court." *CASA*, *11 (emphasis omitted). The Court anticipated situations, as here, where "it is all but

1

impossible for courts to craft relief that is both complete and benefits only the named plaintiffs." *Id.* n.12 (emphasis omitted). In such cases, relief that incidentally benefits non-parties is permitted, *id.* \*11, provided the relief is "no more burdensome to the defendant than necessary to provide complete relief to the plaintiffs." *Id.* (quoting *Califano v. Yamasaki*, 442 U.S. 682, 702 (1979)) (emphasis omitted).

Here, the Court properly and intentionally "limit[ed] any injunctive relief to address any information or services to which it determine[d] the States have established an entitlement." ECF No. 73, 56. Defendants provided no evidence of any plausible "narrower" remedy that assured Plaintiff States complete relief, and there is no practical way to grant the Plaintiff States complete relief for their informational and service-related injuries without that same relief incidentally affecting non-parties. For example, calculation of and updates to the Federal Poverty Guidelines apply nationwide; restoring the staff responsible for that work would redress Plaintiff States' injury but would also provide an "incidental" benefit to non-parties while being no more "burdensome" on Defendants. *CASA*, \*11. Defendants utterly failed to provide any evidence showing how the injunction could be narrowed while still affording Plaintiff States necessary relief or how any theoretical "patchwork injunction" would be workable. *CASA*, \*12. As this court correctly found, Defendants in this case "have yet to proffer any evidence demonstrating that the planned terminations would not decimate the Congressionally created sub-agencies or inhibit them from fulfilling their mandates." ECF No. 73, 46–47. Thus, this Court's preliminary injunction properly provides relief solely between the parties here and is amply supported by the unrebutted record.

In sum, as this Court has found, the Plaintiffs have established a likelihood of success in demonstrating that the March 27 Directive was both arbitrary and capricious as well as contrary to law, ECF No. 73, 4, and Plaintiffs have carried all other necessary burdens for the injunctive relief

2

they have sought under the APA, including because it is necessary to provide complete relief in this case. Thus, this Court's injunction is unaffected by *CASA* and should stand.

Additionally, Plaintiffs note that the Supreme Court recently stayed the injunction issued in *Trump v. American Federation of Government Employees*, No. 24A1174 (July 8, 2025); *see also* Notice of Suppl. Auth., ECF No. 67-1. That stay decision has no bearing here because it did not address whether any particular agency's reduction-in-force or reorganization plan is illegal, *Am. Fed'n of Gov't Emps.*, 1, and did not review the legality of any such reduction-in-force or reorganization plan because they had not first been assessed by the district court. *Id.* 1–2 ("Those plans are not before this Court.").

Dated: July 11, 2025

Respectfully submitted,

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates
Kelsey E. Endres
*Assistant Attorneys General*
Cynthia Alexander
William McGinty
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

**PETER F. NERONHA**

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Molly Thomas-Jensen*

Molly Thomas-Jensen
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Special Counsel for Federal Initiatives*
Andres Ivan Navedo
Molly Brachfeld
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**KRISTIN K. MAYES**

Attorney General for the State of Rhode Island

/s/ Sarah Rice
Kathryn M. Sabatini (RI Bar No. 8486)
Chief, Civil Division
Sarah Rice (RI Bar No. 10588)
Deputy Chief, Public Protection Bureau
Chandana Pandurangi (RI Bar No. 10922)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

**ROB BONTA**
Attorney General for the State of California

By: /s/ Crystal Adams
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov

Attorney General for the State of Arizona

By: /s/ *Alexa Salas*
Alexa Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**PHILIP J. WEISER**
Attorney General of Colorado

By: /s/ *Tanya E. Wheeler*
Tanya E. Wheeler
*Associate Chief Deputy Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
tanja.wheeler@coag.gov

*Counsel for the State of Colorado*

Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: */s/ Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General of the State of Illinois

By: */s/ Caitlyn G. McEllis*
Caitlyn G. McEllis
Senior Policy Counsel
Katharine P. Roberts
Assistant Attorney General
Office of the Illinois Attorney General

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Margaret Machaiek*
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006

5

115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov

*Counsel for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Michael Drezner*
Michael Drezner
*Senior Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Astrid Carrete*
Astrid Carrete

Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
Danny Haidar
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*

**MATTHEW J. PLATKIN**
Attorney General of New Jersey

By: */s/ Justine M. Longa*

Justine M. Longa
Jessica L. Palmer
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: */s/ Elleanor H. Chin*
Elleanor H. Chin

| | |
|---|---|
| Impact Litigation Counsel<br>New Mexico Department of Justice<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>(505) 490-4060<br>acarrete@nmdoj.gov<br><br>*Counsel for the State of New Mexico* | *Senior Assistant Attorney General*<br>100 Market Street<br>Portland, OR 97201<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>elleanor.chin@doj.oregon.gov<br><br>*Counsel for the State of Oregon* |

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218  (phone)
(608) 294-2907 (Fax)
Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*