UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

    Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.

    Defendants.

Case No. 1:25-Civ-00196

**PLAINTIFF STATES' OPPOSITION TO DEFENDANTS' MOTION TO SET EXPEDITED BRIEFING SCHEDULE**

Defendants' Motion for Expedited Briefing Schedule, ECF No. 79, coupled with their request for an expedited judgment on their Motion to Vacate the Injunction, ECF No. 78 at 1, fail to show good cause to expedite and should be denied.

First, any urgency should have and could have been raised by Defendants before July 17 at 11:30pm. As recently as July 15—two days before filing the at-issue motions—Defendants signed a joint status report, ECF No. 77, that included no mention of the Supreme Court's short orders in *McMahon v. New York*, No. 24A1203, 2025 WL 1922626 (July 14, 2025), or *Trump v. American Federation of Government Employees*, No. 24A1174, 2025 WL 1873449 (July 8, 2025). Instead, the joint status report included an agreed-upon July 25 deadline for Plaintiffs to respond to Defendants' already pending motion to modify the injunction, ECF No. 75. The order in *McMahon v. New York* was issued on Monday, yet Defendants then waited four business days to move to vacate the injunction altogether and create an accelerated, nonsensical timeline where Plaintiffs would respond to a motion to vacate the injunction on Monday, July 21, with a separate response to the motion to modify the injunction due on Friday, July 25. Defendants did not contact

1

Plaintiffs' counsel to coordinate this new briefing schedule, and their concerns should have been raised in the July 15 Joint Status Report.

Moreover, Defendants provide only a fig-leaf in attempt to show good cause exists to expedite their motion. They say only that "[g]ood cause supports" the motion because it would "permit the careful but expeditious presentation of the issues." ECF No. 79 at 1. But this is obviously circular and amounts to an assertion that expediting the motion is justified by good cause because it would be expeditious. Failure to show good cause is sufficient basis to deny a motion to expedite. *See Jensen v. Biden*, No. 4:21-CV-5119-TOR, 2021 WL 10280381 at *1 (W.D. Wash. Oct. 19, 2021). And here, as described above, granting the motion would prejudice Plaintiffs by overturning the reasonable expectations set during negotiation of the Joint Status Report.

Therefore, Plaintiffs request that the Court deny Defendants' Motion to Set Expedited Briefing Schedule. ECF No. 79. Further, Plaintiffs request the Court set a deadline for Plaintiffs to file its response to both Defendants' Motion to Vacate, ECF No. 78, and Motion to Modify, ECF No. 75, on Friday, July 25, 2025.

Dated: July 18, 2025                                                           Respectfully submitted,

| | |
|---|---|
| **NICHOLAS W. BROWN**<br>Attorney General of Washington | **LETITIA JAMES**<br>Attorney General for the State of New York |
| By: */s/ Spencer W. Coates*<br>Spencer W. Coates<br>Kelsey E. Endres<br>*Assistant Attorneys General*<br>Cynthia Alexander<br>William McGinty<br>*Deputy Solicitors General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>spencer.coates@atg.wa.gov | By: */s/ Molly Thomas-Jensen*<br>Molly Thomas-Jensen<br>Jessica Ranucci<br>*Special Counsel*<br>Rabia Muqaddam<br>*Special Counsel for Federal Initiatives*<br>Andres Ivan Navedo<br>Molly Brachfeld<br>*Assistant Attorneys General*<br>28 Liberty St. |

kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*/s/ Sarah Rice*
Kathryn M. Sabatini (RI Bar No. 8486)
Chief, Civil Division
Sarah Rice (RI Bar No. 10588)
Deputy Chief, Public Protection Bureau
Chandana Pandurangi (RI Bar No. 10922)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Alexa Salas*
Alexa Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

By: */s/ Crystal Adams*
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ Tanya E. Wheeler*
Tanya E. Wheeler
*Associate Chief Deputy Attorney General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
tanja.wheeler@coag.gov

*Counsel for the State of Colorado*

3

*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
Attorney General of the State of Illinois

By: */s/ Caitlyn G. McEllis*
Caitlyn G. McEllis
Senior Policy Counsel
Katharine P. Roberts
Assistant Attorney General
Office of the Illinois Attorney General
115 S. Lasalle Street
Chicago, IL 60603
312-814-3000
Caitlyn.McEllis@ilag.gov

*Counsel for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Michael Drezner*
Michael Drezner
*Senior Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.md.us

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Margaret Machaiek*
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
Danny Haidar
*Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HaidarD1@michigan.gov

*Counsel for the State of Maryland*

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**MATTHEW J. PLATKIN**
 Attorney General of New Jersey

By: */s/ Justine M. Longa*

Justine M. Longa
Jessica L. Palmer
 *Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Astrid Carrete*
Astrid Carrete
Impact Litigation Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

 By: */s/ Elleanor H. Chin*
Elleanor H. Chin
*Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218  (phone)
(608) 294-2907 (Fax)

*Counsel for the State of Vermont*

Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*