UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00196 |

**DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION**

In Plaintiffs' most recent filing, they move to "clarify that this Court's Order requires reinstatement of the employees at the enjoined sub-agencies." ECF No. 83 at 11. Defendants hereby notify the Court of their intent to oppose that motion. Defendants' opposition will be filed before expiration of the 14-day period allowed under this Court's local rules to oppose a motion. *See* LR Cv 7(a)(3).

- 2 -

Dated: August 1, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Elizabeth Hedges*
ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530
Telephone: (202) 616-0929
Email: Elizabeth.T.Hedges@usdoj.gov

*Counsel for Defendants*