AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

State of New York, et al.
*Plaintiff*
v.
Robert F. Kennedy, Jr., et al.
*Defendant*

Case No. 1:25-cv-00196

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Robert F. Kennedy, Jr., in his official capacity, et al.

Date: 08/05/2025

/s/ Christian Dibblee
*Attorney's signature*

Christian Dibblee, No. 90002557 (DC)
*Printed name and bar number*

1100 L Street, NW
Washington, DC 20005
*Address*

christian.r.dibblee@usdoj.gov
*E-mail address*

(202) 353-5980
*Telephone number*

*FAX number*