UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Case No. 1:25-Civ-00196 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

In accordance with Local Rule 206(d) of the United States District Court for the District of Rhode Island, Michigan Assistant Attorney General Danny Haidar respectfully provides notice of his withdrawal as attorney of record in this matter. In support of this notice, counsel states as follows:

1. Danny Haidar is currently counsel of record for the People of the State of Michigan in the above-captioned case.

2. The People of the State of Michigan will continue to be represented in this action by the Michigan Department of Attorney General through Assistant Attorney General Neil Giovanatti. He is currently serving as counsel of record for the People of the State of Michigan in this case, is familiar with the case, and is fully prepared to address any matters pending in the case, including trial, without delaying the case. Local Rule 206(d)(1).

3. There are no motions pending before the District Court in this proceeding and no trial date has been set in the District Court in this proceeding. Local Rule 206(d)(1).

Accordingly, Danny Haidar respectfully requests that this Court take notice of this withdrawal as an attorney of record in this action.

Dated: August 14, 2025                              Respectfully submitted,

By: */s/ Danny Haidar*
Danny Haidar
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*