UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, STATE OF WASHINGTON, STATE OF RHODE ISLAND, STATE OF ARIZONA, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, THE DISTRICT OF COLUMBIA, STATE OF HAWAI'I, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, THE PEOPLE OF THE STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, STATE OF OREGON, STATE OF VERMONT, and STATE OF WISCONSIN, <br><br> Plaintiffs <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAND SERVICES, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | C.A. No. 1:25-cv-00196-MRD-PAS <br><br> **UNOPPOSED MOTION OF AMERICAN INDUSTRIAL HYGIENE ASSOCIATION FOR LEAVE TO FLIE** *AMICUS CURIAE* **BRIEF** |

**UNOPPOSED MOTION OF AMERICAN INDUSTRIAL HYGIENE ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The American Industrial Hygiene Association ("AIHA") hereby moves for leave to file an *amicus curiae* brief in support of the Plaintiff States. The Plaintiff States consent to AIHA filing an *amicus curiae* brief, and the Defendants do not oppose.

AIHA was founded in 1939 and is a 501(c)(6) non-profit organization incorporated in the State of Illinois (one of the Plaintiffs in this action). AIHA is the association for scientists and professionals committed to preserving and ensuring occupational and environmental health and safety in the workplace and community. AIHA's mission is to empower and advance those who

apply scientific knowledge to protect all workers and their communities from occupational and environmental hazards, by helping to ensure that work-related occupational and environmental health and safety hazards are anticipated and eliminated or controlled.

AIHA's members are occupational and environmental health and safety professionals, also known as industrial hygienists, who protect workers across all industry sectors.  AIHA supports its members with its expertise, networks, comprehensive education programs, and other products and services that help members maintain the highest professional and competency standards.  AIHA serves as a resource for those employed across the public and private sectors and the communities in which they work.  AIHA also represents the profession nationally and internationally.

AIHA's interest in this case stems from the profound and direct impact that the recent reductions in force ("RIFs") at the National Institute for Occupational Safety and Health ("NIOSH") have had, and will continue to have, on the ability of AIHA and its members to continue their mission of protecting workers across all industry sectors.  The ability of AIHA to continue to provide a broad range of services to its members, and therefore the ability of AIHA's members to continue to provide strong protection for workers, depends, in significant measure, on the research and guidance that NIOSH provides on such important issues as safety standards, training programs, and best practices.  The recent RIFs threaten NIOSH's ability to provide continuing research and guidance, without which AIHA and its members would be severely adversely affected because their ability to continue their efforts to protect workers would be severely compromised.

"[T]he acceptance of *amicus* briefs is within the sound discretion of the" District Court. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970).  "The filing of an amicus brief should be

permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs." *Commonwealth of the N. Mariana Islands v. United States*, No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (quoting *Voices for Choices v. Illinois Bell Telephone Co.*, 339 F.3d 542, 545 (7th Cir.2003)). District courts permit third parties to participate as *amici curiae* when they "are of aid to the court and offer insights not available from the parties," or offer "relevant expertise and a stated concern for the issues at stake in [the] case." *United States v. El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994); *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).

As the association for scientists and professionals committed to preserving and ensuring occupational and environmental health and safety in the workplace and community, AIHA is especially well-positioned to provide the Court perspective and insights concerning the extremely dangerous effects the recent reductions in force will have on occupational and environmental safety in the workplace and our communities. The parties to this case, all governmental entities, will not be able to provide the Court the insights or perspective of a non-profit organization whose mission is severely threatened by the RIFs at a federal agency, NIOSH.

Counsel for the Plaintiff States has advised that the Plaintiff States consent to AIHA filing an *amicus curiae* brief. Counsel for the Defendants has advised that the Defendants do not oppose AIHA filing an *amicus curiae* brief.

Accordingly, AIHA respectfully requests this Court to grant it leave to file an *amicus curiae* brief in this case. AIHA's proposed Brief of *Amicus Curiae* is attached hereto as Exhibit 1.

AMERICAN INDUSTRIAL HYGIENE ASSOCIATION

By its Attorneys:

*/s/ Joseph Avanzato*
JOSEPH AVANZATO (#4774)
javanzato@apslaw.com
ERIN A. HOCKENSMITH (#9588)
ehockensmith@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-351-4607
October 9, 2025

CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically served and filed via the Electronic Court Filing (CM/ECF) system a true copy of the within pleading on all counsel of record and it is available for viewing and downloading from the ECF system.

*/s/ Joseph Avanzato*

*4911-2065-4440, v. 1*