UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00196 |

**UNOPPOSED MOTION FOR EXTENION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Defendants respectfully request an extension of the deadline to and including December 5, 2025, to file a reply brief in support of their motion to dismiss. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs regarding this request, and they do not oppose it. Good cause supports this request, as set forth below.

On September 17, 2025, this Court set a briefing schedule for Defendants' motion to dismiss the Amended Complaint. *See* Text Order, Sept. 17, 2025. On October 1, appropriations funding the Department of Justice (DOJ) and large portions of the Department of Health and Human Services (HHS) lapsed. Pursuant to the previously ordered briefing schedule, Defendants filed their motion to dismiss on October 14. *See* ECF No. 98. Plaintiffs filed their response to that motion on November 14. *See* ECF No. 101. On November 12, between the filing of Defendants' motion and Plaintiffs' response, the President signed the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026. That law restored appropriations to (among others) DOJ and HHS, effective November 13, 2025.

Resumption of normal operations at HHS and DOJ has meant that a backlog of cases that were stayed during the lapse now have significant near-term deadlines. For example, undersigned counsel now has a major filing deadline on November 24—the same day as the current deadline for Defendants' reply in this case—and another attorney working on this matter has a hearing on that same day. Counsel at HHS are subject to similarly imminent deadlines.

In light of these constraints, Defendants respectfully request an unopposed extension of time until December 5 in which to file their reply brief. This modest 11-day extension reflects the current demands on counsel's time and the intervening Thanksgiving holiday. No party will be prejudiced by this schedule.

Dated: November 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*