**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF NEW YORK, et al.,

       Plaintiffs,

  v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,

       Defendants.

Civil Action No. 1:25-cv-00196

**DEFENDANTS' NOTICE OF FACTUAL DEVELOPMENTS**
**RELEVANT TO PLAINTIFFS' CLAIMS**

Defendants respectfully inform the Court of two developments relevant to the pending litigation: (1) the rescission of all remaining reduction in force (RIF) notices issued to employees in the Center for Tobacco Products (CTP) within the Food and Drug Administration (FDA) after the March 27, 2025, announcement and (2) the rescission of all remaining RIF notices issued to employees in the Division of Data and Technical Analysis (DDTA) within the Office of the Assistant Secretary for Planning and Evaluation after the same announcement. The attached declarations of Melanie M. Keller and Cynthia Goss provide additional information regarding those rescissions.

The allegations in the Amended Complaint regarding FDA and ASPE stem from the RIF notices issued to CTP and DDTA employees, respectively. *See* Am. Compl. ¶¶ 257–72, 313–14, 317–19. Defendants have moved to dismiss those allegations on multiple grounds and reserve the right to file a supplemental motion to dismiss on mootness grounds all claims and theories regarding FDA and ASPE.

Dated: March 27, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*

2