UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>        Defendants. | Civil Action No. 1:25-cv-00196-MRD-PAS |

**DECLARATION OF MELANIE M. KELLER**

I, Melanie M. Keller, declare as follows:

1.      I am the Deputy Associate Commissioner for Operations and Deputy Chief Operating Officer, Office of the Commissioner, United States Food and Drug Administration ("FDA" or "the agency"). I have been in this role since April 2025.

2.      Prior to this position, I was the Chief Talent Officer from approximately July 2017 to April 2025. Prior to that I was the Associate Director for Management, Center for Drug Evaluation & Research from December 2010 to July 2017, and led operations and management functions that support drug evaluation and research activities.

3.      In my current role, I directly support the Chief Operating Officer to lead management and business programs and operations across the global FDA enterprise of 17,000 world-class scientific, technical, and professional experts dedicated to promoting and protecting the public health of all Americans.

4.      I am making this declaration in support of Defendants' Notice of Factual Developments Relevant to Plaintiffs' Claims.

1

5.      The statements made in this declaration are based upon my own personal knowledge and information about which I have become knowledgeable through my access and review of official FDA records in the course of my official duties.

6.      On March 31, 2025, April 1, 2025, and May 2, 2025, reduction in force ("RIF") notices were issued to 229 employees within the Center for Tobacco Products ("CTP").

7.      On May 1, 2025, the recission of RIF notices was approved as to twenty-one (21) employees in CTP's Office of Health Communication and Education, some of whom are responsible for responding to FOIA requests.

8.      On May 5, 2025, the recission of RIF notices was approved as to fifty (50) employees in CTP's Division of Business Operations within the Office of Compliance and Enforcement, some of whom are responsible for managing state contracts for compliance checks while others are responsible for functions related to civil money penalties.

9.      On May 14, 2025, the recission of RIF notices was approved as to eighteen (18) employees in CTP's Division of Financial Management within the Office of Management, some of whom administer tobacco user fees.

10.     On June 6, 2025, the recission of RIF notices was approved as to twenty-four (24) employees in CTP's Office of Regulations.

11.     On September 12, 2025, the recission of RIF notices was approved as to ten (10) employees in CTP's Division of Public Health Education within the Office of Health Communication and Education, some of whom are responsible for managing "The Real Cost" youth tobacco prevention campaign.

12. On February 3, 2026, the recission of RIF notices was approved as to all remaining CTP employees described in Paragraph 6, except for the eight (8) employees described in Paragraph 13 below, including:

a. Twenty-three (23) employees in CTP's Division of External Programs and Resource Management within the Office of Compliance and Enforcement, some of whom are responsible for managing and investigating complaints and inquiries from the public related to tobacco products and regulated industry, providing small business assistance, providing business process management support for IT systems, and providing outreach and training for industry on complying with the law.

b. Seventy-five (75) employees in CTP's Office of Management, including thirteen (13) employees on CTP's Acquisitions and Assistance Team within the Office of Management, many of whom are responsible for managing contracts, intra-agency agreements, blanket purchase agreements, and grants.

13. Eight (8) employees who had previously received RIF notices accepted a position in different CTP divisions after receiving their RIF notices.

14. Following the rescission of RIF notices and other actions described in Paragraphs 7 to 13, *supra*, none of the CTP employees described in Paragraph 6 remain on administrative leave.

15. In addition to the RIF notices discussed above, two leaders in CTP's Office of Science received notices of proposed reassignment and were placed on administrative leave on April 1, 2025. By November 6, 2025, both had returned to the Office of Science from their leave.

3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 24, 2026

_____

Melanie M. Keller
Deputy Associate Commissioner for Operations and
   Deputy Chief Operating Officer
Office of the Commissioner
Food and Drug Administration
U.S. Department of Health and Human Services

4