**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>   Defendants. | Civil Action No. 1:25-cv-00196 |

**<u>DECLARATION OF CYNTHIA GOSS</u>**

I, Cynthia Goss, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am the Deputy Assistant Secretary for Planning and Evaluation, and I perform the Delegable Duties of the Assistant Secretary for Planning and Evaluation (ASPE). ASPE serves as the principal policy advisor to the Secretary of the U.S. Department of Health and Human Services (HHS) on matters related to health, human services, disability, aging, long-term care, science, data, and economics. In my role, I lead strategic planning, policy analysis, and legislative and regulatory development, and I oversee research and evaluation activities.

2. ASPE carries out its mission through the Immediate Office and four policy divisions: the Office of Health Policy; the Office of Human Services Policy; the Office of Behavioral Health, Disability, and Aging Policy; and the Office of Science and Data Policy. Together, these units provide the analytical and operational capacity needed to coordinate, assess, and support departmental priorities and initiatives.

1

3.      I make this declaration based on personal knowledge and information provided to me in the course of my official duties.

4.      On or about April 1, 2025, and May 1, 2025, HHS issued Reduction in Force (RIF) notices to select employees and placed most of those employees on administrative leave. Of the employees who received RIF notices, ten (10) were employees of the Division of Data and Technical Analysis (DDTA) (admin code AES3) within the Office of Human Services Policy in ASPE. These employees are responsible for, among other things, publishing the annual update of the federal poverty guidelines, pursuant to 42 U.S.C. § 9902, and publishing the annual report on welfare indicators, pursuant to 42 U.S.C. § 1314a.

5.      On February 26, 2026, HHS rescinded the seven (7) remaining RIF notices to these DDTA employees. The other three (3) DDTA employees who had received RIF notices voluntarily separated from HHS before their RIF notices were rescinded. Following the rescission of these RIF notices, no DDTA employees remain on administrative leave.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 25, 2026.

_____
Cynthia Goss
Deputy Assistant Secretary for Planning and Evaluation
Assistant Secretary for Planning and Evaluation
U.S. Department of Health and Human Services

2