**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., *in his official capacity as* SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, *et al.*,<br><br>        Defendants. | Civil Action No. 1:25-cv-00196<br><br>   Judge Melissa R. DuBose |

## <u>NOTICE OF SERVICE OF ADMINISTRATIVE RECORD</u>

Defendants hereby notify the Court that they have served a certified copy of the administrative record on Plaintiffs in accordance with the parties' stipulation, ECF No. 114, and the Court's text order entering that stipulation. Attached to this notice is a certified index of that administrative record, along with a certification from the relevant agency official.

- 2 -

Dated: June 8, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

ELIZABETH HEDGES
Counsel to the Assistant Attorney General
Civil Division

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
Civil Division , Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 353-5980
Email: Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

- 2 -