UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>      Defendants. | Case No. 1:25-cv-00196 |

## INDEX TO THE ADMINISTRATIVE RECORD

|  | Date | Document | Bates Start |
|---|---|---|---|
| 1. | 02/11/2025 | Executive Order 14210, Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative | NYvK–AR–000001 |
| 2. | 02/11/2025 | Fact Sheet: President Donald J. Trump Works to Remake America's Federal Workforce | NYvK–AR–000004 |
| 3. | 02/26/2025 | U.S. Office of Management and Budget/U.S. Office of Personnel Management Guidance on Agency RIF and Reorganization Plans Requested by *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* | NYvK–AR–000008 |
| 4. | 03/27/2025 | HHS Announces Transformation to Make America Healthy Again | NYvK–AR–000015 |
| 5. | 04/02/2025 | Fact Sheet: HHS' Transformation to Make America Healthy Again | NYvK–AR–000020 |
| 6. | January 2025 | Administration for Children & Families, ACF Overview, FY25 | NYvK–AR–000023 |

|  | Date | Document | Bates Start |
|---|---|---|---|
| 7. | 02/21/2025 | FDA Functions: Statutory Requirements and Mission Support | NYvK–AR–000061 |
| 8. | 03/25/2025 | Email from Thomas Nagy to Mike Mahoney (OPM), et al. re HHS Competitive Areas for Approval<br><br>Attachments: OPM Memo (Final).pdf; OPM Competitive Area Grant (Final).docx; HHS 25 MAR Competitive Areas Submission Attachment.xlsx | NYvK–AR–000102 |
| 9. | 03/26/2025 | Email from Thomas Nagy to WPIntake@opm.gov, et al. re HHS Competitive Areas for Approval<br><br>Attachment: HHS 26 MAR Competitive Areas Submission Attachment.xlsx; OPM Memo (Final).pdf; OPM Competitive Area Grant (Final).docx; HHS 25 MAR Competitive Areas Submission Attachment.xlsx | NYvK–AR–000122 |
| 10. | 03/27/2025 | Email from Roseanna Ciarlante (OPM) to Thomas Nagy, et al. re RE: HHS Competitive Areas for Approval<br><br>Attachment: HHS Approval of Exception to 90 Day Competitive Area SIGNED 3-27-2025.pdf | NYvK–AR–000149 |
| 11. | 03/29/2025 | Email from Thomas Nagy to Noah Peters (OPM), et al. re OPM Submission - 3.29.2025<br><br>Attachments: OPM Supplemental Memo - Final 3.29.25.pdf; 29 MAR OPM Submission.xlsx; OPM Competitive Area Grant (Final) 3.29.25.docx; HHS 25 MAR Competitive Areas Submission Attachment.xlsx; HHS 26 MAR Competitive Areas Submission Attachment.xlsx | NYvK–AR–000154 |
| 12. | 03/29/2025 | Email from Noah Peters (OPM) to Thomas Nagy, et al. re RE: OPM Submission - 3.29.2025 | NYvK–AR–000182 |

|  | Date | Document | Bates Start |
|---|---|---|---|
| 13. | 03/31/2025 | Email from Octavio J. Santiago (OPM) to Thomas Nagy, et al. re RE: OPM Submission - 3.31.2025<br><br>Attachment: HHS Approval of Exception to 90 Day Competitive Area SIGNED-HOLDEN 3-31-2025.pdf | NYvK–AR–000184 |
| 14. | 03/31/2025 | Email from Roseanna Ciarlante (OPM) to Thomas Nagy, et al. re RE: OPM Submission - 3.29.2025<br><br>Attachment: HHS Approval for Exception to 90-Day Competitive Area 03-31-2025.pdf | NYvK–AR–000189 |
| 15. | 05/01/2025 | Email from Thomas Nagy to WPIntake@opm.gov, et al. re HHS Competitive Areas Approval<br><br>Attachments: 30 APR Competitive Areas HHS.xlsx; OPM Competitive Area Grant (Final).docx | NYvK–AR–000198 |
| 16. | 05/02/2025 | Email from Rosanna Ciarlante (OPM) to Thomas Nagy, et al. re RE: HHS Competitive Areas Approval<br><br>Attachment: HHS Approval of Exception to 90 Day Competitive Area SIGNED 05.02.25.pdf | NYvK–AR–000201 |
| 17. | 03/31/2025 | Final Reduction-in-Force List | NYvK–AR–000206 |
| 18. | 04/01/2025 | Additional Reduction-in-Force List.pdf | NYvK–AR–000366 |
| 19. | 03/31/2025 | Notice of Intent to Conduct a Reduction-in-Force (Sample) | NYvK–AR–000368 |
| 20. | 03/31/2025 | Specific Notice of Reduction-in-Force (Sample) | NYvK–AR–000370 |