**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| |
|---|
| STATE OF NEW YORK, et al., |
| Plaintiffs, |
| v. |
| ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., |
| Defendants. |

Case No. 1:25-cv-00196

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Christina V. Ballance, Executive Director, Human Capital Accountability, Office of Human Resources for the U.S. Department of Health and Human Services, certify that, to the best of my knowledge, the attached documents constitute true and accurate copies of materials that were considered by the Department in connection with the actions challenged in the above-captioned matter.

Executed this 8th day of June 2026, in Washington, D.C.

_____

Christina V. Ballance