# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>      Defendants. | Civil Action No. 1:25-cv-00196 |

## NOTICE OF SERVICE OF REVISED ADMINISTRATIVE RECORD

Defendants hereby notify the Court that they have served a certified copy of the revised administrative record on Plaintiffs. Attached to this notice is a certified index of that revised administrative record, along with a certification from the relevant agency official.

Dated: July 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH HEDGES
Senior Counsel to the Assistant Attorney General, Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*