# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

STATE OF NEW YORK, et al.,

      Plaintiffs,

    v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

      Defendants.

Case No. 1:25-cv-00196

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Christina V. Ballance, Executive Director, Human Capital Accountability, Office of Human Resources for the U.S. Department of Health and Human Services, certify that, to the best of my knowledge, the materials listed in the revised index constitute  the non-privileged materials that were considered, either directly or indirectly, in connection with the actions challenged in the above-captioned matter.

Executed this 1st day of July 2026, in Washington, D.C.

_____

Christina V. Ballance