**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 1:25-cv-00196 |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Elizabeth Hedges hereby withdraws as counsel for Defendants in this matter. Defendants continue to be represented by Christopher Hall and Christian Dibblee.

Dated: August 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

*/s/ Elizabeth Hedges*
ELIZABETH HEDGES
Senior Counsel to the Assistant Attorney General, Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(202) 616-0929
elizabeth.t.hedges@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director

CHRISTIAN DIBBLEE
Trial Attorney
Civil Division, Federal Programs Branch

*Counsel for Defendants*