**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 1:25-cv-00196 |

**DECLARATION OF ANDRES IVAN NAVEDO**

Pursuant to 28 U.S.C. § 1746, I, Andres Ivan Navedo, do hereby state:

1. I am an Assistant Attorney General in the Office of the Attorney General for the State of New York, and I appear on behalf of the State of New York in this action and am a member in good standing of the bar of the State of New York.

2. I am admitted to appear in the above-captioned case in the United States District Court for the District of Rhode Island pursuant to this Court's Text Order from May 6, 2025.

3. I submit this Declaration and its attached Exhibits in further support of Plaintiff States' First Motion for Discovery. ECF No. 122.

4. I make the following statements on the basis of my own knowledge or a review of files in my possession.

5. Attached as Exhibit A is a true and accurate copy of Plaintiffs' proposed First Set of Requests for the Production of Documents.

6. Attached as Exhibit B is a true and accurate copy of Plaintiffs' proposed First Set of Interrogatories.

7. Attached as Exhibit C is a true and accurate copy of Plaintiffs' Letter to Defendants dated June 22, 2026, and Exhibits 1–5 thereto.

8. Attached as Exhibit D is a true and accurate copy of Defendants' Letter to Plaintiffs dated July 2, 2026.

9. Attached as Exhibit E is a true and accurate copy of Plaintiffs' Letter to Defendants dated July 20, 2026.

10. Attached as Exhibit F is a true and accurate copy of Defendants' Letter to Plaintiffs dated July 31, 2026.

11. Attached as Exhibit G is a true and accurate copy of the Consolidated Agency File submitted by the U.S. Department of Health and Human Services on April 9, 2026, in proceedings before the Merit Systems Protection Board in a matter involving the April 1 RIFs. *HHS RIF FDA CDER Consolidation v. Department of Health and Human Services*, Docket No. CF-0351-26-0076-I-1.

12. Attached as Exhibit H is a true and accurate copy of emails to and from Dr. Debra Houry, then-Chief Medical Officer and Deputy Director for Program and Science at CDC, released by the Senate HELP Committee in June of 2026.

13. Attached as Exhibit I is a true and accurate copy of the transcript of a Rule 30(b)(6) deposition of the U.S. Department of Health and Human Services conducted on April 8, 2025. *Am. Fed'n of Lab. & Cong. of Indus. Organizations v. Dep't of Lab.*, No. 25-cv-00339, (D.D.C. Apr. 29, 2025), ECF No. 82-3.

14. Attached as Exhibit J is a true and accurate copy of the Administrative Record produced by Defendants on June 8, 2026.

15. Attached as Exhibit K is a true and accurate copy of the revised Document 12.1 of the Administrative Record produced by Defendants on July 2, 2026.

Dated: New York, New York
September 11, 2026

*/s/ Andres Ivan Navedo*
Andres Ivan Navedo
Assistant Attorney General
Office of the New York State Attorney General