# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00196 |

**PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS**

Pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Civil Rule 34 of the United States District Court for the District of Rhode Island, Plaintiffs hereby serve upon Defendants the following first set of requests for the production of documents. Plaintiffs request that Defendants respond to these requests separately within thirty (30) days after service.

**DEFINITIONS**

1. "And/or," the conjunctions "and" and "or," shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope and are terms of inclusion, not exclusion.

2. "And" and "or" as used herein shall, unless the context does not permit, be construed to mean "and/or."

3. "Any" shall be construed as "any and all."

4. "Appropriated Funds" shall mean funds subject to an appropriation, or a statutory provision that grants budget authority.

5. "Communication" or "communications" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) in writing, by telephone, facsimile, email, through Documents, or other electronic means.

6. "Concerning" or "relating to" shall mean relating to, referring to, pertaining to, concerning, describing, regarding, evidencing, or constituting, the requested subject matter.

7. "Defendants" shall refer to the Department, its Employees, and the Secretary, collectively.

8. "Defined Search Term" shall refer to the search terms "RIF," "RIFs," "RIFed," "ARRP," "reorganization," "reduction," "layoff," "terminate," "termination," "eliminate," "eliminating," "elimination," "firing," "consolidate," "consolidation," "realign," "realignment," "shared services," "centralize," "centralized," "centralization," "competitive area," "merge," "merger," "merged," "abolish," "abolished," "delete," "deletion," "retain," "repurpose," or any other personnel or organizational action taken in conformance with or contemplated by the reorganization announced by the March 27 Communiqué.

9. "Department" or "HHS" shall refer to the U.S. Department of Health and Human Services and any employees, agents, representatives, or contractors working on behalf of the U.S. Department of Health and Human Services.

10. "Document" shall mean all written, recorded, and graphic materials of every kind, including all electronically stored information in your possession, custody, or control. The term "Document" includes each and every writing of whatever nature, whether an original, a draft, or a copy, however produced or reproduced, and each and every tangible thing from which information can be processed or transcribed, such as tape or other Communications. The term includes, but is not limited to, letters, emails, voicemail, text messages, ephemeral messages (including "Signal"

messages), memoranda, notes, instructions, reports, analyses, telegrams, facsimiles, diaries, calendars, studies, logs, journals, books, notebooks, plans, records, forms, charts, policies and procedures, audio recordings, visual recordings, digital recordings, photographs (positive prints and negatives), slides, work-sheets, customer checks, credit card charge slips, expense reports, computation sheets, computer printouts and programs, tapes, videotapes, diskettes and CD-ROMs, microfilm, microfiche, any comments appearing in margins on any document, and copies of documents which are not identical duplications of the originals (*e.g.*, because handwritten or "blind" copy notes appear thereon or are attached thereto). A draft or non-identical copy is a separate document within the meaning of this term.

11. "DOGE" shall refer to the United States Department of Governmental Efficiency, the United States DOGE Service, the United States Digital Service, the United States DOGE Service Temporary Organization, or any organization affiliated with Elon Musk.

12. "Employee(s)" and "staff" shall mean any person—past or present—carried on the payroll of the Department, either as a salaried or hourly employee, a full-time or part-time employee, a temporary, probationary, or permanent employee, employee on commission, independent contractor, or agent.

13. "Include" or "including" shall mean "include without limitation" and "including without limitation."

14. "Identify" or "identity," as applied to any natural person, shall mean their name, title(s), aliases, screen names, and contact information, and with respect to any entity, shall mean to provide the name, d/b/a names, if any, and the entity's contact information.

15. "March 27 Communiqué" shall mean the RIF and Reorganization announced by the Department on March 27, 2025. ECF Nos. 1-1, 1-2.

16. "Plaintiffs" shall mean the plaintiffs in the above-captioned matter.

17. "Policies" or "Procedures" shall mean any or all of the following: standard operating procedures; protocols; criteria; guidelines; standards of care; directives; policy statements; "best practices"; letter templates; form templates; matrices; stipulations in regulatory settlements; opinions; scripts.

18. "Reorganization" shall mean the restructuring of components of the Department, including the elimination of certain component agencies, announced by the Department on March 27, 2025, as described in the Amended Complaint. *See* ECF No. 94 ¶¶ 65–66.

19. "RIFs" shall mean the reductions-in-force announced by the Department on March 27, 2025 and implemented beginning April 1, 2025, as described in the Amended Complaint. *See* ECF No. 94 ¶¶ 75–79.

20. "Secretary" shall refer to defendant Secretary Robert F. Kennedy, Jr. and any employees, agents, representatives, or contractors working on behalf of Defendant Robert F. Kennedy, Jr.

**INSTRUCTIONS**

1. Unless otherwise indicated, these requests shall be construed to cover the time period from January 20, 2025, to the present.

2. Where a claim of privilege is asserted, the attorney asserting the privilege shall provide the information required by Rule 26(b)(5) of the Federal Rules of Civil Procedure, identify the privilege being invoked, and provide enough information about the document to justify invoking the privilege without revealing the content of the withheld or redacted information.

3. Pursuant to Federal Rule of Civil Procedure 26(e), these discovery demands are to be deemed continuing in nature, so as to require further and supplemental responses if the

Defendants receive or identify additional information after providing their initial responses to these requests.

**REQUESTS**

**<u>Request No. 1.</u>** All Documents relied upon by Defendants in their decision to implement the RIF. This includes but is not limited to all Documents Defendants relied upon in deciding the timing and scope of, as well as the specific employees affected by, the RIFs.

**<u>Request No. 2.</u>** All Documents relied upon by Defendants in their decision to implement the Reorganization. This includes but is not limited to all Documents Defendants relied upon in deciding the timing and scope of, as well as the specific employees affected by, the Reorganization.

**<u>Request No. 3.</u>** All meeting agendas and Documents distributed (in any format, including but not limited to PowerPoint slides) during meetings that included Defendants in which the decision to implement the RIFs and the Reorganization were discussed.

**<u>Request No. 4.</u>** All Communications between Defendants and the U.S. Office of Personnel Management and/or the Office of Budget Management relating to the RIFs and Reorganization, including but not limited to any and all Agency RIF and Reorganization Plans (also known as "ARRPs") submitted by the Department to the U.S. Office of Personnel Management. *See, e.g.*, Exhibit J at NYvK-AR-000009 ("Agency heads should collaborate with their [DOGE] team leads within the agency in developing competitive areas for ARRPs").

**<u>Request No. 5.</u>** All Communications sent or received by any of the individuals identified by HHS as "Individuals Who Made Decisions or Provided Input on the RIF," containing a Defined Search Term. *See HHS RIF FDA CDER Consolidation v. Dep't of Health and Human Servs.*, Docket # CF-0351-26-0076-I-1, Document Number 3900631 at 31–37 (attached as Exhibit

G). Those individuals include but may not be limited to: Robert F. Kennedy, Jr, Heather Flick Melanson, Scott Rowell, Thomas Nagy Jr., Shana Weir, Seth Shulman, Garey Rice, Clark Minor, Dr. Sara Brenner, Angel Hebert, Melanie Keller, Chantal Dawson, Jennifer Wade, and Robert Bettinger.

**Request No. 6.** All Communications sent or received by any of the individuals identified as a "DOGE Team Affiliate" in 30(b)(6) testimony given by HHS in *Am. Fed'n of Lab. & Cong. of Indus. Organizations v. Dep't of Lab.,* No. CV 25-339 (JDB), 2026 WL 879518 (D.D.C. Mar. 31, 2026) (ECF No. 82-3 at 11:21-12:9) (attached as Exhibit I), and containing a Defined Search Term. Those individuals include, but may not be limited to: Rachel Riley, Brad M. Smith, Luke Farritor, Edward Coristine, Marko Elez, Kyle Schutt, Conor Fennessy, Zach Terrell, Rachel Riley, Jeremy Lewin, and Aram Moghaddassi.

**Request No. 7.** All Communications sent or received by any of the individuals identified in the emails released by the Senate Health, Education, Labor, and Pensions Committee and collected from Dr. Debra Houry and containing a Defined Search Term. Those individuals include but are not limited to: Dr. John Howard, Matthew J. Buzzelli, Rachel Holloway, Sara S. Patterson, Pamela Protzel Berman, Kelley Durst, Nathan Wells, Debra E. Houry, Louis Blackshear.

**Request No. 8.** All Documents prepared by DOGE or its staff which were shared with Defendants that relate in any way to Defendants' decision to RIF and Reorganize.

**Request No. 9.** All Documents relied upon by the authors of the March 27, 2025, press release and fact sheet attached to the Complaint. ECF Nos. 1-1, 1-2.

**Request No. 10.** All Documents produced in litigation, including responses to interrogatories, document productions, deposition transcripts and associated exhibits,

administrative records, declarations, and exhibits related to the RIFs and Reorganization filed or served by or on behalf of HHS in the following cases:

a. *Am. Fed'n of Lab. & Cong. of Indus. Orgs. v. Dep't of Lab.,* No. 1:25-cv-00339 (D.D.C. filed Feb. 5, 2025)

b. *Am. Fed'n of Gov't Emps., AFL-CIO v. Trump*, 3:25-cv-03698 (N.D. Cal. filed April 28, 2025) (and related Cases: Nos. 25-cv-08302, 26-mc-80146).

c. *Jackson v. Kennedy*, No. 1:25-cv-01750 (D.D.C. filed June 3, 2025)

d. *Democracy Forward Found. v. Office of Mgmt. and Budget*, 1:25-cv-00858 (D.D.C. filed Mar. 23, 2025)

e. *Citizens for Resp. and Ethics in Washington v. U.S. Ctrs. For Disease Control and Prevention*, 1:25-cv-01020 (D.D.C. filed Apr. 4, 2025)

**Request No. 11.** All Documents produced by HHS in any proceeding before the Merit Systems Protection Board (MSPB) related to any RIF or Reorganization contemplated in the March 27 Communique, including but not limited to:

a. HHS RIF FDA CDER v. Department of Health and Human Services, MSPB Docket No. CF-0351-26-0076-I-1;

b. HHS RIF REGULATION REVIEW CONSOLIDATION v. Office of Personnel Management and Department of Health and Human Services; MSPB Docket No. CF-1205-26-0122-U-1;

c. Interested RIF Employees - HHS v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0031-U-1;

d. Interested RIF Employees - HHS II v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0036-U-1;

e. Interested RIF Employees - HHS III v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0037-U-1;

f. Interested RIF Employees - HHS IV v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0038-U-1;

g. Interested RIF Employees - HHS V v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0039-U-1;

h. Interested RIF Employees - HHS VI v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0040-U-1;

i. Interested RIF Employees - HHS VII v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0041-U-1;

j. Interested RIF Employees - HHS VIII v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0042-U-1;

k. Interested RIF Employees - HHS IX v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0043-U-1;

l. Interested RIF Employees - HHS X v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0044-U-1;

m. Interested RIF Employees - HHS XI v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0045-U-1;

n. Interested RIF Employees - HHS XII v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0046-U-1;

o. Interested RIF Employees - HHS XIII v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0047-U-1;

p. Prince v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0034-U-1;

q. Sheridan v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0032-U-1; and

r. Urich v. Office of Personnel Management and Department of Health and Human Services, MSPB Docket No. CB-1205-25-0051-U-1.

**Request No. 12.** All Documents the Defendants considered that showed the RIFs and Reorganization would be financially beneficial to the Department, the taxpayers, or any other

party, including but not limited to all Documents upon which Defendants relied when it claimed that the RIFs and Reorganization "will save taxpayers $1.8 billion per year," ECF No. 1-1 at 1.

**Request No. 13.** All Documents upon which Defendants relied when they claimed that the RIFs and Reorganization would "combat waste, fraud, and abuse in federal health programs," ECF No. 1-1 at 2, and any other Documents Defendants considered that showed the RIFs and Reorganization would limit or drive down waste, fraud, and abuse in federal health programs.

**Request No. 14.** All Documents upon which Defendants relied when they claimed that the RIFs and Reorganization would "improve American's experience with HHS by making the agency more responsive and efficient, while ensuring that Medicare, Medicaid, and other essential health services remain intact," ECF No. 1-1 at 2, and any other Documents Defendants considered that showed the RIFs and Reorganization would do the same.

**Request No. 15.** All Documents upon which Defendants relied when they implemented the March 27 Communiqué and which discuss whether the Department would be able to meet all of its statutory mandates after implementation of the Communiqué, including but not limited to any Documents describing the statutory tasks of individuals and component agencies and divisions of the Department impacted by the March 27 Communiqué.

**Request No. 16.** All Communications to Employees who received RIF notices regarding any instructions to ensure minimal interruption to the work of the Department. This includes, but is not limited to, Communications regarding the preservation of the Department's physical assets such as reagents, chemicals, reference specimens, live specimens, and animal test subjects; Documents and data used by the Department during its course of operations including but not limited to instructions to employees noticed for termination regarding sharing access to

any Documents with employees who were not noticed for termination; and Communications with Departmental partners including grantees, contractors, and similar individuals and companies.

**Request No. 17.** All Documents the Defendants considered regarding the impacts of the March 27 Communiqué on State public health agencies and laboratories at the time of deciding to implement the RIFs and Reorganization.

**Request No. 18.** All Documents related to Defendants' spending or failure to spend Appropriated Funds as a result of the RIFs and Reorganization.

**Request No. 19.** All Documents related to Defendants' decision to notice for termination all or nearly all employees certain subagencies: CDC laboratories, ECF No. 94 ¶ 101; National Institute for Occupational Health and Safety, ¶¶ 138–43; the Division for Reproductive Health, *id.* ¶ 181, the Office on Smoking and Health, *id.* ¶ 192; the Division for Viral Hepatitis, *id.* ¶ 207–09; the Center for Tobacco Products, *id.* ¶¶ 266–68; the Assistant Secretary for Planning and Evaluation, *id.* ¶ 317; the Office of Treatment Services responsible for studying substance abuse, *id.* ¶ 305.

**Request No. 20.** All Documents related to Defendants' decision to close regional offices in Boston, New York City, Chicago, San Francisco, and Seattle, ECF No. 94 ¶¶ 280, 325, but not in Atlanta, Dallas, Denver, Kansas City, MO, and Philadelphia. *Id.* ¶¶ 278, 322.

**Request No. 21.** Documents sufficient to show all factors considered by Defendants' when deciding to revoke any of the RIF notices issued pursuant to the March 27 Communiqué which includes, but is not limited to, notices sent to employees of: the CDC's laboratories testing for sexually transmitted diseases including gonorrhea, syphilis, and chlamydia; the World Trade Center Health Program; the National Institute for Occupational Safety and Health, *see* ECF No. 52-1 ¶¶ 3–7; the Office of the Director, the National Center for Environmental Health, the National

Center for HIV, Viral Hepatitis, STD, & TB Prevention, and the Global Health Center, *see* ECF No. 70-1 ¶¶ 3–4 (corrected at ECF No. 82-1 ¶¶ 3–5); "all staff in the Division of Safety Research in Morgantown, West Virginia," *see* ECF No. 88-1 ¶ 14; over 200 employees in the FDA's Center for Tobacco Products, *see* ECF No. 112-1 ¶¶ 7–13, 15; and seven employees of the Assistant Secretary for Planning and Evaluation, *see* ECF No. 112-2 ¶¶ 4–5.

**Request No. 22.** All Documents related to decisions to hire contractors to perform functions previously performed by employees who received RIF notices as a part of the March 27 Communiqué, including but not limited to employees working on the Pregnancy Risk Assessment Monitoring System, Center for Tobacco Products, and the Office on Smoking and Health.

**Request No. 23.** All Documents submitted by non-governmental organizations (including trade groups, lobbyists, for-profit companies, and any other entity), any State government or agency, or any other party with an interest in the operations of the Department, to the Defendants regarding any reduction-in-force or agency reorganization that was sent and/or received before April 1, 2025.

**Request No. 24.** All Documents submitted by non-governmental organizations (including trade groups, lobbyists, for-profit companies, and any other entity), any State government or agency, or any other party with an interest in the operations of the Department, to the Defendants regarding any reduction-in-force or agency reorganization that was sent and/or received after April 1, 2025.

Date: September 11, 2026

Respectfully submitted,

**NICHOLAS W. BROWN**
Attorney General of Washington

By: */s/ Spencer W. Coates*
Spencer W. Coates
Kelsey E. Endres

**LETITIA JAMES**
Attorney General for the State of New York

By: */s/ Molly Thomas-Jensen*
Molly Thomas-Jensen
Jessica Ranucci

*Assistant Attorneys General*
Cynthia Alexander
William McGinty
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Andres Ivan Navedo
Molly Brachfeld
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*By: /s/ Dorothea Calvano Young*
Dorothea Calvano Young
(RI Bar No. 6661)
*Special Assistant Attorney General*
Kathryn M. Sabatini (RI Bar No. 8486)
*Chief, Civil Division*
Sarah W. Rice (RI Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
Chandana Pandurangi (RI Bar No. 10922)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov
dyoung@riag.ri.gov
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: */s/ Alexa G. Salas*
Alexa G. Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*

By: /s/ Crystal Adams
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

David Moskowitz
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ Andrew C. Mendrala
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the
District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

By: /s/ *Kaliko'onālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kaliko'onālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawai'i*

**KWAME RAOUL**
Attorney General of the State of Illinois

Jane Elinor Notz
*Solicitor General*

By: /s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Margaret Machaiek
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Michael Drezner
Michael Drezner
*Senior Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Neil Giovanatti
Neil Giovanatti
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Justine M. Longa*
Justine M. Longa
Jessica L. Palmer
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Anjana Samant*
Anjana Samant
Impact Litigation Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Elleanor H. Chin*
Elleanor H. Chin
*Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Counsel for the State of Vermont*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218 (phone)
(608) 294-2907 (Fax)
Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ Spencer W. Coates
Spencer W. Coates
Kelsey E. Endres
*Assistant Attorneys General*
Cynthia Alexander
William McGinty
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ Molly Thomas-Jensen
Molly Thomas-Jensen
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Andres Ivan Navedo
Molly Brachfeld
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*By: /s/ Dorothea Calvano Young*
Dorothea Calvano Young
(RI Bar No. 6661)
*Special Assistant Attorney General*
Kathryn M. Sabatini (RI Bar No. 8486)
*Chief, Civil Division*
Sarah W. Rice (RI Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
Chandana Pandurangi (RI Bar No. 10922)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov
dyoung@riag.ri.gov
cpandurangi@riag.ri.gov

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ Alexa G. Salas
Alexa G. Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

*Counsel for the State of Rhode Island*

**ROB BONTA**
Attorney General for the State of California

By: /s/ Crystal Adams
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Andrew C. Mendrala
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
Attorney General of the State of Illinois

Jane Elinor Notz
*Solicitor General*

By: /s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov

*Counsel for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Michael Drezner
Michael Drezner
*Senior Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ Kalikoʻonālani D. Fernandes
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Margaret Machaiek
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Neil Giovanatti
Neil Giovanatti
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909

Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

(517) 335-7603
GiovanattiN@michigan.gov
HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Justine M. Longa*
Justine M. Longa
Jessica L. Palmer
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Anjana Samant*
Anjana Samant
Impact Litigation Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Elleanor H. Chin*
Elleanor H. Chin
*Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

Ryan.kane@vermont.gov

*Counsel for the State of Vermont*

(608) 957-5218 (phone)
(608) 294-2907 (Fax)
Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*