# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF NEW YORK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00196 |

**PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Civil Rule 33 of the United States District Court for the District of Rhode Island, Plaintiffs hereby serve upon Defendants the following first set of interrogatories. Plaintiffs request that Defendants respond to these interrogatories under oath, separately and fully in writing, within thirty (30) days after service.

**DEFINITIONS**

1. "And/or," the conjunctions "and" and "or," shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope and are terms of inclusion, not exclusion.

2. "And" and "or" as used herein shall, unless the context does not permit, be construed to mean "and/or."

3. "Any" shall be construed as "any and all."

4. "Appropriated Funds" shall mean funds subject to an appropriation, or a statutory provision that grants budget authority.

5. "Communication" or "communications" shall mean the transmittal of information (in the form of facts, ideas, inquiries, or otherwise) in writing, by telephone, facsimile, email, or other electronic means.

6. "Concerning" or "relating to" shall mean relating to, referring to, pertaining to, concerning, describing, regarding, evidencing, or constituting, the requested subject matter.

7. "Defendants" shall refer to the Department, its Employees, and the Secretary, collectively.

8. "Department" or "HHS" shall refer to the U.S. Department of Health and Human Services and any employees, agents, representatives, or contractors working on behalf of the U.S. Department of Health and Human Services.

9. "Document" shall mean all written, recorded, and graphic materials of every kind, including all electronically stored information in your possession, custody, or control. The term "Document" includes each and every writing of whatever nature, whether an original, a draft, or a copy, however produced or reproduced, and each and every tangible thing from which information can be processed or transcribed, such as tape or other electronic data Communications. The term includes, but is not limited to, letter, emails, voicemail, text messages, ephemeral messages (including "Signal" messages), memoranda, notes, instructions, reports, analyses, telegrams, facsimiles, diaries, calendars, studies, logs, journals, books, notebooks, plans, records, forms, charts, policies and procedures, audio recordings, visual recordings, digital recordings, photographs (positive prints and negatives), slides, work-sheets, customer checks, credit card charge slips, expense reports, computation sheets, computer printouts and programs, tapes,

videotapes, diskettes and CD-ROMs, microfilm, microfiche, any comments appearing in margins on any document, and copies of documents which are not identical duplications of the originals (*e.g.*, because handwritten or "blind" copy notes appear thereon or are attached thereto). A draft or non-identical copy is a separate document within the meaning of this term.

10. "DOGE" shall refer to the United States Department of Governmental Efficiency, the United States DOGE Service, the United States Digital Service, the United States DOGE Service Temporary Organization, or any organization affiliated with Elon Musk.

11. "Employee(s)" and "staff" shall mean any person—past or present—carried on the payroll of the Department, either as a salaried or hourly employee, a full-time or part-time employee, a temporary, probationary, or permanent employee, employee on commission, independent contractor, or agent.

12. "Include" or "including" shall mean "include without limitation" and "including without limitation."

13. "Identify" or "identity," as applied to any natural person, shall mean their name, title(s), aliases, screen names, and contact information, and with respect to any entity, shall mean to provide the name, d/b/a names, if any, and the entity's contact information.

14. "March 27 Communiqué" shall mean the RIF and Reorganization announced by the Department on March 27, 2025. ECF Nos. 1-1, 1-2.

15. "Plaintiffs" shall mean the plaintiffs in the above-captioned matter.

16. "Policies" or "Procedures" shall mean any or all of the following: standard operating procedures; protocols; criteria; guidelines; standards of care; directives; policy statements; "best practices"; letter templates; form templates; matrices; stipulations in regulatory settlements; opinions; scripts.

17. "Reorganization" shall mean the restructuring of components of the Department, including the elimination of certain component agencies, announced by the Department on March 27, 2025, as described in the Amended Complaint. *See* ECF No. 94 ¶¶ 65–66.

18. "RIFs" shall mean the reductions-in-force announced by the Department on March 27, 2025 and implemented beginning April 1, 2025, as described in the Amended Complaint. *See* ECF No. 94 ¶¶ 75–79.

19. "Secretary" shall refer to defendant Secretary Robert F. Kennedy, Jr. and any employees, agents, representatives, or contractors working on behalf of Defendant Robert F. Kennedy, Jr.

**INSTRUCTIONS**

1. Each Interrogatory operates and shall be responded to independently, and unless otherwise indicated, no interrogatory limits the scope of any other interrogatory.

2. If an objection is made to any part of an interrogatory, the response shall state that there is an objection to the interrogatory and the legal and factual basis for such objection.

3. No part of an interrogatory shall be left unanswered merely because an objection is made to another part of the interrogatory.

4. If an interrogatory demands an answer that Defendants claim may be withheld due to privilege, work product, or any other privilege or immunity from disclosure, the Defendants shall answer any portion of the interrogatory that is not subject to such a claim, and shall indicate with specificity and particularity the basis of said withholding, including:

   a. The identity of the person(s) having knowledge of the information;

   b. The identify of all persons to whom the information was communicated or otherwise made available;

c. The job title or position of every person identified in response to subparagraphs (a) and (b);

d. The date on which the information was received or became known by each person having knowledge of its existence;

e. A brief description of the nature and subject matter of the information; and

f. The statute, rule or decision that is claimed to give rise to the privilege.

5. If the response to any interrogatory consists in whole or in part of an objection based upon undue burden, then with respect to such response: (a) provide such information as can be ascertained without undue burden; and (b) state with particularity the basis for such objection, including a description of the process or method required to obtain the response to the interrogatory and the estimated cost and time required to obtain the response to the interrogatory.

6. Unless otherwise indicated, the relevant time period for purposes of these Interrogatories is from January 20, 2025 to present.

7. The use of the singular form of any word should be construed to include the plural and vice versa.

8. The interrogatories are continuing in nature. In accordance with Rule 26(d) of the Federal Rules of Civil Procedure, the Defendants are required promptly to serve supplementary responses and produce additional documents if the Defendants obtain further or different information.

## INTERROGATORIES

**Interrogatory No. 1.** Identify all individuals within HHS or other agencies who were involved in the decision-making process related to the March 27 Communiqué and their role in the decision-making process, including but not limited to:

(a) all individuals who had decision-making authority regarding the RIF, including but not limited to deciding whom to include in the RIF, when to commence the RIF, and each individual's role in that decision-making process;

(b) all individuals who had decision-making authority regarding the Reorganization, and each individual's role in that decision-making process;

(c) all individuals who were included in any communication about the decision-making process leading up to the RIF, including anyone who was consulted within or outside the Department, and each individual's role in the decision-making process;

(d) all individuals who were included in any communication regarding the decision-making process leading up to the Reorganization, including anyone who was consulted within or outside the Department, and each individual's role in the decision-making process;

(e) all individuals who were responsible for effectuating the RIF, specifying each individual's role in the effectuation of the RIF; and

(f) all individuals who were responsible for effectuating the Reorganization, specifying each individual's role in effectuating the Reorganization.

**Interrogatory No. 2.** Identify headcounts of full-time employees at all "28 divisions" identified in ECF No. 1-1 at 1 on January 1, 2025; February 15, 2025; March 31, 2025; April 2, 2025; and September 10, 2026. Responses should identify the "28 divisions" with the same level of detail specified in NYvK-AR-000107 (i.e., Department ID, Department Name, OpDiv Name, OpDive Pop, Sub Agency Code, Department ID Pop, Levels 1-4, and Geographic Area) and indicate how many employees are or were on administrative leave on each of the dates requested.

**<u>Interrogatory No. 3.</u>** Identify any staff members associated with or employed by DOGE who worked with Defendants on any aspect of the RIF and Reorganization and/or any aspect of the decision-making process leading up to the RIF and Reorganization.

**<u>Interrogatory No. 4.</u>** Describe what steps the Department took to identify which statutorily-mandated functions each employee within the Department fulfilled, when these steps were taken, and identify any Document(s), including any spreadsheet(s), concerning the information collected.

**<u>Interrogatory No. 5.</u>** Identify any alternatives Defendants considered to the RIFs that might have achieved Defendants' same goals and explain why each/any of those alternatives were abandoned.

**<u>Interrogatory No. 6.</u>** Identify any alternatives Defendants considered to the Reorganization that might have achieved Defendants' same goals and explain why each/any of those alternatives were abandoned.

**<u>Interrogatory No. 7.</u>** Identify any analysis, report, memorandum, human resources report, Inspector General report, or other source relied upon by the Defendants regarding whether the RIFs and Reorganization would save $1.8 billion per year, and would reduce chronic illness and disease. *See* ECF No. 1-1 at 2.

**<u>Interrogatory No. 8.</u>** Identify all artificial intelligence programs that were used as part of the decision-making process that led to the RIF and/or was used to effectuate the RIF and, for each artificial program used, describe how that program was utilized.

**<u>Interrogatory No. 9.</u>** Identify any artificial intelligence program that was used as part of the decision-making process that led to the Reorganization and/or was used to effectuate the Reorganization and, if an artificial program was used, describe how that program was utilized.

Date: September 11, 2026

Respectfully submitted,

**NICHOLAS W. BROWN**
Attorney General of Washington

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ Spencer W. Coates
Spencer W. Coates
Kelsey E. Endres
*Assistant Attorneys General*
Cynthia Alexander
William McGinty
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

By: /s/ Molly Thomas-Jensen
Molly Thomas-Jensen
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Andres Ivan Navedo
Molly Brachfeld
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

*By: /s/ Dorothea Calvano Young*
Dorothea Calvano Young
(RI Bar No. 6661)
*Special Assistant Attorney General*
Kathryn M. Sabatini (RI Bar No. 8486)
*Chief, Civil Division*
Sarah W. Rice (RI Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
Chandana Pandurangi (RI Bar No. 10922)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov
dyoung@riag.ri.gov
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ *Alexa G. Salas*
Alexa G. Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

**ROB BONTA**
Attorney General for the State of California

By: /s/ Crystal Adams
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020
Michael.skold@ct.gov

*Counsel for the State of Connecticut*

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: /s/ Andrew C. Mendrala
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s/ Kalikoʻonālani D. Fernandes
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General of the State of Illinois

Jane Elinor Notz
*Solicitor General*

By: /s/ Alex Hemmer
Alex Hemmer
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: /s/ Margaret Machaiek
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: /s/ Michael Drezner
Michael Drezner
*Senior Assistant Attorney General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202

**DANA NESSEL**
Attorney General of Michigan

By: /s/ Neil Giovanatti
Neil Giovanatti
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov

(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Anjana Samant*
Anjana Samant
Impact Litigation Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Justine M. Longa*
Justine M. Longa
Jessica L. Palmer
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Elleanor H. Chin*
Elleanor H. Chin
*Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov

*Counsel for the State of Oregon*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218 (phone)
(608) 294-2907 (Fax)

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
Attorney General of Washington

By: /s/ Spencer W. Coates
Spencer W. Coates
Kelsey E. Endres
*Assistant Attorneys General*
Cynthia Alexander
William McGinty
*Deputy Solicitors General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
spencer.coates@atg.wa.gov
kelsey.endres@atg.wa.gov
cynthia.alexander@atg.wa.gov
william.mcginty@atg.wa.gov

*Counsel for the State of Washington*

**PETER F. NERONHA**
Attorney General for the State of Rhode Island

By: /s/ Dorothea Calvano Young
Dorothea Calvano Young
(RI Bar No. 6661)
*Special Assistant Attorney General*
Kathryn M. Sabatini (RI Bar No. 8486)
*Chief, Civil Division*
Sarah W. Rice (RI Bar No. 10465)
*Deputy Chief, Public Protection Bureau*
Chandana Pandurangi (RI Bar No. 10922)
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
ksabatini@riag.ri.gov
srice@riag.ri.gov

Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*

**LETITIA JAMES**
Attorney General for the State of New York

By: /s/ Molly Thomas-Jensen
Molly Thomas-Jensen
Jessica Ranucci
*Special Counsel*
Rabia Muqaddam
*Chief Counsel for Federal Initiatives*
Andres Ivan Navedo
Molly Brachfeld
*Assistant Attorneys General*
28 Liberty St.
New York, NY 10005
(929) 638-0447
rabia.muqaddam@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
jessica.ranucci@ag.ny.gov
ivan.navedo@ag.ny.gov
molly.brachfeld@ag.ny.gov

*Counsel for the State of New York*

**KRISTIN K. MAYES**
Attorney General for the State of Arizona

By: /s/ Alexa G. Salas
Alexa G. Salas
*Assistant Attorney General*
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Counsel for the State of Arizona*

dyoung@riag.ri.gov
cpandurangi@riag.ri.gov

*Counsel for the State of Rhode Island*

**ROB BONTA**
Attorney General for the State of California

By: /s/ Crystal Adams
Crystal Adams
*Deputy Attorney General*
Michael L. Newman
Neli Palma
*Senior Assistant Attorneys General*
Kathleen Boergers
Virginia Corrigan
Srividya Panchalam
*Supervising Deputy Attorneys General*
Jesse Basbaum
Jeanelly Orozco Alcala
*Deputy Attorneys General*
1515 Clay Street
Oakland, CA 94612-1499
(510) 879-3428
Crystal.Adams@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Virginia.Corrigan@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jesse.Basbaum@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov

*Counsel for the State of California*

**PHILIP J. WEISER**
Attorney General of Colorado

By: */s/ David Moskowitz*
David Moskowitz
*Deputy Solicitor General*
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
Attorney General of the State of Connecticut

By: */s/ Michael K. Skold*
Michael K. Skold
Solicitor General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5020

**KATHLEEN JENNINGS**
Attorney General of the State of Delaware

By: /s/ *Vanessa L. Kassab*
Ian R. Liston
*Director of Impact Litigation*
Vanessa L. Kassab
*Deputy Attorney General*
Delaware Department of Justice
820 N. French Street

Michael.skold@ct.gov

*Counsel for the State of Connecticut*

Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for the State of Delaware*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala
Assistant Attorney General
Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**KWAME RAOUL**
Attorney General of the State of Illinois

Jane Elinor Notz
*Solicitor General*

By: */s/ Alex Hemmer*
Alex Hemmer
Deputy Solicitor General
Office of the Illinois Attorney General
115 S. LaSalle Street
Chicago, IL 60603
312-814-3000
alex.hemmer@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**
Attorney General for the State of Maine

By: */s/ Margaret Machaiek*
Margaret Machaiek
*Assistant Attorney General*
Office of the Attorney General
6 State House Station
August, ME 04333-0006
Tel.: 207-626-8800
Fax: 207-287-3145
margaret.machaiek@maine.gov

*Counsel for the State of Maine*

**ANTHONY G. BROWN**
Attorney General for the State of Maryland

By: */s/ Michael Drezner*
Michael Drezner
*Senior Assistant Attorney General*

**DANA NESSEL**
Attorney General of Michigan

By: */s/ Neil Giovanatti*
Neil Giovanatti
*Assistant Attorney General*

Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for the State of Maryland*

Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
HaidarD1@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
Attorney General for the State of Minnesota

By: */s/ Lindsey E. Middlecamp*
Lindsey E. Middlecamp
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0711
Lindsey.middlecamp@ag.state.mn.us

*Counsel for the State of Minnesota*

**JENNIFER DAVENPORT**
Attorney General of New Jersey

By: */s/ Justine M. Longa*
Justine M. Longa
Jessica L. Palmer
*Deputy Attorneys General*
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-4527
Justine.Longa@law.njoag.gov
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
Attorney General of New Mexico

By: */s/ Anjana Samant*
Anjana Samant
Impact Litigation Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
acarrete@nmdoj.gov

*Counsel for the State of New Mexico*

**DAN RAYFIELD**
Attorney General of the State of Oregon

By: /s/ *Elleanor H. Chin*
Elleanor H. Chin
*Senior Assistant Attorney General*
100 Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
elleanor.chin@doj.oregon.gov

*Counsel for the State of Oregon*

**CHARITY R. CLARK**
Attorney General for the State of Vermont

By: */s/ Ryan P. Kane*
Ryan P. Kane
Deputy Solicitor General

**JOSHUA L. KAUL**
Attorney General of Wisconsin

By: */s/ Charlotte Gibson*
Charlotte Gibson
Assistant Attorney General

109 State Street
Montpelier, VT 05609
(802) 828-2153
Ryan.kane@vermont.gov

*Counsel for the State of Vermont*

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 957-5218 (phone)
(608) 294-2907 (Fax)
Charlie.Gibson@wisdoj.gov

*Counsel for the State of Wisconsin*