# EXHIBIT I

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

------------------------x

AFL-CIO, et al., :

plaintiffs, :

v. : CASE NO.

DEPARTMENT OF LABOR, : 1:25-cv-00339-JDB

et al., :

Defendant. :

------------------------x

30(b)(6) Deposition of

DEPARTMENT OF HEALTH AND HUMAN SERVICES

through GAREY RICE

Tuesday, April 8, 2025

1:46 p.m.

BEFORE: Cassandra E. Ellis, RMR, RDR, CRR, RSA, CA-CSR 14448, WA-CCR, HI-CSR

Job No.: 10519



19173c2b-8370-4ccc-b770-46fbda9e23d5

The 30(b)(6) Deposition of DEPARTMENT OF HEALTH AND HUMAN SERVICES through GAREY RICE, taken before CASSANDRA E. ELLIS, Registered Professional Reporter, Registered Merit Reporter, Registered Diplomate Reporter, Certified Realtime Reporter, Realtime Systems Administrator; California Certified Shorthand Reporter; Washington State Certified Court Reporter; Hawaii Certified Shorthand Reporter; Notary Public, held in Washington, D.C., on Tuesday, April 8, 2025, commencing at 1:46 p.m. and concluding at 2:53 p.m.

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:
ZOILA E. HINSON, PRO HAC VICE
ALEXA MILTON, PRO HAC VICE
RELMAN COLFAX PLLC
1225 19th Street, Northwest
Suite 600
Washington, D.C. 20036
(202) 728-1888
Zhinson@relmanlaw.com
Amilton@relmanlaw.com

ON BEHALF OF THE PLAINTIFFS:
AMAN T GEORGE, ESQUIRE
MARK B. SAMBURG, ESQUIRE
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
Ageorge@democracyforward.org
Msamburg@democracyforward.org

ON BEHALF OF THE DEFENDANT:
BRADLEY P. HUMPHREYS, ESQUIRE
BENJAMIN S. KURLAND, ESQUIRE
ANDREW BERNIE, ESQUIRE
US DEPARTMENT OF JUSTICE
1100 L Street, Northwest
Washington, D.C. 20005
(202) 305-0878
Bradley.humphreys@usdoj.gov

INDEX TO EXAMINATION

30(b)(6) Deposition of
DEPARTMENT OF HEALTH AND HUMAN SERVICES
through GAREY RICE


| EXAMINATION | PAGE |
|---|---|
| By Ms. Hinson | 7 |


INDEXED PAGES


| | PAGE |
|---|---|
| GAREY RICE, sworn | 7 |
| REPORTER CERTIFICATE | 48 |
| INSTRUCTIONS TO WITNESS (none) | |
| DECLARATION UNDER PENALTY OF PERJURY | 47 |
| ERRATA SHEET | 49 |


INFORMATION REQUESTED

None

WITNESS INSTRUCTED NOT TO ANSWER

None

INDEX TO PLAINTIFFS EXHIBITS

GAREY RICE

Tuesday, April 8, 2025


| MARKED | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiffs' Notice of Rule 30(b)(6) Deposition of Department of Health and Human Services | 12 |
| Exhibit 2 | Declaration of Garey Rice Filed 02/13/25 | 15 |
| Exhibit 3 | Declaration of Garey Rice Filed 03/11/25 | 17 |
| Exhibit 4 | U.S. DOGE Service Assignment Agreement Bates Stamped 25CV339_HHS00028-031 | 22 |
| Exhibit 5 | U.S. DOGE Service Assignment Agreement Bates Stamped 25CV339_HHS00032-035 | 22 |
| Exhibit 6 | Withdrawn | 34 |
| Exhibit 7 | Defendants' Objections And Responses to Plaintiffs' Requests For Expedited Discovery, Including Supplemental Responses | 36 |




19173c2b-8370-4ccc-b770-46fbda9e23d5

P R O C E E D I N G S
30(b)(6) Deposition of
DEPARTMENT OF HEALTH AND HUMAN SERVICES
through GAREY RICE
having been sworn, testified as follows:
EXAMINATION
BY MS. HINSON:
Q Mr. Rice, can you state and spell your name, for the record, please?
A My name is Garey Rice, spelled G-a-r-e-y, last name R-i-c-e.
Q And do you understand that today you are testifying on behalf of the Department of Labor about topics listed in the deposition notice?
A Department of Labor?
Q Sorry, Department of Health and Human Services.
Apologies, it's been a long day.
A HHS.
Q Yeah. So I've got a couple of ground rules to hopefully make things go as smoothly as possible today.
First, please continue to give



19173c2b-8370-4ccc-b770-46fbda9e23d5

verbal answers instead of shaking or nodding your head, that just makes it easier for the court reporter to get a clear transcript; can you do that?

A Yes.

Q It's important we don't speak over each other. So I will try to let you finish and if you can try and let me finish that would be great; can you do that?

A Yes.

Q Are you represented by counsel today?

A My HHS counsel.

Q And DOJ, as well?

A Yes.

Q Your counsel might object to a question, that's fine, he's making an objection for the record, but unless he specifically instructs you not to answer you should just go ahead and answer; can we agree to that?

A Yes.

Q And if at any time you need a break, just let me know. I ask, though,



19173c2b-8370-4ccc-b770-46fbda9e23d5

if you do want to take a break, you just answer any question that's pending at the time you ask for it; can we agree to that?

A Yes.

Q If you don't understand a question, just let me know and I'll try to rephrase it, but if you don't let me know I'm going to assume that means you understand it; is that fair?

A Yes.

Q Along the same lines, if at any point during the deposition you remember that you forgot to say something earlier or you want to give a more complete answer, please just let me know and we can put it on the record, so not a problem, but please just let me know; does that work?

A Yes.

Q Do you understand that you're testifying under penalty of perjury today?

A Yes.

Q Any reason that you cannot give



19173c2b-8370-4ccc-b770-46fbda9e23d5

complete and truthful testimony today?
A No.
Q Did you speak to anyone in preparation for your deposition today?
A Yes.
Q And who was that?
A My attorneys.
Q Did you speak to anyone besides your attorney?
A No.
Q Did you review anything to prepare for this deposition?
A Yes.
Q And did you bring any documents with you today?
A The only document I brought was the -- the actual response to the Court -- the supplemental response to the, I guess, the plaintiff's --
Q Interrogatories?
A Yes -- interrogatories, that is it.
Q And are you familiar with this lawsuit?
A Yes.



19173c2b-8370-4ccc-b770-46fbda9e23d5

Q And without revealing any communications you may have had with your attorneys, what do you know about this lawsuit?

A Basically what I read in the documents, the concern is basically understanding what the DOGE role at HHS was for the work that we're doing there for government efficiencies.

Q I wanted to just, like, identify a couple of terms that I'm going to use today.

First, if I refer to DOGE I'm talking about the US DOGE Service and the USDS Temporary Organization, collectively; does that work?

A Yes.

Q And when I'm talking about the DOGE team affiliates, that's people hired by or detailed to HHS since January 19th, 2025; does that work?

A Yes.

Q And I'm sorry, that's not even complete.

Since January 19th, 2025 to



19173c2b-8370-4ccc-b770-46fbda9e23d5

work as part of the DOGE team; is that clear?

A Yes.

Q Okay. Great.

MS. HINSON: Can we mark this as Exhibit 1.

(Exhibit No. 1 was marked for identification.)

BY MS. HINSON:

Q All right. So you've just been handed what's been marked as Exhibit 1, which is the deposition notice for today's deposition.

And do you want to look at page 5 of that? And are you prepared to testify about topic two, except for access to and use of HHS sensitive systems?

A Yes.

Q Great.

So we spoke a moment ago about the DOGE team affiliates, and I'm just going to read a list of names to make sure we're talking about the same people, those are Amy Gleason, Brad Smith, Luke



19173c2b-8370-4ccc-b770-46fbda9e23d5

Farritor, Edward Coristine, Marko Elez, Kyle Schutt, Conor Fennessy, Zach Terrell, Rachel Riley, and Jeremy Lewin; are you familiar with those names?

A Yes.

Q And given the -- based on the definition I gave earlier, are those people all DOGE team affiliates?

A Yes.

Q Since January 19, 2025, has anyone else worked at DOL as an employee -- or, gosh, sorry -- HHS as an employee or detailee while simultaneously being employed at DOGE?

A So simultaneously employed?

Q At DOGE?

A -- at DOGE? So what I'm saying is that a lot of those employees are detailed from other agencies to HHS.

Q Mm-hmm?

A So not necessarily employees of DOGE.

So I know, like, Amy Gleason and Brad Smith are dual appointees at DOGE and HHS.



19173c2b-8370-4ccc-b770-46fbda9e23d5

Q So aside from the people that I already listed, is there anyone else working at HHS who's also employed at DOGE?
A No.
Q And aside from the people I listed, is there anyone who's been detailed to DOGE while simultaneously working or being detailed to HHS?
A No.
Q And aside from the people I listed, is there anyone else whose worked on the DOGE team while simultaneously being employed by another federal agency?
A So that's where I -- I think I need to understand what you mean, employed by another agency.
So, like -- like, Luke and a lot of the names that you gave are employed by other agencies that are detailed to HHS.
Q Mm-hmm.
A So I'm not sure I'm tracking what you mean when you say simultaneously employed by the DOGE, so -- the DOGE



19173c2b-8370-4ccc-b770-46fbda9e23d5

affiliated HHS?

Q So what I'm trying to ask is just setting aside the people that I already named, is there anyone else who was employed at another agency and either has been detailed to or is employed by HHS?

A No.

Q Okay. And since January 19th, 2025, has anyone, besides the people I already listed, been hired at HHS to work on the DOGE team?

A No.

MS. HINSON: Can I have this marked as exhibits 2.

(Exhibit No. 2 was marked for identification.)

BY MS. HINSON:

Q So you've been handed what's been labeled Exhibit 2, and this is your declaration filed in this case on February 13th; do you recognize this?

A Yes.

Q Okay. And if you look at paragraph five, it says: I understand



19173c2b-8370-4ccc-b770-46fbda9e23d5

that at least one USDS employee and one employee from another federal agency have been detailed to HHS within the last three weeks in furtherance of the EO.

Who are these two people you identified here?

A So this is in reference to Brad Smith and Luke Farritor.

Q And was Brad Smith the USDS employee?

A Yes.

Q And so Luke Farritor was the one detailed from another federal agency?

A Yes.

Q And then, in the next sentence, it says: I'm aware of at least one HHS employee not detailed from another agency is also involved in implementing the president's EO; who is that?

A That was Amy Gleason.

Q When did Amy Gleason begin working at HHS?

A Amy's worked at HHS for awhile, she -- before the start of the administration, I don't know the exact

dates she started. I knew she was with CMS under the US digital services.

Q Okay. And was she employed by HHS or was she detailed to HHS?

A Detailed -- employed.

MS. HINSON: Okay. Can this be Exhibit 3.

(Exhibit No. 3 was marked for identification.)

BY MS. HINSON:

Q Okay. So this is your declaration filed in this case, and on March 11th, 2025, can you look at paragraph seven, and it references to another USDS employee who is detailed for the Centers for Medicare/Medicaid services in furtherance of the EO in the same February 2025 timeframe; who is that?

A That was Amy.

Q All right. This is also Amy?

A Yes.

Q Okay. We spoke a few minutes ago about the fact that there are people who are employed at or detailed to HHS



19173c2b-8370-4ccc-b770-46fbda9e23d5

while being employed by or detailed to other federal agencies; right?

A (Nodding.)

Q Is that a yes?

A Yes.

Q Okay. Is it the normal practice of HHS to have employees who are also detailed to other federal agencies?

A Yes. HHS details -- received details in and details people out to other agencies for all kinds of cost-cutting work across the government.

Q When HHS does that -- let me rephrase -- when HHS details an employee to another federal agency do they typically continue to work at HHS while being detailed?

A The -- the temp- -- depends on the terms of the detail. I mean, sometimes, if it's cost-cutting work, it's necessary for them to stay in tune with what they do at HHS while they're at another department, so -- so the answer is, is it just depends on the nature of the agreement.

Q Okay. And is it the normal practice for HHS to have employees from other federal agencies detailed at HHS who are performing work for both agencies at the same time?

A Yes, it happens.

Q Okay. What policies typically govern those relationships?

A So the policies that permit the detail in between agencies, generally, so it just depends, basically, on need and, again, like, were there cost-cutting activities. It's just general collaboration that we typically do details for.

Q In a normal course, how do you -- how does HHS coordinate work with the other agency that someone is being detailed from or to?

A Yeah.

MR. HUMPHREYS: Objection, foundation.

THE WITNESS: So I could answer?

///



19173c2b-8370-4ccc-b770-46fbda9e23d5

BY MS. HINSON:
Q You can answer.
MR. HUMPHREYS: You can answer. I'll tell you if you can't.
A Okay. Okay. So it's a collaboration, so depending upon what is needed, you know, generally there's an agreement that comes out, and there's some description of what will or will not be done, what the need is that we're trying to solve by hiring generally what is, you know, some kind of a specialist that we have at HHS, or if it's something that we do where we have these kind of cost-cutting things where we're collaborating for a joint goal for the overall good of the government.
I -- it just really depends on what the need is at the time, how those ground rules are laid, and it's generally a collaborative process.
Q Okay. Why did HHS decide to enter into these cross-detailing arrangements with respect to the DOGE

team affiliates?
A I -- I think the -- the point was to kind of create the government efficiencies that we're looking for as part of the executive orders that have established DOGE.
So there were some expertise that was recommended and HHS accepted those experts to help us perform these tasks.
Q And who made that recommendation?
A I think Brad Smith made most of the recommendations, that I'm aware of.
Q And did he recommend that he be detailed to HHS?
MR. HUMPHREYS: Objection as to scope, but you can answer.
A I -- I think so, yes.
Q Who decided -- who at HHS made the decision to enter into these arrangements?
A Scott Rowell is the deputy chief of staff for operations.
Q And why did he decide to enter

into these arrangements?
A As it was a collaboration to make sure that we met the goals and the requirements of the executive order, so we were kind of building our scope and -- and team to get the accomplishments that we wanted to get to meet the requirements of the EO, executive order.
I said EO which is just a jargon for executive order, sorry.
MS. HINSON: Okay. Are we on 4 and 5?
(Exhibit No's. 4 and 5 were marked for identification.)
BY MS. HINSON:
Q Okay. So you've been handed two documents which have been labeled Exhibits 4 and 5, one starts at HHS28, and the other starts at HHS32, and they're both labeled or titled: Assignment Agreement Centers For Medicare and Medicaid Services From the Executive Offices of -- Executive Office of the President US DOGE Service; right?
First, who are these agreements



19173c2b-8370-4ccc-b770-46fbda9e23d5

for?

MR. HUMPHREYS: I'm sorry, I may have missed what you said, but there's a difference in the title, one's HHS and one's CMS.

MS. HINSON: Thank you, that was actually going to be one of my questions.

A So the one for CMS, I believe, is for Amy Gleason.

Q Mm-hmm.

A And the one for HHS probably should be Brad.

Q Do you know if, aside from the differences, the one is the CMS and one is to HHS, do you know if these agreements are the same?

A I'd have to read them to verify that.

Q Oh, yeah, you don't need to do that, I just wasn't sure if you maybe knew.

A I mean, they -- it looks like a standard agreement, so there may be nuances within them that, you know, that



19173c2b-8370-4ccc-b770-46fbda9e23d5

could change based on the two different organization's requirements, but it looks like a standard agreement.

Q Okay. If you look at Exhibit 4, on page HHS29, under USDS assignee, as well, the first bullet point, it says: Report to and be supervised by the CMS administrator or her designee when performing work under this agreement at CMS facilities and on CMS systems.

USDS assignees shall, however, report to and be supervised by their USDS supervisor when at USDS facilities and on USDS systems, even when performing work within the scope of the agreement.

Do you read this to mean that when Ms. Gleason is working at USDS or at DOGE, on DOGE systems, but doing CMS work, she is supervised by her DOGE supervisor?

MR. HUMPHREYS: Objection to form.

A I mean, not necessarily. I mean, when she's at USDS and working on



19173c2b-8370-4ccc-b770-46fbda9e23d5

USDS systems, and doing USDS work, that's fine, but she can be at another location and work on CMS work.

Q Right. So this agreement says that she supervised by the USDS supervisor when at USDS facilities and on USDS systems, right, even when performing work within the scope of the agreement, and work -- is work within the scope of the agreement work for CMS?

A I mean -- I mean, I would say work would be CMS work in concert with, you know, the DOGE team goals to help us support the executive orders.

Q So this agreement creates the possibility that she can be doing CMS work that's supervised by DOGE; correct?

MR. HUMPHREYS: Objection to form.

A I -- I mean, I wouldn't say it would be supervised by -- I -- I see where you're going with this, but the interpretation is, that I would say CMS work is CMS work.

I mean, the way I would read it



19173c2b-8370-4ccc-b770-46fbda9e23d5

is the -- when she's reporting to the US supervisor, USDS supervisor, when at USDS facilities, I mean, she could be working on CMS work for CMS supervision at the USDS facilities, if that's just where she is, it doesn't mean she's being supervised by them.

Q Doesn't the agreement say that USDS assignment shall be supervised by the USDS facility supervisors when at USDS and on USDS systems?

MR. HUMPHREYS: Objection.

Go ahead.

Selective quotation, I guess.

MS. HINSON: I can -- I'm happy to read the whole sentence.

MR. HUMPHREYS: Sure.

A I mean, it does say that, but if she's working -- it also says that end on USDS systems, if she's working on a CMS computer then I would say that she's working on CMS work.

Q Okay. What if she's on a USDS system and working on CMS work, is she



19173c2b-8370-4ccc-b770-46fbda9e23d5

then supervised by her US CMS supervisor?
MR. HUMPHREYS: Objection to form.
A I mean, I would -- I still kind of feel like CMS work is CMS work.
Q I guess I don't understand what you mean when you say that.
A Well, as an employee of CMS, she's working on that work wherever she's doing it is a CMS product.
Q Mm-hmm.
A Okay. So I mean, you know, to say that the supervisors they're supervising what she's doing if she's doing something for CMS, I mean, it's like, you know, we all do things that involve other organizations and the government.
So in my job I work on things for FDA, and then I'm -- FDA and NIH and CDC, but it doesn't mean that I'm under their supervision.
So I guess that's why I'm saying it's like it's a very literally interpretation. It's not, you know, I



19173c2b-8370-4ccc-b770-46fbda9e23d5

wouldn't necessarily say that the supervisor, you know, the USDS supervisor is standing there telling me what to do for CMS.

Q Okay. Just so I'm clear, your interpretation of the language that says: USDS assignees shall, however, report to and be supervised by their USDS supervisor when at USDS facilities and on USDS systems, even when performing work within the scope of the agreement, is that when Ms. Gleason is at USDS facilities and on USDS systems performing work within the scope of the agreement she'll be supervised by CMS?

MR. HUMPHREYS: Objection to form.

A I mean, if she's working for CMS I would say she's under their supervision. She should be taking the direction from the CMS team.

Q Okay. What does it mean to be on a USDS system versus a CMS system?

A To me, the CMS system would be the systems owned and operated by CMS,



19173c2b-8370-4ccc-b770-46fbda9e23d5

where she's using her CMS access and computers to work there, and similarly for USDS.

Q Okay. If you look a little further down, it says: CMS will, and the first bullet point is: Ascertain and mitigate any conflicts of interest or confidentiality protocols during the assignment; do you see that?

A I do.

Q And if you look on -- on the Exhibit 5, at 33, has the same language; correct?

A Yes.

Q Did CMS or HHS identify any conflicts of interest with respect to Ms. Gleason or Mr. Smith?

MR. HUMPHREYS: Objection to scope.

You can answer if you know.

A No.

Q And what would HHS consider a relevant conflict of interest under the agreement?

MR. HUMPHREYS: Same



19173c2b-8370-4ccc-b770-46fbda9e23d5

objection.
A I mean, it's hard for me to speculate, you know, what a conflict of interest would be, I mean, we're working on, you know, collaboration for the DOGE executive order.
So I'm not sure, like, I mean, what you mean by a conflict of interest. I mean, I'm --
Q Well, I -- I'm actually just wondering what the agency meant by conflicts of interest when, you know, it entered into this agreement.
A I mean, I think the conflict of interest, if something came up and the employee was telling us they were going to do something that would not be in the benefit of HHS for, you know, the executive orders, then I think that would be something that we would bring up and we would discuss and mitigate, so if it's something that we disagreed with.
Q If an employee or detailee were doing something to present the executive orders, themselves, and HHS disagreed



19173c2b-8370-4ccc-b770-46fbda9e23d5

with it, would HHS consider that a conflict of interest?

MR. HUMPHREYS: Objection, vague.

BY MS. HINSON:

Q You can answer.

A Yes.

Q I want to switch gears a little bit to talk about training, and specifically about -- let me -- two systems, the health care integrated general ledger accounting system and the integrated data repository.

What is the integrated data repository?

MR. HUMPHREYS: Oh --

MS. HINSON: I'm trying to ask about training for them.

MR. HUMPHREYS: Yeah, give us a second. Do you want to go off the record for a second?

MS. HINSON: Yeah, fine.

(Discussion held off the record.)

///



19173c2b-8370-4ccc-b770-46fbda9e23d5

BY MS. HINSON:
Q What is the integrated data repository or IDR?
A So I'm familiar with the system name, but I don't really know what it does.
Q Okay. Do you know what HIGLAS?
A That's the basic accounting system that CMS uses.
Q Okay. What training does a new user for IDR receive, typically?
A So they would -- would go through the basic training for rules of behavior, cyber security. They would have basic training for, you know, how to use the system, and they would also, you know, probably have special training for those two systems for the information that's in them, because they're HIGLAS, in particular financial systems.
We do a little higher level training for some of that, because the information that's in them is a little more sensitive than just, like, network access.



19173c2b-8370-4ccc-b770-46fbda9e23d5

Q What kind of training do you do for HIGLAS?

A Well, like I said, I mean, there would be systems training that would happen, you know, how to use the system, be familiar with the system, all that kind of stuff.

There would be, like, a rules of behavior that just basically outlined what you -- you know, when you get access to the system what you can and cannot do and how you should use it as a government employee, that kind of stuff.

Cyber training is pretty standard with all systems and stuff like that.

Q Is there typically documentation for the training with IDR?

A Yes.

Q And is there typically documented training for HIGLAS?

A Yes.

Q If someone received training for IDR and HIGLAS is there some reason there wouldn't be documentation of it?



19173c2b-8370-4ccc-b770-46fbda9e23d5

A No.

MS. HINSON: So you can take a look at -- actually -- okay. I think we're at Exhibit 6.

(Exhibit No. 6 was marked for identification.)

BY MS. HINSON:

Q Okay. So you've been handed exhibit -- I think it's Exhibit 6, and it's the defendant's objection and responses to the plaintiff's requests for discovery including supplemental responses.

And can you take a look at page 8, please. So the responses, here, says that, among other things, Mr. Farritor received a security briefing for HIGLAS and completed IDR computer-based training; do you see that, about the middle of the page?

A Where are we at, down here?

Q The second paragraph, before it says -- I'm sorry, I think we're on the wrong page. It's page 8.

A I've got page 8.

Q Did I hand you the wrong one? Oh, you know what, I have the old one here.

MS. MILTON: You just took his.

MS. HINSON: I took your copy but, yeah, I think that's the wrong -- I'm realizing I think that's the wrong one. My apologies.

Oh, these are not the supplementals, these are the originals.

MS. MILTON: Oh.

MS. HINSON: Okay.

MS. MILTON: He had them. He had a copy that he reviewed it.

MS. HINSON: Yes. Apologies.

Can we make this an exhibit, are you guys okay with that?

MR. HUMPHREYS: Yeah.

MS. HINSON: Yeah? And can you make it, actually, Exhibit 7, again, in that case? You can just



19173c2b-8370-4ccc-b770-46fbda9e23d5

totally set that one aside.
Sorry, guys.
MR. HUMPHREYS: No problem.
MR. BERNIE: No problem.
(Exhibit No. 7 was marked for identification.)
BY MS. HINSON:
Q All right. So we're talking about Exhibit 7, which is actually the supplemental responses.
A Page 8?
Q Yes, go to page 8, please.
A What was the --
Q Sure.
Do you see where it says that Mr. Farritor completed a security briefing for HIGLAS and completed IDR computer-based training?
A Which paragraph?
Q Sure. It's, I think, right in there.
A I'm just reading, it says: Mr. Farritor acknowledged rules of behavior for general users, the rules of behavior for privileged users, security



19173c2b-8370-4ccc-b770-46fbda9e23d5

briefing for HIGLAS, and completed IDR computer-based training, that's what you're talking about?
Q Yes.
A Okay. Yes.
Q Then, if you look at page 12, they're talking about Mr. Moghaddassi in here, and it says that he was granted permission to access IDR and HIGLAS, and that he did access IDR and HIGLAS, but if you look at the training he completed, it doesn't include that security training for HIGLAS or the IDR computer-based training.
A Users, yeah, security, yes, I see that.
Q Okay. So does that mean that Mr. Moghaddassi did not complete a security briefing for HIGLAS or IDR computer-based training?
A Yes, that's what it says.
Q Okay. Does a user typically have to complete those trainings before accessing HIGLAS and IDR?
A I can't say definitively on



19173c2b-8370-4ccc-b770-46fbda9e23d5

that, because I'm not a user of those systems, but that's CMS so I know those are, like, the general trainings are the rules of behavior, the -- the privilege rules of cyber security, that kind of stuff. I don't know why there were -- the other trainings weren't done by him.

Q I guess I think I'm asking a slightly different question, which is just, in the normal course is a user permitted to access IDR without going through the IDR computer-based training?

MR. HUMPHREYS: Objection as to scope. You can answer if you know.

A I don't know.

Q And in the normal course is a user of -- or would a user of HIGLAS permitted to access HIGLAS without doing the security briefing?

MR. HUMPHREYS: Same objection.

A I don't know.

MS. HINSON: Okay. Can we take a break?



19173c2b-8370-4ccc-b770-46fbda9e23d5

MR. HUMPHREYS: Sure. Okay.
(Recess.)
BY MS. HINSON:
Q First of all, I did want to fix something from earlier. I had read out a list of DOGE team affiliates, and I believe I missed someone, Aram Moghaddassi, yes?
A That was, like, I paused when you said it, it seemed like I was trying to keep up with when you read it, it felt like something was wrong, I knew the names you read were right, but I couldn't think who the other one was, yes.
Q Does it change -- does including him on the list of DOGE affiliates change any of your answers?
A No.
Q We also spoke a few minutes ago about HHS's assessing conflicts of interest for Ms. Gleason and Mr. Smith; do you remember that?
A Yes.
Q Did HHS do anything to assess conflicts of interest for Mr. Gleason --



19173c2b-8370-4ccc-b770-46fbda9e23d5

or Ms. Gleason?
MR. HUMPHREYS: Objection as to scope, but can you answer.
A No.
Q And did HHS do anything to assess conflicts of interest for Mr. Smith?
MR. HUMPHREYS: Same objection.
A No. I'd just like to amplify that I mean per my knowledge, no conflict came up, so there was nothing to, you know, deal with, so --
Q How would -- how do conflicts typically come up?
A I mean, I -- I would say that if there was a conflict somebody would have a disagreement and we would sit down and talk about it, a conflict of interest based on, you know, what they were doing with the work, you know?
So if they ask us to do something that wasn't part of the DOGE agreement or something that would be a conflict.



19173c2b-8370-4ccc-b770-46fbda9e23d5

Q So your understanding of conflict of interest is that it would be a disagreement about the work within the scope of the DOGE executive order?

MR. HUMPHREYS: Objection as to scope.

A Yeah, that's the way I took the context of the question.

Q Did HHS do anything to assess whether there -- whether Ms. Gleason or Mr. Smith had a financial interest that could be in conflict with the agency?

MR. HUMPHREYS: Same objection.

A When they're employed as part of the employment agreement they have to provide ethics clearances, and that's -- so ethics document on-board, so long as that's on-boarding of any employee.

Q And is that self-reporting?

MR. HUMPHREYS: Same objection.

A Yes.

Q With -- regarding Mr. Smith, I believe you testified earlier that he had

recommended that he be detailed to HHS;
is that correct?
A Yes.
Q Okay. In what capacity did he
make that recommendation?
MR. HUMPHREYS: Objection as
to scope.
You can answer if you know.
A Just working with HHS full time
that it made sense that he be detailed.
Q And I think I'm asking
something a little bit different.
When Mr. Smith made that
recommendation to HHS, what role was he
acting in?
MR. HUMPHREYS: Objection to
scope, but go ahead.
A He was acting as the HHS DOGE
lead for HHS, lead to HHS.
Q Lead to HHS from DOGE?
A Yes.
Q All right. Has Mr. Smith
continued to make recommendations in his
capacity as a DOGE employee and since he
has been detailed to HHS?

A The recommendations that he makes I interpret as his role as an HHS detail. He's making recommendations to HHS based on the work that we do, you know, his role with USDS, because he's in this dual appointment thing, that's -- I don't have any visibility into what he does with USDS.

Q How can you tell whether he's making a recommendation in his USDS capacity versus his HHS capacity?

A So I -- I don't know what his functions are at USDS. All I can tell you is he's making recommendations about the contracts activities, grants, things that we do at HHS to create efficiencies that we have within HHS.

Q So is it that you understand him to be acting in his capacity of HHS because he's making recommendations about HHS?

A Yes, he's -- yes.

Q Okay. Is there any other reason you understand him to be working in his capacity as an HHS employee when

he's making recommendations to HHS?
A Say that -- say that again? I'm sorry, that was a bit of a tongue twister.
Q Yeah, fair enough.
I'm trying to ask if that's the only reason you understand him to be acting in his HHS capacity versus his DOGE capacity?
MR. HUMPHREYS: Objection as to form.
A That's the only reason I have to believe that, yes.
Q Okay. Was Mr. Smith the HHS DOGE team lead before he was detailed to HHS?
A Yes.
Q Is he the HHS DOGE team lead now?
A Yes.
Q Has his -- has his responsibilities functionally changed since he was detailed to HHS?
A No.
MS. HINSON: All right. I



19173c2b-8370-4ccc-b770-46fbda9e23d5

think that's it.

MR. HUMPHREYS: Great.

Give us two minutes to talk to him.

MS. HINSON: Sure.

MR. HUMPHREYS: Maybe five.

(Recess.)

MR. HUMPHREYS: Back on the record.

A I just wanted to clarify that Brad Smith was detailed to HHS at the start of the administration, so when he came to work for Mr. Rowell, on the 21st he introduced me to Brad that he was going to be, you know, our DOGE team lead here at HHS, and that's when I started working with him, so not that he was a DOGE employee at HHS but he was our HHS DOGE lead.

Q So had he -- when you say the 21st, is that the 21st of what month?

A January. Sorry.

Q And had he already been detailed to HHS on the 21st of January?

A Yes. Yes.



19173c2b-8370-4ccc-b770-46fbda9e23d5

Q Do you know if he was detailed on the 20th of January?

A I don't know, he -- if it was the 20th or the 21st.

Q Okay. Are you able to make any functional distinction between his work as a -- actually, I think, never mind.

MS. HINSON: Okay. Thank you.

THE WITNESS: Okay.

MR. HUMPHREYS: Thanks a lot 3.

MR. KURLAND: Now you're done.

(Signature having not been waived, the deposition of GAREY RICE was concluded at 2:53 p.m.)



19173c2b-8370-4ccc-b770-46fbda9e23d5

ACKNOWLEDGMENT OF DEPONENT

I, GAREY RICE, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

____________________ ____________________

(DATE) (SIGNATURE)



19173c2b-8370-4ccc-b770-46fbda9e23d5

CERTIFICATE OF SHORTHAND REPORTER

I, Cassandra E. Ellis, Registered Professional Reporter, Registered Merit Reporter, Registered Diplomate Reporter, California Certified Shorthand Reporter, the officer before whom the foregoing proceedings were taken, do hereby certify that the foregoing transcript is a true and correct record of the proceedings; that said proceedings were taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of April 2025.

_______________________________________

Cassandra E. Ellis, CA, HI-CSR, WA-CCR, RMR, RDR, CRR, Realtime Systems Administrator

E R R A T A S H E E T

IN RE: AFL-CIO, et al., v. DEPARTMENT OF LABOR, et al.

RETURN BY: ________________________________

PAGE LINE CORRECTION AND REASON

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

____ ____ ___________________________

______________ ___________________________

(DATE) (SIGNATURE)



19173c2b-8370-4ccc-b770-46fbda9e23d5

E R R A T A  S H E E T  C O N T I N U E D

IN RE: AFL-CIO, et al., v. DEPARTMENT OF LABOR, et al.

RETURN BY: ________________________________

PAGE LINE CORRECTION AND REASON

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

____ ____ ____________________________

_______________ ____________________________

(DATE) (SIGNATURE)



19173c2b-8370-4ccc-b770-46fbda9e23d5

**A**

**able** 45:5
**accepted** 20:8
**access** 11:17 28:1 31:25 32:10 36:9 36:10 37:11,19
**accessing** 36:24
**accomplishments** 21:6
**accounting** 30:12 31:8
**acknowledge** 46:4
**acknowledged** 35:23
**ACKNOWLED...** 46:1
**acting** 41:15,18 42:19 43:8
**activities** 18:13 42:15
**actual** 9:17
**administration** 15:25 44:12
**administrator** 2:7 23:8 47:24
**affiliated** 14:1
**affiliates** 10:19 11:22 12:8 20:1 38:6,17
**AFL-CIO** 1:4 48:2 49:2
**agencies** 12:19 13:20 17:2,8,11 18:3,4,10
**agency** 13:14,17 14:5 15:2,13,17 17:15 18:18 29:11 40:12
**Ageorge@democ...** 3:11
**ago** 11:21 16:24 38:19
**agree** 7:22 8:3
**agreement** 5:14,17 17:25 19:9 21:21 22:24 23:3,9,16 24:4,8,10,15 25:8 27:11,14 28:24 29:13 39:24 40:16
**agreements** 21:25 22:17
**ahead** 7:21 25:13 41:17
**al** 1:4,8 48:2,3 49:2 49:3
**ALEXA** 3:3
**AMAN** 3:8
**Amilton@relma...** 3:6
**amplify** 39:10
**Amy** 11:25 12:23 15:20,21 16:20,21 22:10
**Amy's** 15:23
**ANDREW** 3:16
**answer** 4:19 7:20 7:21 8:2,16 17:23 18:24 19:2,4 20:18 28:20 30:6 37:14 39:3 41:8
**answers** 7:1 38:17
**apologies** 6:19 34:10,19
**appear** 46:8
**appointees** 12:24
**appointment** 42:6
**April** 1:16 2:12 5:3 47:18
**Aram** 38:7
**arrangements** 19:25 20:22 21:1
**Ascertain** 28:6
**aside** 13:1,6,11 14:3 22:14 35:1
**asking** 37:8 41:11
**assess** 38:24 39:6 40:9
**assessing** 38:20
**assignee** 23:5
**assignees** 23:11 27:7
**assignment** 5:14,16 21:21 25:9 28:9
**assume** 8:9
**attached** 46:8
**attorney** 9:9
**attorneys** 9:7 10:3
**aware** 15:16 20:14
**awhile** 15:23

**B**

**B** 3:9
**Back** 44:8
**based** 12:6 23:1 39:20 42:4
**basic** 31:8,13,15
**basically** 10:5,6 18:11 32:9
**Bates** 5:14,17
**behalf** 3:2,8,14 6:13
**behavior** 31:14 32:9 35:24,25 37:4
**believe** 22:9 38:7 40:25 43:13
**benefit** 29:18
**BENJAMIN** 3:15
**BERNIE** 3:16 35:4
**bit** 30:9 41:12 43:3
**Box** 3:10
**Brad** 11:25 12:24 15:7,9 20:13 22:13 44:11,14
**BRADLEY** 3:15
**Bradley.humphr...** 3:18
**break** 7:25 8:1 37:25
**briefing** 33:18 35:17 36:1,19 37:20
**bring** 9:14 29:20
**brought** 9:16
**building** 21:5
**bullet** 23:6 28:6

**C**

**C** 3:1 6:1 49:1
**CA** 47:23
**CA-CSR** 1:22
**California** 2:8 47:5
**capacity** 41:4,24 42:11,11,19,25 43:8,9
**care** 30:11
**case** 1:6 14:21 16:12 34:25 47:14
**Cassandra** 1:21 2:3 47:2,23
**CDC** 26:21
**Centers** 16:16 21:21
**CERTIFICATE** 4:11 47:1
**Certified** 2:6,8,9,10 47:5
**certify** 47:7
**change** 23:1 38:15 38:17
**changed** 43:22
**chief** 20:24
**clarify** 44:10
**clear** 7:4 11:2 27:5
**clearances** 40:17
**CMS** 16:2 22:5,9 22:15 23:7,10,10 23:20 24:3,10,12 24:16,23,24 25:4 25:4,22,23,25 26:1,5,5,8,10,15 27:4,15,19,21,23 27:24,25 28:1,5 28:15 31:9 37:2
**COLFAX** 3:3
**collaborating** 19:17
**collaboration** 18:14 19:7 21:2 29:5
**collaborative** 19:22
**collectively** 10:16
**COLUMBIA** 1:2
**come** 39:15
**comes** 19:9
**commencing** 2:12
**communications** 10:2
**complete** 8:15 9:1 10:24 36:18,23 46:6
**completed** 33:18 35:16,17 36:1,11
**computer** 25:22
**computer-based** 33:19 35:18 36:2 36:13,20 37:12
**computers** 28:2
**concern** 10:6
**concert** 24:12
**concluded** 45:17
**concluding** 2:13
**confidentiality** 28:8
**conflict** 28:23 29:3 29:8,14 30:2 39:11,17,19,25 40:2,12
**conflicts** 28:7,16 29:12 38:20,25 39:6,14
**Conor** 12:2
**consider** 28:22 30:1
**context** 40:8
**continue** 6:25 17:16
**continued** 41:23
**contracts** 42:15
**coordinate** 18:17
**copy** 34:7,17
**Coristine** 12:1
**correct** 24:17 28:13 41:2 46:6 47:9
**CORRECTION** 48:5 49:5
**corrections** 46:8
**cost-cutting** 17:12 17:20 18:12 19:16
**counsel** 7:12,14,17 47:13
**couple** 6:22 10:11
**course** 18:16 37:10 37:17
**court** 1:1 2:9 7:3

9:18
**create** 20:3 42:16
**creates** 24:15
**cross-detailing** 19:24
**CRR** 1:21 47:24
**cyber** 31:14 32:14 37:5

D

**D** 6:1 49:1
**D.C** 2:11 3:5,10,17
**data** 30:13,14 31:2
**DATE** 46:12 48:25 49:25
**dates** 16:1
**day** 6:20 47:18
**deal** 39:13
**decide** 19:23 20:25
**decided** 20:20
**decision** 20:21
**declaration** 4:13 5:9,11 14:21 16:12
**Defendant** 1:9 3:14
**defendant's** 33:10
**Defendants'** 5:20
**definition** 12:7
**definitively** 36:25
**DEMOCRACY** 3:9
**department** 1:7,14 2:2 3:16 4:3 5:7 6:3,14,16,17 17:23 48:2 49:2
**depending** 19:7
**depends** 17:18,24 18:11 19:19
**DEPONENT** 46:1
**deposition** 1:13 2:1 4:2 5:6 6:2,15 8:13 9:4,12 11:12 11:13 45:16
**deputy** 20:23
**description** 5:4 19:10
**designee** 23:8
**detail** 17:19 18:10 42:3
**detailed** 10:20 12:19 13:8,9,21 14:6 15:3,13,17 16:4,5,15,25 17:1 17:8,17 18:3,19 20:16 41:1,10,25 43:15,23 44:11,24 45:1
**detailee** 12:13 29:23
**details** 17:9,10,10 17:14 18:15
**difference** 22:4
**differences** 22:15
**different** 23:1 37:9 41:12
**digital** 16:2
**Diplomate** 2:6 47:4
**direction** 27:21
**disagreed** 29:22,25
**disagreement** 39:18 40:3
**discovery** 5:23 33:12
**discuss** 29:21
**Discussion** 30:23
**distinction** 45:6
**DISTRICT** 1:1,2
**document** 9:16 40:18
**documentation** 32:18,25
**documented** 32:21
**documents** 9:14 10:6 21:17
**DOGE** 5:13,16 10:7,13,14,19 11:1,22 12:8,14 12:16,17,22,25 13:4,8,13,25,25 14:12 19:25 20:6 21:24 23:19,19,21 24:13,17 29:5 38:6,16 39:23 40:4 41:18,20,24 43:9,15,18 44:15 44:18,19
**doing** 10:8 23:20 24:1,16 26:10,14 26:15 29:24 37:19 39:20
**DOJ** 7:15
**DOL** 12:11
**dual** 12:24 42:6

E

**E** 1:21 2:4 3:1,1,2 6:1,1 47:2,23 48:1 48:1,1 49:1,1,1,1
**earlier** 8:14 12:7 38:5 40:25
**easier** 7:3
**Edward** 12:1
**efficiencies** 10:9 20:4 42:16
**either** 14:5
**Elez** 12:1
**Ellis** 1:21 2:4 47:2 47:23
**employed** 12:14,15 13:3,14,17,20,25 14:5,6 16:3,5,25 17:1 40:15 47:14
**employee** 12:12,13 15:1,2,10,17 16:15 17:14 26:8 29:16,23 32:13 40:19 41:24 42:25 44:18
**employees** 12:18,21 17:7 18:2
**employment** 40:16
**enter** 19:24 20:21 20:25
**entered** 29:13
**EO** 15:4,19 16:17 21:8,9
**Errata** 4:14 46:8
**ESQUIRE** 3:8,9,15 3:15,16
**established** 20:6
**et** 1:4,8 48:2,3 49:2
49:3
**ethics** 40:17,18
**exact** 15:25
**EXAMINATION** 4:1,5 6:6
**examined** 46:4
**executive** 20:5 21:4 21:8,10,22,23 24:14 29:6,19,24 40:4
**exhibit** 5:5,9,11,13 5:16,19,20 11:6,7 11:11 14:16,20 16:7,8 21:13 23:4 28:12 33:4,5,9,9 34:20,24 35:5,9
**exhibits** 5:1 14:15 21:18
**Expedited** 5:22
**expertise** 20:7
**experts** 20:9

F

**facilities** 23:10,14 24:6 25:3,5 27:9 27:13
**facility** 25:10
**fact** 16:24
**fair** 8:10 43:5
**familiar** 9:23 12:4 31:4 32:6
**Farritor** 12:1 15:8 15:12 33:17 35:16 35:23
**FDA** 26:20,20
**February** 14:22 16:18
**federal** 13:14 15:2 15:13 17:2,8,15 18:3
**feel** 26:5
**felt** 38:11
**Fennessy** 12:2
**filed** 5:10,12 14:21 16:12
**financial** 31:20 40:11 47:15
**fine** 7:18 24:2 30:22
**finish** 7:8,9
**first** 6:25 10:13 21:25 23:6 28:6 38:4
**five** 14:25 44:6
**fix** 38:4
**follows** 6:5
**foregoing** 46:5 47:6 47:8
**forgot** 8:14
**form** 23:23 24:19 26:3 27:17 43:11
**FORWARD** 3:9
**foundation** 3:9 18:22
**full** 41:9
**functional** 45:6
**functionally** 43:22
**functions** 42:13
**further** 28:5
**furtherance** 15:4 16:17

G

**G** 6:1
**G-a-r-e-y** 6:11
**Garey** 1:15 2:3 4:4 4:10 5:2,9,11 6:4 6:10 45:16 46:3
**gears** 30:8
**general** 18:13 30:12 35:24 37:3
**generally** 18:10 19:8,12,21
**GEORGE** 3:8
**give** 6:25 8:15,25 30:19 44:3
**given** 12:6 46:7
**Gleason** 11:25 12:23 15:20,21 22:10 23:18 27:12 28:17 38:21,25 39:1 40:10
**go** 6:23 7:21 25:13 30:20 31:12 35:12

41:17
**goal** 19:17
**goals** 21:3 24:13
**going** 8:9 10:11 11:23 22:7 24:22 29:16 37:11 44:15
**good** 19:18
**gosh** 12:12
**govern** 18:8
**government** 10:9 17:12 19:18 20:3 26:18 32:12
**granted** 36:8
**grants** 42:15
**great** 7:9 11:4,20 44:2
**ground** 6:23 19:21
**guess** 9:19 25:15 26:6,23 37:8
**guys** 34:21 35:2

**H**

**H** 48:1 49:1
**HAC** 3:2,3
**hand** 34:1 47:18
**handed** 11:11 14:19 21:16 33:8
**happen** 32:5
**happens** 18:6
**happy** 25:17
**hard** 29:2
**Hawaii** 2:10
**head** 7:2
**health** 1:14 2:2 4:3 5:7 6:3,17 30:11
**held** 2:11 30:23
**help** 20:9 24:13
**hereunto** 47:18
**HHS** 6:21 7:14 10:7,20 11:17 12:12,19,25 13:3 13:9,21 14:1,7,11 15:3,16,22,23 16:4,4,25 17:7,9 17:13,14,16,22 18:2,3,17 19:14 19:23 20:8,16,20 22:5,12,16 28:15 28:22 29:18,25 30:1 38:24 39:5 40:9 41:1,9,14,18 41:19,19,20,25 42:2,4,11,16,17 42:19,21,25 43:1 43:8,14,16,18,23 44:11,16,18,18,24
**HHS's** 38:20
**HHS28** 21:18
**HHS29** 23:5
**HHS32** 21:19
**HI-CSR** 1:22 47:23
**higher** 31:21
**HIGLAS** 31:7,19 32:2,21,24 33:18 35:17 36:1,9,10 36:13,19,24 37:18 37:19
**Hinson** 3:2 4:6 6:7 11:5,9 14:14,18 16:6,10 19:1 21:11,15 22:6 25:16 30:5,17,22 31:1 33:2,7 34:6 34:15,18,23 35:7 37:24 38:3 43:25 44:5 45:8
**hired** 10:19 14:11
**hiring** 19:12
**hopefully** 6:23
**Human** 1:14 2:2 4:3 5:7 6:3,18
**HUMPHREYS** 3:15 18:21 19:3 20:17 22:2 23:22 24:18 25:12,18 26:2 27:16 28:18 28:25 30:3,16,19 34:22 35:3 37:13 37:21 38:1 39:2,8 40:5,13,21 41:6 41:16 43:10 44:2 44:6,8 45:11

**I**

**identification** 11:8 14:17 16:9 21:14 33:6 35:6
**identified** 15:6
**identify** 10:11 28:15
**IDR** 31:3,11 32:18 32:24 33:18 35:17 36:1,9,10,13,19 36:24 37:11,12
**implementing** 15:18
**important** 7:6
**include** 36:12
**including** 5:23 33:12 38:16
**INDEX** 4:1 5:1
**INDEXED** 4:8
**information** 4:16 31:18,23
**INSTRUCTED** 4:19
**INSTRUCTIONS** 4:12
**instructs** 7:20
**integrated** 30:11,13 30:14 31:2
**interest** 28:7,16,23 29:4,8,12,15 30:2 38:21,25 39:6,19 40:2,11 47:15
**interpret** 42:2
**interpretation** 24:23 26:25 27:6
**interrogatories** 9:20,21
**introduced** 44:14
**involve** 26:17
**involved** 15:18

**J**

**January** 10:20,25 12:10 14:9 44:22 44:24 45:2
**jargon** 21:10
**Jeremy** 12:3
**job** 1:25 26:19
**joint** 19:17
**JUSTICE** 3:16

**K**

**keep** 38:11
**kind** 19:13,15 20:3 21:5 26:4 32:1,7 32:13 37:5
**kinds** 17:11
**knew** 16:1 22:22 38:12
**know** 7:25 8:7,9,16 8:18 10:3 12:23 15:25 19:8,13 22:14,16,25 24:13 26:12,16,25 27:2 28:20 29:3,5,12 29:18 31:5,7,15 31:17 32:5,10 34:2 37:2,6,15,16 37:23 39:13,20,21 41:8 42:5,12 44:15 45:1,3
**knowledge** 39:11
**KURLAND** 3:15 45:13
**Kyle** 12:2

**L**

**L** 3:17
**labeled** 14:20 21:17 21:20
**Labor** 1:7 6:14,16 48:3 49:3
**laid** 19:21
**language** 27:6 28:12
**lawsuit** 9:24 10:4
**lead** 41:19,19,20 43:15,18 44:15,19
**ledger** 30:12
**level** 31:21
**Lewin** 12:3
**LINE** 48:5 49:5
**lines** 8:12
**list** 11:23 38:6,16
**listed** 6:14 13:2,7 13:12 14:11
**literally** 26:24
**little** 28:4 30:8 31:21,23 41:12
**location** 24:2
**long** 6:19 40:18
**look** 11:14 14:24 16:13 23:4 28:4 28:11 33:3,14 36:6,11
**looking** 20:4
**looks** 22:23 23:2
**lot** 12:18 13:19 45:11
**Luke** 11:25 13:18 15:8,12

**M**

**making** 7:18 42:3 42:10,14,20 43:1
**March** 16:13
**mark** 3:9 11:5
**marked** 5:4 11:7,11 14:15,16 16:8 21:14 33:5 35:5
**Marko** 12:1
**mean** 13:16,24 17:19 22:23 23:17 23:24,25 24:11,11 24:20,25 25:3,6 25:19 26:4,7,12 26:15,21 27:18,22 29:2,4,7,8,9,14 32:3 36:17 39:11 39:16
**means** 8:9
**meant** 29:11
**Medicaid** 21:22
**Medicare** 21:21
**Medicare/Medic...** 16:16
**meet** 21:7
**Merit** 2:5 47:3
**met** 21:3
**middle** 33:20
**MILTON** 3:3 34:4 34:14,16

**mind** 45:7
**minutes** 16:23 38:19 44:3
**missed** 22:3 38:7
**mitigate** 28:7 29:21
**Mm-hmm** 12:20 13:22 22:11 26:11
**Moghaddassi** 36:7 36:18 38:8
**moment** 11:21
**month** 44:21
**Msamburg@de...** 3:12

**N**

**N** 3:1 6:1 49:1,1
**name** 6:9,10,11 31:5
**named** 14:4
**names** 11:23 12:4 13:19 38:13
**nature** 17:24
**necessarily** 12:21 23:24 27:1
**necessary** 17:21
**need** 7:24 13:16 18:11 19:11,20 22:20
**needed** 19:8
**neither** 47:13
**network** 31:24
**never** 45:7
**new** 31:10
**NIH** 26:20
**No's** 21:13
**nodding** 7:2 17:3
**normal** 17:6 18:1 18:16 37:10,17
**Northwest** 3:4,17
**Notary** 2:10
**notice** 5:5 6:15 11:12
**nuances** 22:25

**O**

**O** 6:1 49:1
**object** 7:17
**objection** 7:19 18:21 20:17 23:22 24:18 25:12 26:2 27:16 28:18 29:1 30:3 33:10 37:13 37:22 39:2,9 40:5 40:14,22 41:6,16 43:10
**Objections** 5:20
**Office** 21:23
**officer** 47:6
**Offices** 21:23
**Oh** 22:20 30:16 34:2,11,14
**okay** 11:4 14:9,24 16:3,6,11,23 17:6 18:1,7 19:6,6,23 21:11,16 23:4 25:24 26:12 27:5 27:22 28:4 31:7 31:10 33:3,8 34:15,21 36:5,17 36:22 37:24 38:1 41:4 42:23 43:14 45:5,8,10
**old** 34:2
**on-board** 40:18
**on-boarding** 40:19
**one's** 22:5,5
**operated** 27:25
**operations** 20:24
**order** 21:4,8,10 29:6 40:4
**orders** 20:5 24:14 29:19,25
**Organization** 10:15
**organization's** 23:2
**organizations** 26:17
**originals** 34:13
**outcome** 47:16
**outlined** 32:9
**overall** 19:18
**owned** 27:25

**P**

**P** 3:1,1,15 6:1
**p.m** 1:17 2:13,13 45:17
**P.O** 3:10
**page** 4:5,9 5:4 11:14 23:5 33:15 33:20,24,24,25 35:11,12 36:6 48:5 49:5
**PAGES** 4:8
**paragraph** 14:25 16:14 33:22 35:19
**part** 11:1 20:5 39:23 40:15
**particular** 31:20
**parties** 47:14
**paused** 38:9
**penalty** 4:13 8:22
**pending** 8:2
**people** 10:19 11:24 12:8 13:1,6,11 14:3,10 15:5 16:24 17:10
**perform** 20:9
**performing** 18:4 23:9,15 24:7 27:10,13
**perjury** 4:13 8:22
**permission** 36:9
**permit** 18:9
**permitted** 37:11,19
**plaintiff's** 9:19 33:11
**plaintiffs** 1:5 3:2,8 5:1
**Plaintiffs'** 5:5,21
**please** 6:9,25 8:16 8:18 33:15 35:12
**PLLC** 3:3
**point** 8:13 20:2 23:6 28:6
**policies** 18:7,9
**possibility** 24:16
**possible** 6:24
**practice** 17:7 18:2
**preparation** 9:4
**prepare** 9:12
**prepared** 11:15
**present** 29:24
**President** 21:24
**president's** 15:19
**pretty** 32:14
**privilege** 37:4
**privileged** 35:25
**PRO** 3:2,3
**probably** 22:12 31:17
**problem** 8:18 35:3 35:4
**proceedings** 47:7,9 47:10
**process** 19:22
**product** 26:10
**Professional** 2:4 47:3
**protocols** 28:8
**provide** 40:17
**Public** 2:11
**put** 8:17

**Q**

**question** 7:18 8:2,7 37:9 40:8
**questions** 22:8
**quotation** 25:14

**R**

**R** 3:1 6:1 48:1,1 49:1,1
**R-i-c-e** 6:11
**Rachel** 12:3
**RDR** 1:21 47:24
**read** 10:5 11:23 22:18 23:17 24:25 25:17 38:5,11,13 46:4
**reading** 35:22
**realizing** 34:8
**really** 19:19 31:5
**Realtime** 2:6,7 47:24
**reason** 8:25 32:24 42:24 43:7,12 48:5 49:5
**receive** 31:11
**received** 17:9 32:23 33:17
**Recess** 38:2 44:7
**recognize** 14:22
**recommend** 20:15
**recommendation** 20:12 41:5,14 42:10
**recommendations** 20:14 41:23 42:1 42:3,14,20 43:1
**recommended** 20:8 41:1
**record** 6:9 7:19 8:17 30:21,24 44:9 47:9
**reduced** 47:11
**refer** 10:13
**reference** 15:7
**references** 16:14
**regarding** 40:24
**Registered** 2:4,5,5 47:2,3,4
**related** 47:13
**relationships** 18:8
**relevant** 28:23
**RELMAN** 3:3
**remember** 8:13 38:22
**rephrase** 8:8 17:14
**report** 23:7,12 27:7
**reporter** 2:4,5,6,7,8 2:9,10 4:11 7:3 47:1,3,4,4,5
**reporting** 25:1
**repository** 30:13,15 31:3
**represented** 7:12
**REQUESTED** 4:16
**requests** 5:22 33:11
**requirements** 21:4 21:7 23:2
**respect** 19:25 28:16
**response** 9:17,18
**responses** 5:21,24

33:11,13,15 35:10
**responsibilities** 43:22
**RETURN** 48:4 49:4
**revealing** 10:1
**review** 9:11
**reviewed** 34:17
**Rice** 1:15 2:3 4:4 4:10 5:2,9,11 6:4 6:8,10 45:17 46:3
**right** 11:10 16:21 17:2 21:24 24:4,7 35:8,20 38:13 41:22 43:25
**Riley** 12:3
**RMR** 1:21 47:23
**role** 10:7 41:14 42:2,5
**Rowell** 20:23 44:13
**RSA** 1:22
**Rule** 5:5
**rules** 6:23 19:21 31:13 32:8 35:23 35:24 37:4,5

**S**

**S** 3:1,15 6:1 48:1 49:1
**SAMBURG** 3:9
**saying** 12:17 26:24
**says** 14:25 15:16 23:6 24:4 25:20 27:6 28:5 33:16 33:23 35:15,22 36:8,21
**Schutt** 12:2
**scope** 20:18 21:5 23:15 24:8,9 27:11,14 28:19 37:14 39:3 40:4,6 41:7,17
**Scott** 20:23
**second** 30:20,21 33:22
**security** 31:14 33:17 35:16,25 36:12,15,19 37:5 37:20
**see** 24:21 28:9 33:19 35:15 36:16
**Selective** 25:14
**self-reporting** 40:20
**sense** 41:10
**sensitive** 11:17 31:24
**sentence** 15:15 25:17
**Service** 5:13,16 10:14 21:24
**services** 1:14 2:2 4:3 5:8 6:3,18 16:2,17 21:22
**set** 35:1 47:18
**setting** 14:3
**seven** 16:14
**shaking** 7:1
**she'll** 27:15
**sheet** 4:14 46:9
**Shorthand** 2:8,10 47:1,5
**Signature** 45:15 46:12 48:25 49:25
**signed** 46:9
**similarly** 28:2
**simultaneously** 12:13,15 13:8,13 13:24
**sit** 39:18
**slightly** 37:9
**Smith** 11:25 12:24 15:8,9 20:13 28:17 38:21 39:7 40:11,24 41:13,22 43:14 44:11
**smoothly** 6:24
**solve** 19:12
**somebody** 39:17
**sorry** 6:17 10:23 12:12 21:10 22:2 33:23 35:2 43:3 44:22
**speak** 7:6 9:3,8
**special** 31:17
**specialist** 19:13
**specifically** 7:20 30:10
**speculate** 29:3
**spell** 6:9
**spelled** 6:10
**spoke** 11:21 16:23 38:19
**staff** 20:24
**Stamped** 5:15,17
**standard** 22:24 23:3 32:15
**standing** 27:3
**start** 15:24 44:12
**started** 16:1 44:16
**starts** 21:18,19
**state** 2:9 6:8
**STATES** 1:1
**stay** 17:21
**stenographically** 47:11
**Street** 3:4,17
**stuff** 32:7,13,15 37:6
**Suite** 3:4
**supervised** 23:7,12 23:20 24:5,17,21 25:7,9 26:1 27:8 27:15
**supervising** 26:14
**supervision** 25:4 26:22 27:20 47:12
**supervisor** 23:13 23:21 24:6 25:2,2 26:1 27:2,2,9
**supervisors** 25:10 26:13
**supplemental** 5:23 9:18 33:12 35:10
**supplementals** 34:12
**support** 24:14
**sure** 11:24 13:23 21:3 22:21 25:18 29:7 35:14,20 38:1 44:5
**switch** 30:8
**sworn** 4:10 6:5
**system** 25:25 27:23 27:23,24 30:12 31:4,9,16 32:6,6 32:11
**systems** 2:7 11:18 23:10,14,19 24:1 24:7 25:11,21 27:10,13,25 30:11 31:18,20 32:4,15 37:2 47:24

**T**

**T** 3:8 48:1,1 49:1,1 49:1
**take** 8:1 33:2,14 37:25
**taken** 2:3 47:7,10
**talk** 30:9 39:19 44:3
**talking** 10:14,18 11:24 35:8 36:3,7
**tasks** 20:10
**team** 10:19 11:1,22 12:8 13:13 14:12 20:1 21:6 24:13 27:21 38:6 43:15 43:18 44:15
**tell** 19:4 42:9,13
**telling** 27:3 29:16
**temp-** 17:18
**Temporary** 10:15
**terms** 10:11 17:19
**Terrell** 12:3
**testified** 6:5 40:25
**testify** 11:16
**testifying** 6:13 8:22
**testimony** 9:1 46:5 46:7
**Thank** 22:6 45:8
**Thanks** 45:11
**thing** 42:6
**things** 6:23 19:16 26:16,19 33:16 42:15
**think** 13:15 20:2,13 20:19 29:14,19 33:4,9,23 34:7,8 35:20 37:8 38:14 41:11 44:1 45:7
**three** 15:4
**time** 7:24 8:3 18:5 19:20 41:9
**timeframe** 16:18
**title** 22:4
**titled** 21:20
**today** 6:13,24 7:13 8:23 9:1,4,15 10:12
**today's** 11:13
**tongue** 43:3
**topic** 11:16
**topics** 6:14
**totally** 35:1
**tracking** 13:23
**training** 30:9,18 31:10,13,15,17,22 32:1,4,14,18,21 32:23 33:19 35:18 36:2,11,12,14,20 37:12
**trainings** 36:23 37:3,7
**transcript** 7:4 47:8
**transcription** 46:6
**true** 46:6 47:8
**truthful** 9:1
**try** 7:7,8 8:7
**trying** 14:2 19:12 30:17 38:10 43:6
**Tuesday** 1:16 2:12 5:3
**tune** 17:21
**twister** 43:4
**two** 11:16 15:5 21:17 23:1 30:10 31:18 44:3
**typewriting** 47:12
**typically** 17:16 18:7,14 31:11 32:17,20 36:22 39:15

**U**
**U** 49:1
**U.S** 5:13
**understand** 6:12 8:6,10,21 13:16 14:25 26:6 42:18 42:24 43:7
**understanding** 10:7 40:1
**UNITED** 1:1
**USDS** 10:15 15:1,9 16:15 23:5,11,13 23:13,14,19,25 24:1,1,5,6,7 25:2 25:2,5,9,10,11,11 25:21,24 27:2,7,8 27:9,10,12,13,23 28:3 42:5,8,10,13
**use** 10:12 11:17 31:16 32:5,12
**user** 31:11 36:22 37:1,10,18,18
**users** 35:24,25 36:15
**uses** 31:9

**V**
**v** 1:6 48:2 49:2
**vague** 30:4
**verbal** 7:1
**verify** 22:18
**versus** 27:23 42:11 43:8
**VICE** 3:2,3
**visibility** 42:7

**W**
**WA-CCR** 1:22 47:23
**waived** 45:16
**want** 8:1,15 11:14 30:8,20 38:4
**wanted** 10:10 21:7 44:10
**Washington** 2:9,11 3:5,10,17
**wasn't** 22:21 39:23
**way** 24:25 40:7
**we're** 10:8 11:24 19:11,16 20:4 29:4 33:4,23 35:8
**weeks** 15:4
**weren't** 37:7
**WHEREOF** 47:17
**Withdrawn** 5:19
**WITNESS** 4:12,19 18:23 45:10 47:17
**wondering** 29:11
**work** 8:19 10:8,16 10:21 11:1 14:11 17:12,16,20 18:4 18:17 23:9,15,20 24:1,3,3,8,9,9,10 24:12,12,17,24,24 25:4,23,25 26:5,5 26:9,19 27:10,14 28:2 39:21 40:3 42:4 44:13 45:6
**worked** 12:11 13:12 15:23
**working** 13:3,9 15:22 23:18,25 25:3,20,21,23,25 26:9 27:18 29:4 41:9 42:24 44:17
**wouldn't** 24:20 27:1 32:25
**wrong** 33:24 34:1,8 34:9 38:12

**X**
**x** 1:3,10

**Y**
**yeah** 6:22 18:20 22:20 30:19,22 34:7,22,23 36:15 40:7 43:5

**Z**
**Zach** 12:2
**Zhinson@relma...** 3:6
**ZOILA** 3:2

**0**
**02/13/25** 5:10
**03/11/25** 5:12

**1**
**1** 5:5 11:6,7,11
**1:25-cv-00339-J...** 1:7
**1:46** 1:17 2:12
**10519** 1:25
**10th** 47:18
**1100** 3:17
**11th** 16:13
**12** 5:5 36:6
**1225** 3:4
**13th** 14:22
**14448** 1:22
**15** 5:9
**17** 5:11
**19** 12:10
**19th** 3:4 10:20,25 14:9

**2**
**2** 5:9 14:15,16,20
**2:53** 2:13 45:17
**20005** 3:17
**20036** 3:5
**20043** 3:10
**202** 3:5,11,18
**2025** 1:16 2:12 5:3 10:21,25 12:10 14:10 16:13,18 47:19
**20th** 45:2,4
**21st** 44:13,21,21,24 45:4
**22** 5:13,16
**25CV339_HHS0...** 5:15
**25CV339_HHS0...** 5:18

**3**
**3** 5:11 16:7,8 45:12
**30(b)(6)** 1:13 2:1 4:2 5:6 6:2
**305-0878** 3:18
**33** 28:12
**34** 5:19
**34553** 3:10
**36** 5:20

**4**
**4** 5:13 21:12,13,18 23:5
**448-9090** 3:11
**47** 4:13
**48** 4:11
**49** 4:14

**5**
**5** 11:15 21:12,13,18 28:12
**5U.S** 5:16

**6**
**6** 5:19 33:4,5,9
**600** 3:4

**7**
**7** 4:6,10 5:20 34:24 35:5,9
**728-1888** 3:5

**8**
**8** 1:16 2:12 5:3 33:15,24,25 35:11 35:12