**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF NEW YORK, et al.,

Plaintiffs,

v.

ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.,

Defendants.

Civil Action No. 1:25-cv-00196

**UNOPPOSED MOTION FOR EXTENION OF TIME TO RESPOND TO MOTION FILE RESPONSE TO FIRST MOTION FOR DISCOVERY**

Defendants respectfully request an extension of the deadline to and including October 9, 2026, to respond to Plaintiffs' pending First Motion for Discovery, ECF No. 122. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs regarding this request, and they do not oppose it, provided that the current deadline for their reply is extended by one week, to October 23. Good cause supports this request, as set forth below.

On September 11, 2026, Plaintiffs filed their First Motion for Discovery along with a Joint Motion for Extension of Time that requested a one-week extension of the default schedule for briefing Plaintiffs' Motion. Counsel for the Defendants agreed to that proposed schedule at the time. One day later, however, multiple motions were filed in another of counsel's cases in the District of Massachusetts that necessitated a quicker response and, indeed, spawned further motions practice there, all of which were due during the week of September 21. In addition, undersigned counsel traveled that week to Portland, Oregon for a preliminary-injunction hearing in another case. The upshot is that counsel for the Defendants has been unable to work on their

opposition until the week of September 28, the same week as the current deadline for that opposition. Given the length of Plaintiffs' Motion and his deadlines in other cases, counsel for the Defendants requires more time to draft and file a response that is of assistance to the Court.

In light of these constraints, Defendants respectfully request an unopposed extension of time until October 9 in which to file their response to Plaintiffs' Motion. This modest 7-day extension reflects the current demands on counsel's time. Defendants further request that the Court extend until October 23 the deadline for Plaintiffs' reply in support of their motion to ensure that Plaintiffs still have two weeks in which to file that brief. No party will be prejudiced by this schedule.

Dated: September 28, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ *Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 353-5980
Email: Christian.R.Dibblee@usdoj.gov

*Counsel for Defendants*